B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Hull House Association d/b/a Jane Addams Hull House Association      Case No.    12-4800

                              Debtor(s)               Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,147,635.00 | Gross Income - July 1, 2011 - October 31, 2011 |
| $21,576,097.00 | Gross Income for the fiscal year ending June 30, 2011 |
| $23,286,579.00 | Gross Income for the fiscal year ending June 30, 2010 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                   SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3-B | | $3,126,888.44 | $5,409,426.81 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3-C | | $1,149,803.16 | $548,421.56 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| In the Matter of Timara Gilmore and Isla Gilmore, Minors, Case No. 10 JA 343 and 10 JA 344 | Subpoena for Records of Hull House Association | Circuit Court of Cook County, Illinois, Juvenile Justice and Child Protection Division | Pending |
| Anchor Mechanical, Inc. v. Jane Addams Hull House Association, Case No. 09 CH 08487 - Consolidated with Case No. 09 CH 34753 | | Circuit Court of Cook County, Illinois, County Department, Chancery Division | Pending |
| Asharra Hill v. Hull House Association, Case No. 440-2007-05155 | EEOC Charge | | Unknown |
| Raquel Sanchez v. Jane Addams Hull House Association, IDHR No. 2011 CN 0404 | | | Unknown |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Clarice Gray v. Parkways Community Center, CCHR Case No. 11-P-99 | Disability Discrimination Complaint | City of Chicago, Commission on Human Relations, 740 N. Sedgwick, 3rd Floor, Chicago, Illinois 60654 | Pending |
| State of Illinois, Department of Children and Family Services v. Hull House Association | Notice of Substantiated Violations | Illinois Department of Children & Family Services 1911 S. Indiana Avenue, 9th Floor Chicago, IL 60616 | Pending |
| Lenka Dragovic v. Hull House Association | Employment Discrimination | | Settlement Agreement executed October 10, 2011 |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None □    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The PrivateBank & Trust Company c/o Rick Rein Horwood Marcus & Berk Chartered 500 W. Madison Street, Suite 3700 Chicago, IL 60661 | Deed-in-Lieu of Foreclosure Transaction Dated 1/31/2012 | Uptown Center 4520 N. Beacon Street Chicago, IL 60640 |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3107 | 1/9/2012<br>1/27/12 | $25,000.00<br>$40,000.00 |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Various New Program Providers/ Funding Agencies | January 2012 | Pursuant to various contracts with certain state and local agencies, Hull House provided program services. In conjunction therewith, Hull House was provided with various pieces of equipment used to run the programs. As part of the pre-petition transition of these programs to new providers, said equipment was returned to the funding agency or turned over to the new provider (per the request of the agency). |
| Chicago Housing Authority<br>60 E. Van Buren Street<br>Chicago, IL 60605-1207 | January 2012 | Certain program-related equipment used by Hull House but believed to be owned by Chicago Housing Authority. |
| Teamwork Englewood<br>815 W. 63rd Street, 2nd Floor<br>Chicago, IL 60628 | January 2012 | Certain program-related equipment used by Hull House but believed to be owned by Local Initiatives Support Corporation (LISC). As part of the program transition, LISC requested that the equipment be transferred to Teamwork Englewood. |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See Exhibits 10-1, 10-2 and 10-3 | January 2011 to petition date | Attached are reports of all known transfers, other than those transfers disclosed in response to Questions 3(b), 3(c) or 23.  Given the lack of Hull House personnel or more complete books and records, Silverman Consulting was unable to discern which transfers, if any, occurred outside the ordinary course of Hull House's operations, or to provide a report converving the full two-year look-back period. (Check register from 2/1/11-1/18/12 available upon request of trustee. Not attached due to size.) |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None □   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Alleged Property of Quatrro FPO Solutions, LLC | Dell Citrix Server, 221-7741 - 3.4GHz/2MB Cache, Xeon, 800 MHz Front Side Bus for Power Edge 1850, System Service Tags 2BM72B1 | 1030 W. Van Buren Street Chicago, IL  60607 |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS     NAME AND ADDRESS OF     DATE OF     ENVIRONMENTAL
                          GOVERNMENTAL UNIT       NOTICE      LAW

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS     NAME AND ADDRESS OF     DATE OF     ENVIRONMENTAL
                          GOVERNMENTAL UNIT       NOTICE      LAW

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT         DOCKET NUMBER           STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Hull House Holdings NFP | 20-5503252 | 1030 West Van Buren Street Chicago, IL 60607 | Hull House Holdings, NFP was a legal entity created during August 2006 by the Debtor for the alleged purpose of holding ownership to current and future real estate assets. The legal entity was created to minimize any potential liability to the Debtor from owning real property.  It is believed that no assets ever funded this legal entity and it was involuntarily dissolved by the State of Illinois on January 14, 2011. | August 2006 - January 14, 2011 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                  ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Quatrro FPO Solutions, LLC<br>6250 N. River Road, Suite 4025<br>Rosemont, IL 60018 | Services provided since at least June 2010<br>through February 17, 2012 |
| CliftonLarsonAllen LLP<br>1301 West 22nd Street<br>Suite 1100<br>Oak Brook, IL 60523 | 2002 through 2011 |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| CliftonLarsonAllen LLP | 1301 W. 22nd Street, #1100<br>Oak Brook, IL | Audits for FY ending June 30, 2010 and<br>June 30, 2009 |
| Quatrro FPO Solutions, LLC | 6250 N. River Road<br>Suite 4025<br>Rosemont, IL 60018 | Monthly Financial Statements since at<br>least June 2010 through October of 2011. |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Quatrro FPO Solutions, LLC | 6250 N. River Road, Suite 4025<br>Rosemont, IL 60018 |
| CliftonLarsonAllen LLP | 1301 West 22nd Street<br>Suite 1100<br>Oak Brook, IL 60523 |
| Pickens-Kane (storage facility) | 310 N. Milwaukee Avenue<br>Chicago, IL 60654 |
| R4 Services, LLC (storage facility) | 1301 West 35th<br>Chicago, IL 60609 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| The PrivateBank & Trust Company<br>120 S. LaSalle Street<br>Chicago, IL 60603 | Quarterly |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michael A. Silverman<br>Silverman Consulting<br>5750 Old Orchard Road, Suite 520<br>Skokie, IL 60077 | Chief Restructuring Officer | |
| Prudence R. Beidler<br>20 S. Stonegate Road<br>Lake Forest, IL 60045 | Trustee | |
| Walter S. Carr<br>507 W. Briar Place<br>Chicago, IL 60657 | Trustee | |
| Thomas J. Carroll<br>Deloitte & Touche LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Trustee | |
| Jeffrey H. Chookaszian<br>The Boston Consulting Group<br>300 N. LaSalle Street, 46th Floor<br>Chicago, IL 60654 | Trustee | |
| George N. Cochran<br>Macquarie Capital Advisors<br>1 N. Wacker Drive, Suite 900<br>Chicago, IL 60606 | Trustee | |
| Peter F. Donati<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle Street, Suite 1300<br>Chicago, IL 60602 | Trustee | |
| Philip L. Engel<br>10 E. Schiller Street<br>Chicago, IL 60610 | Trustee | |
| George F. Fitzpatrick, Jr.<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | Trustee | |
| Jeffery Gilllan<br>Aramark Education<br>2300 Warrenville Road<br>Downers Grove, IL 60515 | Trustee | |
| James M. Mermann<br>Aon Corporation<br>200 E. Randolph Drive, 13th Floor<br>Chicago, IL 60601 | Trustee | |
| Martin P. Hughes<br>HUB International<br>55 E. Jackson Boulevard, Floor 14A<br>Chicago, IL 60604 | Trustee | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Michael T. Latino<br>16850 Swift Arrow Drive<br>Lockport, IL 60441 | Trustee | |
| Michael T. Leopardo<br>Leopardo Companies, Inc.<br>5200 Prairie Stone Parkway<br>Hoffman Estates, IL 60192 | Trustee | |
| Judy McCaskey<br>2450 N. Lakeview Avenue<br>Chicago, IL 60614 | Trustee | |
| Judy Metzger<br>2531 Crabtree Lane<br>Northbrook, IL 60062 | Trustee | |
| Patrick B. O'Leary<br>182 S. Juniper Road<br>Ridgway, CO 81432 | Trustee | |
| Timothy J. Reierson<br>PricewaterhouseCoopers LLP<br>1 North Wacker Drive<br>Chicago, IL 60606 | Trustee | |
| Cynthia M. Sargent<br>130 N. Garland Court<br>Chicago, IL 60602 | Trustee | |
| George Sargent<br>529 Sunset Road<br>Winnetka, IL 60093 | Trustee | |
| W. Stephen Saunders<br>Eckenhoff Saunders Architects, Inc.<br>700 S. Clinton, Suite 200<br>Chicago, IL 60607 | Chairperson of the Board of Trustees | |
| Devlin Schoop<br>Laner Muchin Dombrow Becker Levin Tominberg, Ltd.<br>515 N. State Street, Suite 2800<br>Chicago, IL 60654 | Trustee | |
| Nancy N. Snyder<br>1830 W. Barry Avenue<br>Chicago, IL 60657 | Trustee | |
| Paul A. Svoboda<br>Sidley Austin LLP<br>1 South Dearborn Street, Suite 3200<br>Chicago, IL 60603 | Trustee | |
| Donn Vucovich<br>709 Fox Trail<br>Island Lake, IL 60042 | Trustee | |
| Mark D. Yura<br>DLA Piper LLP<br>203 N. LaSalle, Suite 1900<br>Chicago, IL 60601 | Trustee | |
| Bill Kogalla<br>KBS Realty Advisors<br>311 South Wacker, Suite 6550<br>Chicago, IL 60606 | Trustee | |

11

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Clarence N. Wood<br>3217 S. Calumet<br>Chicago, IL 60616 | President/CEO | 4/29/2011 |
| Lynn Murakami | Acting CFO | 12/31/2011 |
| Mischelle Cansey-Drake<br>125 E. 13th Street<br>Unit 1304<br>Chicago, IL 60606 | Acting President/CEO<br>(Before that served as COO &<br>General Counsel) | 12/31/2011 |
| Louise K. Smith<br>70 E. Cedar<br>Apt. 2W<br>Chicago, IL 60611 | Interim President/CEO | 10/31/2011 |
| Michael Godnick<br>17 E. Monroe Street<br>#329<br>Chicago, IL 60603 | V.P. of Development (Contract<br>Consultant) | 12/23/2011 |
| Michael Glass<br>990 N. Lake Shore Drive<br>Unit 18c<br>Chicago, IL 60611 | V.P. of Development | 5/6/2011 |
| Terri Johnson<br>5532 S. Shore Drive<br>Unit 15d<br>Chicago, IL 60637 | V.P. of Public Policy and<br>Advocacy | 6/30/2011 |
| Phyllis Offord<br>7210 S. Francisco<br>Chicago, IL 60629 | V.P. of Family Services and<br>Community Building | 1/27/2012 |
| Naommi Samuels<br>2418 Hastings<br>Evanston, IL 60201 | V.P. of Child Development<br>Services | 1/27/2012 |
| Joyce Viglione<br>5501 West Ardmore<br>Chicago, IL 60646 | V.P. of Child Welfare | 1/27/2012 |
| Leisa Mosley<br>2851 S. King Drive<br>Apt. 1217<br>Chicago, IL 60616 | V.P. of Administration | 1/27/2012 |
| Gary Collins<br>1326 William Street<br>River Forest, IL 60305 | Trustee | First Quarter 2011 |
| Theodore G. Gertz<br>Shefsky & Froelich<br>111 E. Wacker Drive, 28th Floor<br>Chicago, IL 60601 | Trustee | June 2011 |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| Timm R. Reynolds<br>120 W. Westminster Road<br>Lake Forest, IL 60045 | Trustee | June 2011 |
| George Russell<br>35 Cherry Street, Unit 901<br>Burlington, VT 05401 | Trustee | June 2011 |
| Judy Russell<br>35 Cherry Street, Unit 901<br>Burlington, VT 05401 | Trustee | Between 6/2010 and 6/2011 |
| Donald G. Southwell<br>Unitrin, Inc.<br>1 E. Wacker Drive, 10th Floor<br>Chicago, IL 60601 | Trustee | Between 6/2010 and 6/2011 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>See Schedule 23 | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| The Hull House Association Pension Plan (terminated on March 14, 2008; since Pension Benefit Guaranty Corporation became statutory trustee on November 20, 2008) | 36-217-0135-001 |
| 401(k) and 403(b) Plans<br>Mutual of America<br>Far Westbrook Corporate Center, Suite 240<br>Westchester, IL  60154 | 36-217-0135 |

13

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 23, 2012                    Signature  _Michael A. Silverman_

                                                   Michael A. Silverman
                                                   Chief Restructuring Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571_

### QUALIFICATIONS AND DISCLAIMERS OF HULL HOUSE ASSOCIATION d/b/a JANE ADDAMS HULL HOUSE ASSOCIATION INCORPORATED AND BECOMING A PART OF THE BANKRUPTCY SCHEDULES AND STATEMENTOF FINANCIAL AFFAIRS

The following qualifications and disclaimers are necessitated by a variety of factors over which Hull House Association d/b/a Jane Addams Hull House Association (Hull House) has had little or no control, and which has impacted the ability of Hull House's current management, agents and professionals, including without limitation, its recently appointed Chief Restructuring Officer (CRO) and signatory hereto, Michael A. Silverman of Silverman Consulting, Inc. (Silverman), to independently verify the completeness and accuracy of the information appearing in the Bankruptcy Schedules (Schedules) and Statement of Financial Affairs (SOFA). These factors include: (i) significant changes in Hull House's management, including, without limitation, the resignations of its interim Chief Executive Officer and its Chief Financial Officer in December 2011, and the resignations of the various divisional vice presidents and other key personnel having a central role in the organization just prior to the filing date; (ii) the dispute between Hull House and Quatrro FPO Solutions, LLC ("FPO"), an outside, third-party entity that was responsible for maintaining Hull House's record-keeping, over the completeness and accuracy of the books and records; (iii) FPO's limited cooperation despite its extensive knowledge of the transactions and entries within the general ledger; and (iv) Hull House's prior operation of programs at approximately 60 different locations throughout Chicago, and the lack of sufficient manpower to conduct on-site inspections and audits of all Hull House assets located at such locations.

Also impacting Hull House's preparation and verification of the Schedules and SOFA is the lack of books and records typically available to a corporate debtor, whether in chapter 7 or chapter 11. Among other things, Hull House lacked access to: (i) a current A/R aging, as the most recent Hull House aging available at the time of their retention was already three months

old; (ii) current Hull House financial statements, the most recent statement having been prepared

by FPO for October 2011; (iii) a current fixed-asset detail, the most recent detail having been

prepared by FPO as of June 30, 2011; (iv) a detail supporting balance-sheet and P&L accounts;

and (v) a comprehensive file of all Hull House executory contracts and unexpired leases.

For all of these reasons, Hull House is unable to represent or warrant that the information

contained herein is complete or without any inaccuracy.

Without limiting the scope of the foregoing, the pertinent qualifications and disclaimers

to the Schedules and SOFA include:

**Schedules**

- Schedule B:

    - B-3:  Hull House obtained the information concerning security deposits and other deposits from the last balance sheet prepared by FPO dated October 31, 2011. Hull House was unable to independently verify the deposit amounts listed on the balance sheet or determine the location or current status of any deposits.

    - B-12:  Based on limited information provided by former employees of Hull House and union personnel, Hull House maintained 401(k) and 403(b) plans.  Hull House's present interest, if any, in those plans is unknown.  It is the CRO's understanding that Hull House was in the process of terminating the plans prior to the bankruptcy but that such termination was not effectuated pre-petition.

    - B-16:  Hull House's accounts receivable are based on financial information prepared by FPO as of October 2011 and from data compiled by FPO and completed post-filing which rolled October 2011 receivables forward to the filing date.  Given the lack of a system-generated current A/R aging, Hull House was forced to rely upon the manually pieced together A/R aging as an accurate representation of the accounts receivable balances as of the petition date.  Certain of the A/R listed on Exhibit B-16 has since been collected and deposited into one of Hull House's bank accounts at The PrivateBank.  Given the foregoing deficiencies of the A/R aging, Hull House cannot with any degree of certainty attest to the collectability of the remaining A/R, including the extent to which account debtors are entitled to apply any outstanding credits; however, as all of the programs giving rise to the A/R were closed or transitioned prior to the chapter 7 filing, Hull House anticipates that the majority of the A/R will be disputed or otherwise uncollectible.  In light of the post-petition receipt of some A/R, Hull House will prepare for the chapter 7 trustee a reconciliation of receivable proceeds received since the bankruptcy filing.

- **B-21**:  Based on its financial situation in the months prior to the chapter 7 filing, Hull House believes that it may have claims against FPO and certain former officers of Hull House that were also employed by FPO.  The exact nature and merit of any such claims are unknown, though Hull House has provided the chapter 7 trustee and trustee's counsel with its understanding of the facts giving rise to potential claims.  While Hull House has D&O and fiduciary policies in effect, Hull House is unaware of whether FPO has its own coverage from which Hull House could recover.

- **B-22**:  While Hull House believes that the name "Jane Addams Hull House Association" may have some intrinsic value based on the expressed interest of several not-for-profit organizations, it cannot ascertain the value of the name, which presumably will be determined in the event the trustee seeks to sell the estate's interest therein.

- **B-28 & B-29**:  Using the location codes found on fixed-asset reports prepared by FPO, Hull House was able to classify by location the assets delineated in the reports, which Hull House then used to prepare Exhibits B-28(1)-(2) and B-29. Given the numerous locations from which Hull House maintained operations, and in light of Hull House's limited manpower, Hull House was unable to conduct a site-by-site inventory of what, if any, assets remain at the various locations or to otherwise verify the accuracy of FPO's fixed-asset reports.

  Exhibits B-28(1)-(2) and B-29 reflect the net book values as of June 30, 2011 calculated by FPO.  Hull House cannot verify the accuracy of these values, and based on information ascertained from its former employees, Hull House does not anticipate that most, if any, of the personal property at these sites has any substantial value.  Hull House has included as Exhibit B-28(3) a listing of all known locations at which it operated, any and all of which may still contain property of Hull House.  However, Hull House was unable to verify whether this exhibit reflects all locations from which it maintained operations.

- **Schedule D**:  Hull House was unable to confirm the exact claim amounts of certain of the secured creditors, including 1028 Van Buren Associates, GE Capital Corporation, and the Pension Benefit Guaranty Corporation.  As such, the amounts listed on Schedule D represent the original principal indebtedness for each of these creditors.  Hull House understands that a settlement agreement was executed with GE Capital on or about October 25, 2011; notwithstanding the UCC financing statement filed on March 22, 2007, Hull House has not been able to ascertain whether any and all collateral securing the indebtedness has been repossessed by GE Capital.

- **Schedule E**

  - **Section 507(a)(4) Claims**.  Hull House was able to locate current accounts-payable reports prepared by FPO.  Those reports including outstanding A/P to employees of Hull House.  However, those records do not indicate the nature of those claims – e.g., wages, vacation, severance, PTO, expense reimbursement –

and, therefore, Hull House is unable to include a description of these claims or verify that they are entitled to priority.

- Section 507(a)(8).  Hull House was advised by its accountants, CliftonLarsonAllen LLP, that as a tax-exempt entity, Hull House is not liable for any taxable income.  Hull House's tax returns for 2010 and 2011 have not yet been filed (though returns for 2010 have been prepared), and Hull House has been advised that to the extent these returns are filed late, it could be liable for late charges.

- Schedule F.  As with the employee claims listed on Schedule E, Hull House prepared Schedule F based on accounts-payable reports prepared by FPO.  In most cases, the reports did not include a description of the claims.  From a working knowledge of the vendors by the CRO or Silverman, descriptions have been provided wherever possible.  However, Hull House has no way to independently verify the accuracy of the claim amounts, the descriptions or whether any of the claims on the A/P have been misclassified and entitled to priority.

    With respect to the numerous individuals listed as holding small claims, Hull House believes that many of these claims reflect expense reimbursements for independent contractors of Hull House.  Hull House has endeavored to list any and all claims found on the FPO-prepared A/P reports, and to update any claim amounts to the extent more recent information has become available.  Moreover, despite Hull House's best efforts to obtain contact information for all creditors, the addresses for several individuals listed on Schedule F were unavailable and are therefore not provided on the schedule.

- Schedule G.  As has been explained at length to the chapter 7 trustee and trustee's counsel, shortly after their retention by Hull House, and upon determining that Hull House lacked the resources necessary for a reorganization, the CRO and Silverman undertook a time-intensive effort to transition all of Hull House's programs back to the funding agencies and/or to new service providers.  As part of that effort, any contracts governing a program to which Hull House was a party are believed to have been terminated.  Hull House, by and through its CRO and Silverman, was able to successfully transition all of its programs on or before January 29, 2012, and in conjunction therewith, Hull House sent or received written communication confirming program transitions.  In the case of the Entrepreneurship & Small Business Program, no provider desired to continue that program, and Hull House received verbal confirmation that the program would no longer receive funding, thereby terminating the program.

    While Hull House cannot state with certainty that all program-related contracts were terminated or assigned as a matter of law, it does believe that all such contracts have been effectively transitioned, and that it does not have any remaining executory obligations.  Consequently, with respect to any program for which it received written or verbal confirmation of the program transition or termination, Hull House has not listed the underlying contracts on Schedule G.  A spreadsheet detailing the transition status of all Hull House programs has been provided to the chapter 7 trustee and trustee's counsel.

As for the apartment leases listed on Schedule G, most if not all of these leases were executed in conjunction with Hull House's operation of certain programs.  Under those programs, Hull House provided housing to certain indigents.  Some of these leases appear subject to automatic renewal; others appear to have expired by their terms but were being leased on a month-to-month basis; and some leases have not yet expired by their terms.  Hull House believes that many, if not all, of these leases have been transitioned to the funding agencies or new providers as part of the overall program transitions; however, Hull House has not received any notices of termination from the various landlords and has not been able to verify whether the leases listed on Schedule G remain in effect.

## **Statement of Financial Affairs**

- Question 1.  Hull House obtained the figures for its gross income from balance sheets prepared by FPO, and cannot independently verify the accuracy of those figures.

- Question 3(b).  Hull House relied in large part on ledger reports prepared by FPO, and therefore cannot independently verify the accuracy or completeness of Exhibit 3-B.

- Question 3(c).  Hull House relied in large part on ledger reports prepared by FPO, and therefore cannot independently verify the accuracy or completeness of Exhibit 3-C.

- Question 4.  Hull House made every reasonable effort to list any actions or proceedings of which it is aware, based on its books and records, former personnel, and its former labor counsel.  However, Hull House was unable to complete all information requested, and cannot independently verify the accuracy or completeness of the information contained in its response to Question 4.

- Question 10.  As part of the transition of programs explained above with respect to Schedule G, it is the CRO's understanding that certain equipment and other property used by Hull House was owned by the funding agencies for those programs but loaned to Hull House in conjunction with its operation of the program.  As part of the transition of those programs, Hull House believes that certain of the funding agencies repossessed their property and/or turned over such property to the new provider.  In light of the numerosity of these programs, the numerous locations at which Hull House operated and at which funding-agency property was located, and the limited timeframe in which Hull House had to transition its programs prior to bankruptcy, Hull House was unable to account for status of all equipment returned to the funding agencies or transitioned to new providers.

  Exhibits 10-1, 10-2 and 10-3 reflect reports prepared by FPO detailing transfers made by Hull House from January 2011 to the petition date (except for those transfers delineated on Exhibits 3-B, 3-C or 23).  Given the lack of Hull House personnel that may have had familiarity with the transfers listed on these reports, Hull House was unable to determine which, if any, of the delineated transfers occurred outside the ordinary course of its operations.  Hull House was unable to locate records detailing transfers from March through December 2011, as FPO indicated to Hull House that FPO no longer maintained the server containing such records, and Hull House was unable to locate and access the server in question.  FPO also indicated that it did not possess any hard copies of any

5

reports detailing Hull House's transfers dating back two years.  Hull House therefore has included as exhibits those records it was able to secure.  Due to confidentiality concerns, Hull House excluded from Exhibit 10-1 payments to recipients of emancipation payments.  Although the amounts of these payments were relatively small, that information will be provided to the chapter 7 trustee and trustee's counsel upon request.

In addition, Hull House has available a check register reflecting additional transfers from February 2011 until January 2012.  Given the size of that report (approximately 776 pages), a copy will be provided to the chapter 7 trustee and trustee's counsel upon request.

- Question 13.  It is Hull House's understanding that based on the billing practices between Hull House and its various funding sources, offsets were routinely made by the funding agencies, with net payments to Hull House.  However, Hull House was unable to locate any records or reports that specifically detailed offsets, and any attempt to itemize setoffs by the funding sources would be pure speculation.  Absent this information, Hull House was unable to delineate specific setoffs in response to Question 13.

- Question 14.  FPO has alleged that as part of the accounting and billing services provided by FPO, it loaned to Hull House certain computer equipment in Hull House's possession.  FPO has provided Hull House with an invoice allegedly reflecting its ownership interest in the equipment, but Hull House has been unable to verify the veracity of FPO's claim to the equipment.

- Question 23.  As with Exhibits 3-B and 3-C, Exhibit 23 reflects ledger reports prepared by FPO.  Hull House has been unable to independently verify the accuracy or completeness of the information contained therein.

Notwithstanding the foregoing limitations, significant effort has been made to complete all documentation necessary for the filing of the Schedules and SOFA as accurately as possible given the time constraints present and current management's recent and extremely limited, or in certain instances, complete lack of, involvement in Hull House's past affairs. It is the intention of Hull House's current management that further examination of Hull House's books, records and past operating history will continue, and that such amendments to any and all documents filed in this case by Hull House, including the Schedules and SOFA, will be filed as and when appropriate, based upon such further examination.

# HULL HOUSE ASSOCIATION

## STATEMENT OF FINANCIAL AFFAIRS - EXHIBIT 3B

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| 028 VAN BUREN ASSOCIATES, LP | 1000 W. WASHINGTON BLVD. | SUITE 502 | CHICAGO | IL | 60607 | 1/10/2012 | $25,461.50 | 752,918.01 |
| 028 VAN BUREN ASSOCIATES, LP | | | | | | 1/10/2012 | $15,195.50 | |
| 028 VAN BUREN ASSOCIATES, LP | | | | | | 1/17/2012 | $10,000.00 | |
| 028 VAN BUREN ASSOCIATES, LP | | | | | | 1/24/2012 | $5,000.00 | |
| 028 VAN BUREN ASSOCIATES, LP | | | | | | 1/24/2012 | $5,000.00 | |
| 028 VAN BUREN ASSOCIATES, LP | | | | | | 2/2/2012 | $17,500.00 | |
| 3 SOUTH DREXEL, LLC | 3324 W. North Ave. | | Chicago | IL | 60647 | 1/12/2012 | $2,965.00 | 2,965.00 |
| 3 SOUTH DREXEL, LLC | | | | | | 1/12/2012 | $2,965.00 | |
| ALICE MCCOLLER | 7625 S. Laflin | #REF! | Chicago | IL | 60620 | 12/15/2011 | $2,691.60 | 0.00 |
| ALICE MCCOLLER | | | | | | 1/18/2012 | $2,821.32 | |
| ALICE MCCOLLER | | | | | | 1/25/2012 | $2,781.32 | |
| ANNE GULLEY | 1917 Steward | | Evanston | IL | 60202 | 12/5/2011 | $3,380.00 | 0.00 |
| ANNE GULLEY | | | | | | 1/12/2012 | $2,855.00 | |
| Astoria Properties, LLC | P.O. Box 1631 | | Chicago | IL | 60690 | 12/5/2011 | $5,067.00 | 5,067.00 |
| Astoria Properties, LLC | | | | | | 1/12/2012 | $5,067.00 | |
| AT&T | Bankruptcy Dept. P.O. Box 769 | | Arlington | TX | 76004 | 12/5/2011 | $66.76 | 2,387.71 |
| AT&T | | | | | | 12/5/2011 | $494.61 | |
| AT&T | | | | | | 12/5/2011 | $40.98 | |
| AT&T | | | | | | 12/5/2011 | $59.69 | |
| AT&T | | | | | | 12/5/2011 | $118.66 | |
| AT&T | | | | | | 12/5/2011 | $373.02 | |
| AT&T | | | | | | 12/5/2011 | $110.70 | |
| AT&T | | | | | | 12/5/2011 | $694.47 | |
| AT&T | | | | | | 12/5/2011 | $214.98 | |
| AT&T | | | | | | 12/5/2011 | $106.62 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| AT&T | | | | | | 12/5/2011 | $668.98 | |
| AT&T | | | | | | 12/16/2011 | $53.26 | |
| AT&T | | | | | | 12/19/2011 | $318.46 | |
| AT&T | | | | | | 12/20/2011 | $95.12 | |
| AT&T | | | | | | 12/20/2011 | $584.57 | |
| AT&T | | | | | | 12/27/2011 | $257.38 | |
| AT&T | | | | | | 1/6/2012 | $69.18 | |
| AT&T | | | | | | 1/6/2012 | $512.93 | |
| AT&T | | | | | | 1/6/2012 | $28.47 | |
| AT&T | | | | | | 1/6/2012 | $121.39 | |
| AT&T | | | | | | 1/6/2012 | $46.09 | |
| AT&T | | | | | | 1/6/2012 | $422.98 | |
| AT&T | | | | | | 1/6/2012 | $1,314.10 | |
| AT&T | | | | | | 1/6/2012 | $607.40 | |
| AT&T | | | | | | 1/6/2012 | $66.69 | |
| AT&T | | | | | | 1/6/2012 | $209.71 | |
| AT&T | | | | | | 1/6/2012 | $47.83 | |
| AT&T | | | | | | 1/6/2012 | $167.41 | |
| AT&T | | | | | | 1/6/2012 | $93.02 | |
| AT&T | | | | | | 1/6/2012 | $68.77 | |
| BARBARA CARTER | | | | | | 1/6/2012 | | |
| BARBARA CARTER | | | | | | 12/15/2011 | $2,841.60 | 0.00 |
| BARBARA CARTER | | | | | | 1/18/2012 | $2,821.32 | |
| BARBARA CARTER | | | | | | 1/25/2012 | $2,781.32 | |
| Quattro FPO Solutions, LLC | 8401 102ND STREET | SUITE 500 | PLEASANT PRAIRIE | WI | 53158 | 1/4/2012 | $15,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 1/5/2012 | $9,000.00 | 507,984.00 |
| Quattro FPO Solutions, LLC | | | | | | 1/10/2012 | $15,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 1/13/2012 | $15,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 1/18/2012 | $15,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 1/24/2012 | $30,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 1/24/2012 | $4,000.00 | |
| Quattro FPO Solutions, LLC | | | | | | 2/7/2012 | $15,000.00 | |
| CASSANDRA BARFIELD | 8917 S. Clyde | | Chicago | IL | 60617 | 12/15/2011 | $2,018.70 | 0.00 |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| CASSANDRA BARFIELD | | | | | | | | |
| CASSANDRA BARFIELD | | | | | | | | |
| CHICAGO TRANSIT AUTHORITY | 567 West Lake Street | | Chicago | IL | 60661 | 1/18/2012 | $2,924.00 | 10,707.00 |
| CHICAGO TRANSIT AUTHORITY | | | | | | 1/25/2012 | $2,115.99 | |
| CHICAGO TRANSIT AUTHORITY | | | | | | 12/13/2011 | $1,720.00 | |
| CHICAGO TRANSIT AUTHORITY | | | | | | 12/28/2011 | $2,838.00 | |
| CHICAGO TRANSIT AUTHORITY | | | | | | 1/12/2012 | $1,720.00 | |
| CHICAGO TRANSIT AUTHORITY | | | | | | 1/13/2012 | $1,658.30 | |
| Ceridian Corporation - fees | 3311 East Old Shakopee Road | | Minneapolis, MN, 55425 | | 55425 | 12/9/2011 | $895.79 | 0.00 |
| Ceridian Corporation - fees | | | | | | 12/13/2011 | $221.54 | |
| Ceridian Corporation - fees | | | | | | 12/15/2011 | $40.00 | |
| Ceridian Corporation - fees | | | | | | 12/19/2011 | $1,162.24 | |
| Ceridian Corporation - fees | | | | | | 1/3/2012 | $3,621.32 | |
| Ceridian Corporation - fees | | | | | | 1/9/2012 | $877.20 | |
| Ceridian Corporation - fees | | | | | | 1/17/2012 | $226.75 | |
| Ceridian Corporation - fees | | | | | | 1/20/2012 | $873.38 | |
| Ceridian Corporation - fees | | | | | | 1/24/2012 | $52.26 | |
| Ceridian Corporation - fees | | | | | | 2/1/2012 | $1,060.39 | |
| Ceridian Corporation - payroll | | | | | | 12/8/2011 | $398,904.01 | |
| Ceridian Corporation - payroll | | | | | | 12/22/2011 | $396,573.61 | |
| Ceridian Corporation - payroll | | | | | | 1/6/2012 | $403,092.99 | |
| Ceridian Corporation - payroll | | | | | | 1/19/2012 | $362,840.87 | |
| Ceridian Corporation - payroll | | | | | | 1/27/2012 | $197,444.32 | |
| Ceridian Corporation wage assignment | | | | | | 12/9/2011 | $1,328.10 | |
| Ceridian Corporation wage assignment | | | | | | 12/23/2011 | $1,323.42 | |
| Ceridian Corporation wage assignment | | | | | | 1/6/2012 | $1,176.43 | |
| Ceridian Corporation wage assignment | | | | | | 1/20/2012 | $1,167.41 | |
| COM ED | P.O. BOX 6111 | | CAROL STREAM | IL | 60197-6111 | 12/5/2011 | $725.16 | 558.57 |
| COM ED | | | | | | 12/5/2011 | $109.25 | |
| COM ED | | | | | | 12/5/2011 | $13.20 | |
| COM ED | | | | | | 12/5/2011 | $22.31 | |
| COM ED | | | | | | 12/5/2011 | $84.44 | |
| COM ED | | | | | | 12/5/2011 | $233.18 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| COM ED | | | | | | 12/5/2011 | $20.41 | |
| COM ED | | | | | | 12/5/2011 | $1,750.47 | |
| COM ED | | | | | | 12/5/2011 | $273.50 | |
| COM ED | | | | | | 12/5/2011 | $1,763.51 | |
| COM ED | | | | | | 12/5/2011 | $2.24 | |
| COM ED | | | | | | 12/5/2011 | $22.30 | |
| COM ED | | | | | | 12/5/2011 | $50.57 | |
| COM ED | | | | | | 12/5/2011 | $31.42 | |
| COM ED | | | | | | 12/5/2011 | $21.26 | |
| COM ED | | | | | | 12/5/2011 | $21.75 | |
| COM ED | | | | | | 12/5/2011 | $77.81 | |
| COM ED | | | | | | 12/5/2011 | $17.46 | |
| COM ED | | | | | | 12/5/2011 | $2.19 | |
| COM ED | | | | | | 12/5/2011 | $50.04 | |
| COM ED | | | | | | 12/5/2011 | $28.41 | |
| COM ED | | | | | | 12/5/2011 | $37.44 | |
| COM ED | | | | | | 12/5/2011 | $33.75 | |
| COM ED | | | | | | 12/5/2011 | $27.21 | |
| COM ED | | | | | | 12/5/2011 | $33.99 | |
| COM ED | | | | | | 12/5/2011 | $21.27 | |
| COM ED | | | | | | 12/5/2011 | $31.83 | |
| COM ED | | | | | | 12/5/2011 | $29.97 | |
| COM ED | | | | | | 12/5/2011 | $15.32 | |
| COM ED | | | | | | 12/5/2011 | $36.88 | |
| COM ED | | | | | | 12/5/2011 | $58.17 | |
| COM ED | | | | | | 12/5/2011 | $32.14 | |
| COM ED | | | | | | 12/5/2011 | $33.60 | |
| COM ED | | | | | | 12/5/2011 | $37.50 | |
| COM ED | | | | | | 12/5/2011 | $27.08 | |
| COM ED | | | | | | 12/5/2011 | $23.78 | |
| COM ED | | | | | | 12/5/2011 | $23.78 | |
| COM ED | | | | | | 12/16/2011 | $70.87 | |
| COM ED | | | | | | 12/16/2011 | $745.00 | |
| COM ED | | | | | | 12/16/2011 | $25.37 | |
| COM ED | | | | | | 12/16/2011 | $23.90 | |
| COM ED | | | | | | 12/20/2011 | $11.57 | |
| COM ED | | | | | | 1/6/2012 | $134.32 | |
| COM ED | | | | | | 1/6/2012 | $51.17 | |
| COM ED | | | | | | 1/6/2012 | $14.81 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| COM ED | | | | | | 1/6/2012 | $55.60 | |
| COM ED | | | | | | 1/6/2012 | $20.24 | |
| COM ED | | | | | | 1/6/2012 | $71.01 | |
| COM ED | | | | | | 1/6/2012 | $75.16 | |
| COM ED | | | | | | 1/6/2012 | $43.05 | |
| COM ED | | | | | | 1/6/2012 | $31.33 | |
| COM ED | | | | | | 1/6/2012 | $31.27 | |
| COM ED | | | | | | 1/6/2012 | $27.81 | |
| COM ED | | | | | | 1/6/2012 | $41.03 | |
| COM ED | | | | | | 1/6/2012 | $31.57 | |
| COM ED | | | | | | 1/6/2012 | $26.46 | |
| COM ED | | | | | | 1/6/2012 | $33.13 | |
| COM ED | | | | | | 1/6/2012 | $31.39 | |
| COM ED | | | | | | 1/6/2012 | $31.54 | |
| COM ED | | | | | | 1/6/2012 | $32.90 | |
| COM ED | | | | | | 1/6/2012 | $29.50 | |
| COM ED | | | | | | 1/6/2012 | $36.14 | |
| COM ED | | | | | | 1/6/2012 | $29.43 | |
| COM ED | | | | | | 1/6/2012 | $37.56 | |
| COM ED | | | | | | 1/6/2012 | $30.85 | |
| COM ED | | | | | | 1/6/2012 | $22.02 | |
| COM ED | | | | | | 1/6/2012 | $19.91 | |
| COM ED | | | | | | 1/13/2012 | $17.44 | |
| COM ED | | | | | | 1/13/2012 | $21.74 | |
| EDITH BERRY | 7620 S. Morgan | | Chicago | IL | 60620 | 12/15/2011 | $2,118.70 | 0.00 |
| EDITH BERRY | | | | | | 1/18/2012 | $2,115.99 | |
| EDITH BERRY | | | | | | 1/25/2012 | $2,085.99 | |
| EMMA MCKINNEY | 711 East 101st St | | Chicago | IL | 60628 | 12/15/2011 | $1,960.61 | 0.00 |
| EMMA MCKINNEY | | | | | | 1/18/2012 | $2,055.96 | |
| EMMA MCKINNEY | | | | | | 1/25/2012 | $2,025.96 | |
| ETHEL STRONG | 8802 S. Parnell Ave | 1st Floor | Chicago | IL | 60620 | 12/13/2011 | $3,205.00 | 10,394.93 |
| ETHEL STRONG | | | | | | 1/12/2012 | $3,105.00 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| EUGENE TKALITCH & ASSOC. LTD. | | | | | | | | |
| EUGENE TKALITCH & ASSOC. LTD. | P.O. BOX 598056 | | CHICAGO | IL | 60659-9998 | 1/10/2012 | $57,519.00 | 15,057.85 |
| | | | | | | 1/20/2012 | $64,371.50 | |
| FORT DEARBORN LIFE | | | | | | | | |
| FORT DEARBORN LIFE | | | | | | 2/7/2012 | $16,858.61 | |
| FORT DEARBORN LIFE | | | | | | 2/7/2012 | $5,015.00 | |
| FORT DEARBORN LIFE | | | | | | 2/7/2012 | $8,386.19 | |
| FORT DEARBORN LIFE | | | | | | 12/12/2011 | $9,461.17 | |
| FORT DEARBORN LIFE | 36788 EAGLE WAY | | CHICAGO | IL | 60678 | 12/12/2011 | $2,503.53 | |
| FORT DEARBORN LIFE | | | | | | 12/12/2011 | $2,553.83 | |
| GLOBALCOM INC. USA | P.O. BOX 182263 | | COLUMBUS | OH | 43218-2263 | 12/5/2011 | $426.45 | 935.26 |
| GLOBALCOM INC. USA | | | | | | 1/6/2012 | $708.64 | |
| GLOBALCOM INC. USA | | | | | | 1/6/2012 | $417.75 | |
| GLOBALCOM INC. USA | | | | | | 1/6/2012 | $935.20 | |
| GLOBALCOM INC. USA | | | | | | 12/16/2011 | $426.45 | |
| GLOBALCOM INC. USA | | | | | | 12/16/2011 | $2,897.36 | |
| GLOBALCOM INC. USA | | | | | | 12/9/2011 | $2,897.36 | |
| GLOBALCOM INC. USA | | | | | | 12/5/2011 | $747.42 | |
| GLOBALCOM INC. USA | | | | | | 12/5/2011 | $951.16 | |
| GLOBALCOM INC. USA | | | | | | 12/5/2011 | $2,928.27 | |
| GREENWOOD ASSOCIATES | 4801 W. GOLF ROAD | 2ND FLOOR | SKOKIE | IL | 60077 | 12/5/2011 | $39,157.95 | 4,157.95 |
| HARVEY FANIEL | | | | | | 1/25/2012 | $2,577.02 | |
| HARVEY FANIEL | | | | | | 1/18/2012 | $2,801.32 | |
| HARVEY FANIEL | | | | | | 12/15/2011 | $2,821.12 | 0.00 |
| HHEU & NOJSW/UAWM - LOCAL 2320 | 113 University Place | 5th Floor | New York | NY | 10003 | 12/9/2011 | $4,094.02 | |
| HHEU & NOJSW/UAWM - LOCAL 2320 | | | | | | 1/12/2012 | $4,884.98 | 0.00 |
| HHEU & NOJSW/UAWM - LOCAL 2320 | | | | | | 1/12/2012 | $4,553.18 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| Illinois Department of Children and Family Services | 406 E. Monroe Street | Station 433 | Springfield | IL | 62701 | 2/3/2012 | $25,088.00 | |
| Illinois Facility Fund | 1 N Lasalle, | Suite 700 | Chicago | IL | 60602 | 12/1/2011 | $2,906.44 | 277,600.27 |
| Illinois Facility Fund | | | | | | 1/3/2012 | $2,906.44 | |
| Illinois Facility Fund | | | | | | 2/2/2012 | $2,906.44 | |
| JACQUELYN BOOKER | 7538 S. Dobson Ave | | Chicago | IL | 60619 | 12/15/2011 | $2,018.70 | 0.00 |
| JACQUELYN BOOKER | | | | | | 1/18/2012 | $2,515.99 | |
| JACQUELYN BOOKER | | | | | | 1/25/2012 | $2,085.99 | |
| JULIE'S CLEANING INC. | 9926 W. ARMITAGE | | MELROSE PARK | IL | 60164 | 12/22/2011 | $9,300.00 | 29,141.94 |
| JULIE'S CLEANING INC. | | | | | | 1/12/2012 | $9,800.00 | |
| JUANITA SHAMBERGER | 2811 Cherrywood Lane | | Hazel Crest | IL | 60429 | 12/15/2011 | $2,851.60 | 0.00 |
| JUANITA SHAMBERGER | | | | | | 1/18/2012 | $2,821.32 | |
| JUANITA SHAMBERGER | | | | | | 1/25/2012 | $2,220.57 | |
| LAKEVIEW ATHLETIC CLUB | 3212 N. Broadway | | Chicago | IL | 60657 | 2/7/2012 | $6,375.00 | 0.00 |
| LATANYA OBASUYI | 7715 S. Colfax | | Chicago | IL | 60649 | 12/15/2011 | $2,614.14 | 0.00 |
| LATANYA OBASUYI | | | | | | 1/18/2012 | $2,741.28 | |
| LATANYA OBASUYI | | | | | | 1/25/2012 | $2,701.28 | |
| LUCILLE JOHNSON | 610 Yates Ave | | Calumet City | IL | 60409 | 12/15/2011 | $1,960.61 | 0.00 |
| LUCILLE JOHNSON | | | | | | 1/18/2012 | $2,055.96 | |
| LUCILLE JOHNSON | | | | | | 1/25/2012 | $2,025.96 | |
| MARKS CLEANING AND DECORATING | 525 W. HAWTHORNE | APT. #701 | CHICAGO | IL | 60657 | 12/22/2011 | $13,500.00 | 30,220.00 |
| MARKS CLEANING AND DECORATING | | | | | | 1/12/2012 | $13,500.00 | |
| MICHAEL GODNICK | P.O. BOX 556 | | BEVERLY SHORES | IN | 46301 | 12/12/2011 | $5,800.00 | 23,200.00 |

MICHAEL GOONICK

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| Mutual of America | | | | | | 12/12/2011 | $431.20 | |
| Mutual of America | | | | | | | | |
| Mutual of America | | | | | | | | |
| Mutual of America | | | | | | | | |
| Mutual of America | 320 Park Avenue | | New York | NY | 10022-6839 | 12/14/2011 | $5,549.21 | 0.00 |
| | | | | | | 1/6/2012 | $5,540.65 | |
| | | | | | | 1/17/2012 | $4,841.73 | |
| | | | | | | 1/27/2012 | $4,818.63 | |
| NANCY SWANK | | | | | | 12/15/2011 | $1,076.64 | 0.00 |
| NANCY SWANK | | | | | | 1/14/2012 | $615.30 | |
| NANCY SWANK | | | | | | 1/18/2012 | $2,115.99 | |
| NANCY SWANK | 9212 South Albany | | Evergreen Park | IL | 60805 | 1/25/2012 | $2,085.99 | |
| OPEN KITCHENS, INC. | | | | | | 12/9/2011 | $13,531.88 | 34,098.46 |
| OPEN KITCHENS, INC. | 1161 W. 21ST STREET | | CHICAGO | IL | 60608 | 1/12/2012 | $15,652.55 | |
| PARKSIDE 628, LLC | | | | | | 12/5/2011 | $8,815.00 | 275.00 |
| PARKSIDE 628, LLC | 1608 NORTH MASON | | CHICAGO | IL | 60636 | 12/13/2011 | $250.00 | |
| PARKSIDE 628, LLC | | | | | | 1/4/2012 | $100.00 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $51.90 | 3,907.82 |
| PEOPLES GAS | 130 East Randolph Street | | Chicago | IL | 60601 | 12/5/2011 | $50.45 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $51.78 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $40.39 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $41.28 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $40.25 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $118.21 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $262.21 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $314.26 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $277.32 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $213.29 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $142.07 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $77.56 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $22.06 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $21.56 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| PEOPLES GAS | | | | | | 12/5/2011 | $21.71 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $27.86 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $553.75 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $19.10 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $18.00 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $51.51 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $478.40 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $506.64 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $49.19 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $23.88 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $25.28 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $25.23 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $23.88 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $221.99 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $152.16 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $46.85 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $88.34 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $121.00 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $128.33 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $66.16 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $70.10 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $127.83 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $90.15 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $91.69 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $47.76 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $95.82 | |
| PEOPLES GAS | | | | | | 12/16/2011 | $71.16 | |
| PEOPLES GAS | | | | | | 12/5/2011 | $25.77 | |
| PEOPLES GAS | | | | | | 12/16/2011 | $1,074.28 | |
| PEOPLES GAS | | | | | | 12/7/2011 | $80.27 | |
| PEOPLES GAS | | | | | | 12/16/2011 | $1,398.08 | |
| PEOPLES GAS | | | | | | 12/16/2011 | $867.24 | |
| PEOPLES GAS | | | | | | 12/20/2011 | $65.88 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $121.20 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $62.08 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $21.87 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $335.15 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $25.60 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $26.02 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| PEOPLES GAS | | | | | | 1/6/2012 | $25.09 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $24.69 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $181.61 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $114.49 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $84.24 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $109.76 | |
| PEOPLES GAS | | | | | | 1/6/2012 | $23.79 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $703.31 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $167.37 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $100.86 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $126.32 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $117.82 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $111.52 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $117.07 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $120.91 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $76.24 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $96.18 | |
| PEOPLES GAS | | | | | | 1/13/2012 | $77.47 | |
| The Private Bank | 6825 WEST 111TH STREET | | WORTH | IL | 60482 | | $759.60 | 3,700,357.54 |
| The Private Bank | | | | | | | $1,032.04 | |
| The Private Bank | | | | | | | $5,954.97 | |
| The Private Bank | | | | | | | $5,119.58 | |
| The Private Bank | | | | | | | $10,785.58 | |
| Provident Life & Accident Ins. Co | P.O. Box 403748 | | Atlanta | GA | 30384-3748 | 12/12/2011 | $4,681.40 | |
| Provident Life & Accident Ins. Co | | | | | | 12/12/2011 | $4,485.44 | 0.00 |
| Provident Life & Accident Ins. Co | | | | | | 2/7/2012 | $8,442.74 | |
| REBERTA ANGELONE | 2224 Joliet Street | | Dixmoor | IL | 60426 | 12/15/2011 | $2,018.70 | |
| REBERTA ANGELONE | | | | | | 1/18/2012 | $2,115.99 | 0.00 |
| REBERTA ANGELONE | | | | | | 1/25/2012 | $2,085.99 | |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| IRENE BARRAZA | | | | | | 12/15/2011 | $3,364.50 | |
| IRENE BARRAZA | | | | | | 1/18/2012 | $3,526.65 | |
| IRENE BARRAZA | | | | | | 1/25/2012 | $3,476.65 | 0.00 |
| RUTHIE PARTEE | 12243 South May Street | #REFI | Chicago | IL | 60643 | 12/15/2011 | $2,691.60 | |
| RUTHIE PARTEE | | | | | | 1/18/2012 | $2,821.32 | |
| RUTHIE PARTEE | | | | | | 1/25/2012 | $2,781.32 | 0.00 |
| SANDRA YARBROUGH | 7739 S Yates | 3rd Floor | Chicago | IL | 60649 | 12/15/2011 | $1,794.40 | |
| SANDRA YARBROUGH | | | | | | 1/18/2012 | $2,781.32 | |
| SANDRA YARBROUGH | | | | | | 1/25/2012 | $2,781.32 | 0.00 |
| OSIRON PEGGEES | 8852 S. Union | | Chicago | IL | 60620 | 12/15/2011 | $2,369.00 | |
| OSIRON PEGGEES | | | | | | 1/18/2012 | $2,109.42 | |
| OSIRON PEGGEES | | | | | | 1/25/2012 | $1,772.65 | 0.00 |
| STEVE THOMPSON | | | | | | 12/15/2011 | $2,018.70 | |
| STEVE THOMPSON | | | | | | 1/18/2012 | $2,115.99 | |
| STEVE THOMPSON | | | | | | 1/25/2012 | $2,085.99 | 0.00 |
| JOS STEWART | | | | | | 12/15/2011 | $2,018.70 | |
| JOS STEWART | | | | | | 1/18/2012 | $2,115.99 | |
| JOS STEWART | | | | | | 1/25/2012 | $2,085.99 | 0.00 |
| THE BENTOL BUSINESS GROUP, INC. | 4554 N Broadway St | | Chicago | IL | 60640 | 1/13/2012 | $8,800.00 | 0.00 |
| TROY & LISA HAWKINS | | | | | | 12/15/2011 | $2,691.60 | |
| TROY & LISA HAWKINS | | | | | | 1/18/2012 | $2,821.32 | |
| TROY & LISA HAWKINS | | | | | | 1/25/2012 | $2,781.32 | 0.00 |
| UNITED HEALTHCARE | 22561 NETWORK PLACE | | CHICAGO | IL | 60673-1225 | 12/12/2011 | $165,569.48 | |
| UNITED HEALTHCARE | | | | | | 2/3/2012 | $164,900.46 | |
| UNITED HEALTHCARE | | | | | | 2/3/2012 | $167,242.94 | 0.00 |
| US CELLULAR | 8410 W. Bryn Mawr | Suite 700 | CHICAGO | IL | 60631-3486 | 12/5/2011 | $3,438.06 | 0.00 |

| Name and Address of Creditor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|
| US CELLUAR | | | | | | 12/5/2011 | $3,391.75 | |
| US CELLUAR | | | | | | 12/16/2011 | $2,932.77 | |
| US CELLULAR | | | | | | 1/6/2012 | $2,849.40 | |
| VENITA RINGER | | | | | | 12/15/2011 | $2,018.70 | |
| VENITA RINGER | 7948 S. Vernon | | Chicago | IL | 60619 | 1/18/2012 | $2,115.99 | 0.00 |
| VENITA RINGER | | | | | | 1/25/2012 | $2,085.99 | |
| | | | | | | | $3,126,888.44 | $5,409,426.81 |

HULL HOUSE ASSOCIATION
STATEMENT OF FINANCIAL AFFAIRS - EXHIBIT 3C

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments / Transfers | Amount Paid or Value of Transfers | | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|---|
| Quatro FPO Solutions, LLC. | 8401 102ND STREET | SUITE 500 | PLEASANT PRAIRIE | WI | 53158 | Feb-11 | 88,334.00 | Estimated[1] | 592,790.00 |
| | | | | | | Mar-11 | 88,334.00 | Estimated[1] | |
| | | | | | | 4/28/2011 | 99,167.00 | | |
| | | | | | | 4/29/2011 | 10,893.00 | | |
| | | | | | | 6/1/2011 | 88,334.00 | | |
| | | | | | | 7/8/2011 | 88,334.00 | | |
| | | | | | | 7/28/2011 | 88,334.00 | | |
| | | | | | | 9/2/2011 | 88,334.00 | | |
| | | | | | | 12/20/2011 | $40,000.00 | | |
| | | | | | | 12/6/2011 | $43,334.00 | | |
| | | | | | | 1/4/2012 | $15,000.00 | | |
| | | | | | | 1/5/2012 | $9,000.00 | | |
| | | | | | | 1/10/2012 | $15,000.00 | | |
| | | | | | | 1/13/2012 | $15,000.00 | | |
| | | | | | | 1/18/2012 | $15,000.00 | | |
| | | | | | | 1/24/2012 | $30,000.00 | | |
| | | | | | | 1/24/2012 | $4,000.00 | | |
| | | | | | | 2/28/2012 | $15,000.00 | | |
| Clarence N. Wood | | | | | | | | | |
| Former President/CEO | 3217 S. Calumet | | Chicago | IL | 60616 | 2/18/2011 | $9,658.62 | I.G Note: Traded to 2.18 | 22,071 |
| | | | | | | 3/4/2011 | $10,358.62 | I.G Note: traced to 3.14 | |
| | | | | | | 3/18/2011 | $10,358.62 | payroll records | |
| | | | | | | 3/18/2011 | $9,658.62 | Estimated: payroll records are not available | |
| | | | | | | 4/1/2011 | $10,358.62 | Estimated: payroll records are not available | |

**NOTE:** Payments to Quatro FPO Solutions include a payment to Lynn Murakami who served as a CFO of JAHH through 12/31/2011. Payment were made based on a contractual amount that included all accounting & finance services. We are not able to break out the part paid for the CFO because of the packaged nature of services. Lynn Murakami was reimbursed directly by the Quatro FPO Solutions LLC.

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments / Transfers | Amount Paid or Value of Transfers | | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|---|
| Mischelle Causey-Drake | 125 E. 13th Street | Unit 1304 | Chicago | IL | 60606 | | | | |
| Former President/CEO | | | | | | | | | |
| | | | | | | 6/10/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 6/24/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 7/8/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 7/22/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 8/5/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 8/19/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 9/2/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 9/16/2011 | $ 9,658.62 | Termination Agreement | |
| | | | | | | 9/30/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 10/14/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 10/28/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 11/11/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 11/25/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 12/9/2011 | $ 9,658.62 | Traced to Employment / Termination Agreement | |
| | | | | | | 12/23/2011 | $ 9,590.98 | Termination Agreement | |
| | | | | | | 2/18/2011 | $ 4,734.73 | I.G Note: Traced to 2.18 payroll records | |
| | | | | | | 3/4/2011 | $ 4,734.73 | I.G Note: Traced to 3.14 payroll records | |
| | | | | | | 3/18/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 4/1/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 4/15/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 4/29/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 5/13/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 5/27/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 6/10/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 6/24/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 7/8/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 7/22/2011 | $ 4,734.73 | Traced to Employment | |
| | | | | | | 8/5/2011 | $ 4,734.73 | Traced to Employment | |

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments / Transfers | Amount Paid or Value of Transfers | | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|---|
| Gordon Johnson | 220 S. Ridgewood Avenue | Suite 260 | Daytona Beach | FL | 32114 | | | | |
| Former President/CEO | | | | | | | | | |
| NOTE: Resigned on 7/31/2000 | | | | | | | | | |
| | | | | | | 8/19/2011 | $ | 4,734.73 | |
| | | | | | | 9/2/2011 | $ | 4,734.73 | |
| | | | | | | 9/16/2011 | $ | 4,734.73 | |
| | | | | | | 9/30/2011 | $ | 4,734.73 | |
| | | | | | | 10/14/2011 | $ | 4,734.73 | |
| | | | | | | 10/28/2011 | $ | 4,734.73 | |
| | | | | | | 11/11/2011 | $ | 7,291.67 | Estimated, based on the known salary change |
| | | | | | | 11/25/2011 | $ | 7,291.67 | Estimated, based on the known salary change |
| | | | | | | 12/9/2011 | $ | 7,291.67 | Estimated, based on the known salary change |
| | | | | | | 12/23/2011 | $ | 7,291.67 | Estimated, based on the known salary change |
| | | | | | | 1/6/2012 | $ | 7,291.67 | Estimated, based on the known salary change |
| | | | | | | 1/6/2012 | $ | 14,583.33 | Accrued Vacation, estimated at 4 weeks |
| | | | | | | Feb-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Mar-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Apr-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | May-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Jun-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Jul-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Jul-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Aug-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) |
| | | | | | | Sep-11 | $ | 6,122.30 | Per Supplemental Pension Agreement (as of 8/1/2000) $ 18,366.90 |

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | Dates of Payments / Transfers | Amount Paid or Value of Transfers | | Amount Still Owing |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Oct-11 | $ 6,122.30 | Estimated. Hull House cannot asertain that this payment was actually made. | |
| | | | | | | | $ 1,149,803.16 | | $ 548,421.56 |

# HULL HOUSE ASSOCIATION
## STATEMENT OF FINANCIAL AFFAIRS - EXHIBIT 10-1

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638678 | 18THANDWAB | 18TH AND WABASH CORP. | 12/5/2011 | $850.00 |
| 639549 | 18THANDWAB | 18TH AND WABASH CORP. | 1/12/2012 | $850.00 |
| 638679 | 2226SCEN | 2226 S. CENTRAL, LLC | 12/5/2011 | $1,300.00 |
| 639550 | 2226SCEN | 2226 S. CENTRAL, LLC | 1/12/2012 | $1,300.00 |
| 638681 | 5325COTGROV | 5325 COTTAGE GROVE, LLC. | 12/5/2011 | $1,258.00 |
| 639552 | 5325COTGROV | 5325 COTTAGE GROVE, LLC. | 1/12/2012 | $1,258.00 |
| 638693 | ABCREA | ABC REALTORS, INC. | 12/5/2011 | $3,000.00 |
| 638876 | ACCUBIO | ACCURATE BIOMETRICS DEPARTMENTAL ORDER | 12/9/2011 | $140.00 |
| 639380 | ADDIWRI | ADDISON WRIGHT | 1/4/2012 | $175.00 |
| 639570 | ADDIWRI | ADDISON WRIGHT | 1/12/2012 | $198.99 |
| 639333 | ADELVEG | ADELIA VEGA | 12/28/2011 | $30.00 |
| 639734 | ADELVEG | ADELIA VEGA | 1/13/2012 | $11.90 |
| 639777 | ADELBRO | ADELINE BRORSEN | 1/18/2012 | $576.31 |
| 639938 | ADRIGIL | ADRIENNE GILLAIRD | 1/25/2012 | $1,390.66 |
| 640003 | ADRIGIL | ADRIENNE GILLAIRD | 1/27/2012 | $1,538.25 |
| 638516 | ADT | ADT SECURITY SERVICES | 12/5/2011 | $69.60 |
| 638517 | ADT | ADT SECURITY SERVICES | 12/5/2011 | $349.50 |
| 638518 | ADT | ADT SECURITY SERVICES | 12/5/2011 | $117.69 |
| 638519 | ADT | ADT SECURITY SERVICES | 12/5/2011 | $117.69 |
| 639248 | ADT | ADT SECURITY SERVICES | 12/16/2011 | $771.48 |
| 639249 | ADT | ADT SECURITY SERVICES | 12/16/2011 | $157.47 |
| 639547 | ADT | ADT SECURITY SERVICES | 1/10/2012 | $117.69 |
| 638709 | AGNESTR | AGNES STREETER | 12/9/2011 | $4.80 |
| 639041 | AGNESTR | AGNES STREETER | 12/9/2011 | $8.80 |
| 638648 | AIKEWIL | AIKERA WILLIAMS | 12/5/2011 | $140.00 |
| 639396 | AIKEWIL | AIKERA WILLIAMS | 1/5/2012 | $140.00 |
| 638710 | ALANMAR | ALAN MARGOLIN | 12/9/2011 | $19.25 |
| 638865 | ALANMAR | ALAN MARGOLIN | 12/9/2011 | $13.75 |
| 638520 | ALARDET | ALARM DETECTION SYSTEMS,INC. | 12/5/2011 | $391.53 |
| 639475 | ALARDET | ALARM DETECTION SYSTEMS,INC. | 1/6/2012 | $426.37 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638711 | ALBEEBELL | ALBERTA E. BELL | 12/9/2011 | $4.00 |
| 638712 | ALESGAR | ALESTINE GARNER | 12/9/2011 | $5.40 |
| 638701 | ALEXBLA | ALEXANDRIA BLACKBURN | 12/6/2011 | $140.00 |
| 639397 | ALEXBLA | ALEXANDRIA BLACKBURN | 1/5/2012 | $140.00 |
| 639575 | ALEXBLA | ALEXANDRIA BLACKBURN | 1/12/2012 | $10.00 |
| 639334 | ALEXTAU | ALEXIS LYBROOK TAUBERT, Ph, D. LTD. | 12/28/2011 | $2,100.00 |
| 639176 | ALICLOU | ALICE LOUIS | 12/15/2011 | $870.025 |
| 639175 | ALICBEA | ALICIA BEAL | 12/15/2011 | $1,061.93 |
| 639778 | ALICBEA | ALICIA BEAL | 1/18/2012 | $1,107.33 |
| 639939 | ALICBEA | ALICIA BEAL | 1/25/2012 | $1,097.33 |
| 639391 | ALICKIM | ALICIA KIMBALL | 1/4/2012 | $10.00 |
| 638649 | ALICWIL | ALICIA WILLIAMS | 12/5/2011 | $140.00 |
| 639398 | ALICWIL | ALICIA WILLIAMS | 1/5/2012 | $176.11 |
| 639576 | ALICWIL | ALICIA WILLIAMS | 1/12/2012 | $10.00 |
| 638682 | ALPROREA | ALL PROPERTY REAL ESTATE, INC. | 12/5/2011 | $3,100.00 |
| 639335 | ALNESYL | AL'NEIKA SYLVESTER | 12/15/2011 | $30.00 |
| 639178 | AMANMAD | AMAND MADENIS | 12/15/2011 | $455.81 |
| 639780 | AMANMAD | AMAND MADENIS | 1/18/2012 | $481.00 |
| 639941 | AMANMAD | AMAND MADENIS | 1/25/2012 | $471.00 |
| 638650 | AMBEGOO | AMBER GOODLET | 12/5/2011 | $140.00 |
| 639399 | AMBEGOO | AMBER GOODLET | 1/5/2012 | $140.00 |
| 639577 | AMBEGOO | AMBER GOODLET | 1/12/2012 | $10.00 |
| 638521 | ANDEPESCON | ANDERSON PEST CONTROL | 12/5/2011 | $50.00 |
| 639250 | ANDEPESCON | ANDERSON PEST CONTROL | 12/16/2011 | $50.00 |
| 639848 | ANDRVAR | ANDRES VARGAS | 1/19/2012 | $1,650.00 |
| 638713 | ANDRMCN | ANDREW MCNUTT | 12/9/2011 | $12.00 |
| 638866 | ANDRMCN | ANDREW MCNUTT | 12/9/2011 | $16.00 |
| 638878 | ANDRMCN | ANDREW MCNUTT | 12/9/2011 | $14.00 |
| 639608 | ANDRMCN | ANDREW MCNUTT | 1/13/2012 | $24.00 |
| 639609 | ANGEMAR | ANGELINA MARKS | 1/13/2012 | $11.00 |
| 639336 | ANNABLO | ANNA BLOCKER | 12/28/2011 | $45.39 |
| 639611 | ANNATOW | ANNA TOWNSEND | 1/13/2012 | $12.00 |
| 638714 | ANNAHEN | ANNAMARIE HENRY | 12/9/2011 | $24.00 |
| 638879 | ANNAHEN | ANNAMARIE HENRY | 12/9/2011 | $30.00 |
| 639042 | ANNAHEN | ANNAMARIE HENRY | 12/9/2011 | $48.00 |
| 639610 | ANNAHEN | ANNAMARIE HENRY | 1/13/2012 | $24.00 |
| 638715 | ANNEWOS | ANNE WOS | 12/9/2011 | $8.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638867 | ANNEWOS | ANNE WOS | 12/9/2011 | $12.00 |
| 638980 | ANNEWOS | ANNE WOS | 12/9/2011 | $14.00 |
| 639043 | ANNEWOS | ANNE WOS | 12/9/2011 | $14.00 |
| 638716 | ANNEWOS | ANNE WOS | 12/9/2011 | $5.00 |
| 639044 | ANNILMAR | ANNIE L. MARTIN | 12/9/2011 | $9.60 |
| 638868 | ANNIMAD | ANNIE MADDOX | 12/9/2011 | $10.00 |
| 638981 | ANNIMAD | ANNIE MADDOX | 12/9/2011 | $10.00 |
| 639612 | ANNIMAD | ANNIE MADDOX | 1/13/2012 | $10.00 |
| 638717 | ARLELAW | ARLENE LAWRENCE | 12/9/2011 | $8.00 |
| 638869 | ARLELAW | ARLENE LAWRENCE | 12/9/2011 | $8.00 |
| 638982 | ARLELAW | ARLENE LAWRENCE | 12/9/2011 | $8.00 |
| 639613 | ARLELAW | ARLENE LAWRENCE | 1/13/2012 | $8.00 |
| 639179 | ARNEMCC | ARNEDIA MCCRAY | 12/15/2011 | $1,345.80 |
| 639781 | ARNEMCC | ARNEDIA MCCRAY | 1/18/2012 | $1,410.66 |
| 639942 | ARNEMCC | ARNEDIA MCCRAY | 1/25/2012 | $1,390.66 |
| 638522 | AROUTHECLO | AROUND THE CLOCK | 12/5/2011 | $236.63 |
| 639251 | AROUTHECLO | AROUND THE CLOCK | 12/16/2011 | $278.97 |
| 639476 | AROUTHECLO | AROUND THE CLOCK | 1/6/2012 | $302.14 |
| 639170 | ARRITOL | ARRIS TOLBERT | 12/15/2011 | $640.68 |
| 639433 | ARRITOL | ARRIS TOLBERT | 1/6/2012 | $380.00 |
| 639435 | ARROSUP | ARROW SUPPLY COMPANY | 1/6/2012 | $724.50 |
| 639735 | ARTHBOO | ARTHUR J. BOOZE | 1/13/2012 | $11.00 |
| 638718 | ASAKNIS | ASAKO NISHIMURA | 12/9/2011 | $8.00 |
| 638983 | ASAKNIS | ASAKO NISHIMURA | 12/9/2011 | $8.00 |
| 638719 | ASPASAR | ASPASIA SARRIS | 12/9/2011 | $19.20 |
| 638536 | AT&TMOB | AT&T MOBILITY | 12/5/2011 | $288.02 |
| 639265 | AT&TMOB | AT&T MOBILITY | 12/16/2011 | $288.58 |
| 639045 | AUDRSMI | AUDREY SMITH | 12/9/2011 | $20.00 |
| 639614 | AUDRSMI | AUDREY SMITH | 1/13/2012 | $16.00 |
| 638537 | AVAYINC | AVAYA, INC. | 12/5/2011 | $1.00 |
| 638720 | BARBINOV | BARBARA J. NOVAK | 12/9/2011 | $13.00 |
| 639615 | BARBINOV | BARBARA J. NOVAK | 1/13/2012 | $11.70 |
| 638721 | BARBMOT | BARBARA MOTLEY | 12/9/2011 | $6.40 |
| 638870 | BARBSMI | BARBARA SMITH | 12/9/2011 | $14.00 |
| 639046 | BARBSMI | BARBARA SMITH | 12/9/2011 | $8.00 |
| 639602 | BARRJAC | BARRY JACKSON | 1/13/2012 | $357.89 |
| 638722 | BEATMYE | BEATRICE MYERS | 12/9/2011 | $36.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638871 | BEATMYE | BEATRICE MYERS | 12/9/2011 | $20.00 |
| 639047 | BEATMYE | BEATRICE MYERS | 12/9/2011 | $18.00 |
| 639916 | BEATMYE | BEATRICE MYERS | 1/13/2012 | $18.00 |
| 639181 | BELIGAR | BELINDA GARCIA | 12/15/2011 | $775.16 |
| 639783 | BELIGAR | BELINDA GARCIA | 1/18/2012 | $821.00 |
| 639944 | BELIGAR | BELINDA GARCIA | 1/25/2012 | $801.00 |
| 638872 | BERNBHUD | BERNESSIA B HUDSON | 12/9/2011 | $10.00 |
| 639048 | BERNFER | BERNICE FERRELL | 12/9/2011 | $34.20 |
| 638723 | BERNRUC | BERNICE RUCKER | 12/9/2011 | $18.00 |
| 639049 | BERNRUC | BERNICE RUCKER | 12/9/2011 | $12.00 |
| 638694 | BERRMEMUNI | BERRY MEMORIAL | 12/5/2011 | $4,075.00 |
| 638873 | BETTWAR | BETTE WARD | 12/9/2011 | $16.00 |
| 639052 | BETTWAR | BETTE WARD | 12/9/2011 | $8.00 |
| 639050 | BETTFLO | BETTI FLOWERS | 12/9/2011 | $52.00 |
| 639113 | BETTHOW | BETTY HOWARD | 12/9/2011 | $560.80 |
| 638724 | BETTJALL | BETTY J. ALLEN | 12/9/2011 | $5.00 |
| 638984 | BETTJALL | BETTY J. ALLEN | 12/9/2011 | $10.00 |
| 639051 | BETTJALL | BETTY J. ALLEN | 12/9/2011 | $10.00 |
| 639182 | BETTMUM | BETTY MUMFORD | 12/15/2011 | $672.90 |
| 639784 | BETTMUM | BETTY MUMFORD | 1/18/2012 | $705.33 |
| 639945 | BETTMUM | BETTY MUMFORD | 1/25/2012 | $695.33 |
| 638725 | BETTSHI | BETTY SHIPAN | 12/9/2011 | $5.00 |
| 639617 | BETTSHI | BETTY SHIPAN | 1/13/2012 | $9.20 |
| 639158 | BEVEJAC | BEVERLY JACKSON | 12/13/2011 | $116.10 |
| 638726 | BIANSMI | BIANCA SMITH | 12/9/2011 | $22.50 |
| 638874 | BIANSMI | BIANCA SMITH | 12/9/2011 | $13.50 |
| 638985 | BIANSMI | BIANCA SMITH | 12/9/2011 | $18.00 |
| 639618 | BIANSMI | BIANCA SMITH | 1/13/2012 | $22.50 |
| 639383 | BILLHAI | BILL E. HAINES | 1/4/2012 | $300.00 |
| 639564 | BILLHAI | BILL E. HAINES | 1/12/2012 | $300.00 |
| 639619 | BLESDELAVEG | BLESSIE DE LA VEGA | 1/13/2012 | $15.30 |
| 638875 | BONZGAL | BONZETTA GALBREATH | 12/9/2011 | $9.60 |
| 450033 | BOTTBOO | BOTTLES TO BOOKS | 1/3/2012 | $996.20 |
| 450034 | BOTTBOO | BOTTLES TO BOOKS | 1/3/2012 | $996.20 |
| 450035 | BOTTBOO | BOTTLES TO BOOKS | 1/3/2012 | $996.20 |
| 450036 | BOTTBOO | BOTTLES TO BOOKS | 1/3/2012 | $996.19 |
| 639358 | BRANHIL | BRANDI HILL | 12/28/2011 | $50.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638727 | BRENJEL | BRENETTE JELKS | 12/9/2011 | $5.00 |
| 638651 | CANDWILL | CANDICE WILLIAMS | 12/5/2011 | $201.00 |
| 639162 | CANDWILL | CANDICE WILLIAMS | 12/3/2011 | $200.00 |
| 639400 | CANDWILL | CANDICE WILLIAMS | 1/5/2012 | $201.00 |
| 639578 | CANDWILL | CANDICE WILLIAMS | 1/12/2012 | $117.00 |
| 639159 | CAPTHOO | CAPTAIN HOOKS | 12/13/2011 | $80.00 |
| 639337 | CARMKNI | CARMEN KNIGHTEN | 12/28/2011 | $113.87 |
| 638876 | CARMSANT | CARMEN SANTORO | 12/9/2011 | $14.00 |
| 639620 | CARMSANT | CARMEN SANTORO | 1/13/2012 | $2.00 |
| 638728 | CARRCAL | CARRIE CALLOWAY | 12/9/2011 | $63.00 |
| 638729 | CECEGRA | CECELIA GRANT | 12/9/2011 | $45.00 |
| 638877 | CECEGRA | CECELIA GRANT | 12/9/2011 | $67.50 |
| 639621 | CECEGRA | CECELIA GRANT | 1/13/2012 | $5.00 |
| 638730 | CECIGER | CECILIA GERMAINE | 12/9/2011 | $24.00 |
| 638878 | CELEBAS | CELESTE BASILE | 12/9/2011 | $24.00 |
| 639053 | CELEBAS | CELESTE BASILE | 12/9/2011 | $18.00 |
| 639622 | CELEBAS | CELESTE BASILE | 1/13/2012 | $1,312.50 |
| 639938 | CELIMAG | CELIA MAGUIGAD | 12/28/2011 | $3,125.00 |
| 639428 | CELIMAG | CELIA MAGUIGAD | 1/5/2012 | $228.90 |
| 640004 | CHARWAT | CHARLENE WATSON | 1/27/2012 | $5.00 |
| 638731 | CHARCOL | CHARLES COLEMAN | 12/9/2011 | $5.00 |
| 639623 | CHARCOL | CHARLES COLEMAN | 1/13/2012 | $52.00 |
| 639054 | CHARMCV | CHARLIE MCVEY | 12/9/2011 | $22.00 |
| 639184 | CHARHUD | CHARLOTTE HUDSON | 12/15/2011 | $1,345.80 |
| 639786 | CHARHUD | CHARLOTTE HUDSON | 1/18/2012 | $1,410.66 |
| 639947 | CHARHUD | CHARLOTTE HUDSON | 1/25/2012 | $1,390.66 |
| 638732 | CHARTAY | CHARLOTTE TAYLOR | 12/9/2011 | $5.00 |
| 639185 | CHERWEL | CHERYL WELCH | 12/15/2011 | $1,834.83 |
| 639787 | CHERWEL | CHERYL WELCH | 1/18/2012 | $1,812.66 |
| 639948 | CHERWEL | CHERYL WELCH | 1/25/2012 | $1,792.66 |
| 638733 | CHESWLO | CHESTER WLODARSKI | 12/9/2011 | $18.00 |
| 638879 | CHESWLO | CHESTER WLODARSKI | 12/9/2011 | $12.00 |
| 638886 | CHESWLO | CHESTER WLODARSKI | 12/9/2011 | $10.00 |
| 638524 | CHESWLO | CHESTER WLODARSKI | 1/13/2012 | $8.00 |
| 638538 | CHICFIR&BUR | CHICAGO FIRE & BURG. DETECTION | 12/5/2011 | $87.64 |
| 639266 | CHICFIR&BUR | CHICAGO FIRE & BURG. DETECTION | 12/16/2011 | $87.64 |
| 639267 | CHICFIR&BUR | CHICAGO FIRE & BURG. DETECTION | 12/16/2011 | $87.64 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639168 | CHICMESSER | CHICAGO MESSENGER SERVICE | 12/15/2011 | $441.68 |
| 639775 | CHICMESSER | CHICAGO MESSENGER SERVICE | 1/13/2012 | $236.27 |
| 639867 | CHICMESSER | CHICAGO MESSENGER SERVICE | 1/24/2012 | $96.20 |
| 638695 | CHILADVCEN | CHILD ADVOCACY CENTER | 12/5/2011 | $800.00 |
| 638685 | CHLPRO | CHL PROPERTIES, LLC | 12/5/2011 | $625.00 |
| 639555 | CHLPRO | CHL PROPERTIES, LLC | 1/12/2012 | $625.00 |
| 639788 | CHRIGOO | CHRISTINE GOODWIN | 1/18/2012 | $201.87 |
| 639949 | CHRIGOO | CHRISTINE GOODWIN | 1/25/2012 | $336.45 |
| 638734 | CLARIGOM | CLARA I. GOMEZ | 12/9/2011 | $5.00 |
| 639055 | CLARIGOM | CLARA I. GOMEZ | 12/9/2011 | $10.60 |
| 638987 | CLARHAR | CLARICE HARRIS | 12/9/2011 | $28.00 |
| 639186 | CLAUSOT | CLAUDETTE SOTO | 12/15/2011 | $250.00 |
| 638735 | CLEMREY | CLEMENCIA REYES | 12/9/2011 | $16.80 |
| 638988 | CLEMREY | CLEMENCIA REYES | 12/9/2011 | $9.60 |
| 638880 | CLIFAND | CLIFFORD ANDERSON | 12/9/2011 | $22.00 |
| 638539 | COMCAST | COMCAST | 12/5/2011 | $53.95 |
| 638540 | COMCAST | COMCAST | 12/5/2011 | $53.95 |
| 638541 | COMCAST | COMCAST | 12/5/2011 | $106.72 |
| 638542 | COMCAST | COMCAST | 12/5/2011 | $92.57 |
| 638543 | COMCAST | COMCAST | 12/5/2011 | $53.95 |
| 638544 | COMCAST | COMCAST | 12/5/2011 | $108.22 |
| 639268 | COMCAST | COMCAST | 12/5/2011 | $92.67 |
| 639269 | COMCAST | COMCAST | 12/16/2011 | $53.95 |
| 639384 | COMCAST | COMCAST | 12/16/2011 | $114.67 |
| 639625 | CONNANT | CONNIE ANTONOWICZ | 1/4/2012 | $100.62 |
| 639736 | CONNLI | CONNIE LI | 1/13/2012 | $7.80 |
| 638881 | CONNLI | CONNIE LI | 12/9/2011 | $14.00 |
| 638737 | CONNLI | CONNIE LI | 12/9/2011 | $24.00 |
| 639626 | CONSNBAC | CONSTANTINE N. BACIL | 12/9/2011 | $17.00 |
| 638737 | CONSNBAC | CONSTANTINE N. BACIL | 1/13/2012 | $8.00 |
| 639187 | CORNADA | CORNELIA ADAMS | 12/15/2011 | $653.54 |
| 639789 | CORNADA | CORNELIA ADAMS | 1/18/2012 | $685.32 |
| 639950 | CORNADA | CORNELIA ADAMS | 1/25/2012 | $675.32 |
| 639627 | COURCHI | COURT CHILTON | 1/13/2012 | $38.00 |
| 638738 | CURLOHUM | CURLEE O. HUMPHREY | 12/9/2011 | $8.00 |
| 638882 | CURLOHUM | CURLEE O. HUMPHREY | 12/9/2011 | $16.00 |
| 450021 | CYNTDIC | CYNTHIA L. DICKEY, M.A. | 1/3/2012 | $862.50 |
| 639751 | DANTBRO | DANTE BROWN | 1/13/2012 | $150.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639188 | DARLBEL | DARLENE BELL | 12/15/2011 | $1,445.80 |
| 639790 | DARLBEL | DARLENE BELL | 1/18/2012 | $1,510.66 |
| 639951 | DARLBEL | DARLENE BELL | 1/25/2012 | $829.91 |
| 639143 | DARRHOP | DARRYL HOPSON | 12/13/2011 | $800.00 |
| 639149 | DARRHOP | DARRYL HOPSON | 12/13/2011 | $125.00 |
| 639150 | DARRHOP | DARRYL HOPSON | 12/13/2011 | $175.00 |
| 639189 | DARRWRI | DARRYL WRIGHT SR. | 12/15/2011 | $672.90 |
| 639791 | DARRWRI | DARRYL WRIGHT SR. | 1/18/2012 | $705.33 |
| 639952 | DARRWRI | DARRYL WRIGHT SR. | 1/25/2012 | $695.33 |
| 639339 | DAVIHAM | DAVID HAMILTON | 12/28/2011 | $60.00 |
| 638739 | DAVIROGE | DAVID ROGERS | 12/9/2011 | $89.50 |
| 638883 | DAVIROGE | DAVID ROGERS | 12/9/2011 | $45.00 |
| 639628 | DAVIROGE | DAVID ROGERS | 1/13/2012 | $60.50 |
| 639340 | DEANGIB | DEANA GIBSON | 12/28/2011 | $30.00 |
| 639341 | DEANMAN | DEANNE MANN | 12/28/2011 | $59.43 |
| 639752 | DEBOENG | DEBORAH ENGLISH | 1/13/2012 | $75.00 |
| 639141 | DEBOVDUN | DEBORAH V. DUNMARS | 12/13/2011 | $205.80 |
| 638653 | DEIDBAK | DEIDRE BAKER | 12/5/2011 | $140.00 |
| 639401 | DEIDBAK | DEIDRE BAKER | 1/5/2012 | $140.00 |
| 639579 | DEIDBAK | DEIDRE BAKER | 1/12/2012 | $10.00 |
| 639753 | DELOCAM | DELORES CAMPBELL | 1/13/2012 | $150.00 |
| 639736 | DELOJAM | DELORES JAMISON | 1/13/2012 | $14.40 |
| 638740 | DELOSEL | DELORIS SELLERS | 12/9/2011 | $8.00 |
| 638884 | DELOSEL | DELORIS SELLERS | 12/9/2011 | $10.00 |
| 639056 | DELPFLO | DELPHINE FLORES | 12/9/2011 | $40.60 |
| 639190 | DEMPWIL | DEMPHSY WILSON | 12/15/2011 | $379.35 |
| 639792 | DEMPWIL | DEMPHSY WILSON | 1/18/2012 | $402.00 |
| 639963 | DEMPWIL | DEMPHSY WILSON | 1/25/2012 | $392.00 |
| 639163 | DENNLYL | DENNIS LYLES | 12/13/2011 | $225.00 |
| 639144 | DETRTON | Detrice Toney | 12/13/2011 | $100.00 |
| 639191 | DEXTLEG | DEXTER LEGGINS | 12/15/2011 | $886.90 |
| 639473 | DEXTLEG | DEXTER LEGGINS | 1/6/2012 | $266.00 |
| 639793 | DEXTLEG | DEXTER LEGGINS | 1/18/2012 | $695.33 |
| 639954 | DEXTLEG | DEXTER LEGGINS | 1/25/2012 | $951.33 |
| 638574 | DIAMWAS | DIAMOND WASTE & RECYCLING CORP. | 12/5/2012 | $190.90 |
| 639275 | DIAMWAS | DIAMOND WASTE & RECYCLING CORP. | 12/16/2011 | $190.90 |
| 639510 | DIAMWAS | DIAMOND WASTE & RECYCLING CORP. | 1/6/2012 | $190.90 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638885 | DIANBAU | DIANA BAUMGARTNER | 12/9/2011 | $19.60 |
| 639629 | DIANBAU | DIANA BAUMGARTNER | 1/13/2012 | $22.40 |
| 639192 | DIANCLA | DIANE CLARK | 12/15/2011 | $1,345.80 |
| 639794 | DIANCLA | DIANE CLARK | 1/18/2012 | $1,410.66 |
| 639955 | DIANCLA | DIANE CLARK | 1/25/2012 | $1,951.41 |
| 638741 | DIANROD | DIANE RODGERS | 12/9/2011 | $90.50 |
| 639630 | DIANROD | DIANE RODGERS | 1/13/2012 | $90.00 |
| 639321 | DIANULI | DIANIRA ULIN | 12/27/2011 | $3,749.24 |
| 450028 | DIANULI | DIANIRA ULIN | 1/3/2012 | $916.15 |
| 639754 | DINATHO | DINA THORNTON | 1/13/2012 | $150.00 |
| 639631 | DOLOFWEB | DOLORES F. WEBER | 1/13/2012 | $26.00 |
| 638742 | DOLORYB | DOLORES RYBERG | 12/9/2011 | $8.00 |
| 639057 | DOLORYB | DOLORES RYBERG | 12/9/2011 | $14.20 |
| 639632 | DOLORYB | DOLORES RYBERG | 1/13/2012 | $8.00 |
| 639193 | DONACEL | DONALD CELMER | 12/15/2011 | $1,154.52 |
| 639795 | DONACEL | DONALD CELMER | 1/18/2012 | $1,213.00 |
| 639956 | DONACEL | DONALD CELMER | 1/25/2012 | $1,203.00 |
| 639359 | DONNKIN | DONNA KING | 12/28/2011 | $100.00 |
| 639146 | DOOLAMU | DOOLINS AMUSEMENT SUPPLY CO. | 12/13/2011 | $630.00 |
| 639194 | DORESWA | DORETHA SWAIN | 12/15/2011 | $150.00 |
| 639957 | DORESWA | DORETHA SWAIN | 1/25/2012 | $1,413.09 |
| 639633 | DORIDJOH | DORIS D. JOHNSON | 1/13/2012 | $15.20 |
| 639749 | DORIDIC | DORIS DICKENS | 1/13/2012 | $36.00 |
| 639634 | DORILHAM | DORIS L. HAMPTON | 1/13/2012 | $30.00 |
| 638989 | DORISMI | DORIS SMITH | 12/9/2011 | $8.00 |
| 638743 | DOROBAN | DOROTHY BANKS | 12/9/2011 | $28.00 |
| 638990 | DOROBAN | DOROTHY BANKS | 12/9/2011 | $28.00 |
| 639635 | DOROBAN | DOROTHY BANKS | 1/13/2012 | $36.00 |
| 639195 | DOROCAM | DOROTHY CAMPBELL | 12/15/2011 | $455.81 |
| 639796 | DOROCAM | DOROTHY CAMPBELL | 1/18/2012 | $481.00 |
| 639958 | DOROCAM | DOROTHY CAMPBELL | 1/25/2012 | $471.00 |
| 639636 | DOROJONE | DOROTHY JONES | 1/13/2012 | $36.00 |
| 638886 | DOROSIM | DOROTHY SIMON | 12/9/2011 | $12.60 |
| 639637 | DOROSIM | DOROTHY SIMON | 1/13/2012 | $11.20 |
| 450031 | DUSHHAS | DUSHANTI HASSELL | 1/3/2012 | $30.00 |
| 638686 | DVPROP | DV PROPERTY MANAGEMENT | 12/5/2011 | $635.00 |
| 639556 | DVPROP | DV PROPERTY MANAGEMENT | 1/12/2012 | $635.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639322 | EARLHAG | EARLINE HAGGARD | 12/27/2011 | $784.46 |
| 450025 | EARLHAG | EARLINE HAGGARD | 1/3/2012 | $87.85 |
| 639360 | EARNHAR | EARNELL HARDIMON | 12/28/2011 | $100.00 |
| 638991 | EARTCAM | EARTHA CAMPBELL | 12/9/2011 | $20.00 |
| 639323 | EBONHOW | EBONY HOWARD | 12/27/2011 | $60.00 |
| 638696 | EDGEPRECHU | EDGEWATER PRESBYTERIAN CHURCH | 12/5/2011 | $4,056.43 |
| 638744 | EDNAMDRA | EDNA M. DRAKE | 12/9/2011 | $6.80 |
| 638887 | EDNAMDRA | EDNA M. DRAKE | 12/9/2011 | $10.60 |
| 639058 | EDNAMDRA | EDNA M. DRAKE | 12/9/2011 | $10.00 |
| 639638 | EDNAMDRA | EDNA M. DRAKE | 1/13/2012 | $10.00 |
| 638745 | ELAILHAL | ELAINE L. HALL | 12/9/2011 | $6.00 |
| 638888 | ELAILHAL | ELAINE L. HALL | 12/9/2011 | $16.00 |
| 639639 | ELAILHAL | ELAINE L. HALL | 1/13/2012 | $12.00 |
| 638746 | ELEABIS | ELEANOR BISSING | 12/9/2011 | $5.00 |
| 639059 | ELEABIS | ELEANOR BISSING | 12/9/2011 | $8.10 |
| 638747 | ELEABUR | ELEANORE BURNS | 12/9/2011 | $8.00 |
| 638889 | ELEABUR | ELEANORE BURNS | 12/9/2011 | $12.80 |
| 638992 | ELEABUR | ELEANORE BURNS | 12/9/2011 | $9.60 |
| 639640 | ELEABUR | ELEANORE BURNS | 1/13/2012 | $9.60 |
| 638748 | ELIZHAY | ELIZABETH HAYWOOD | 12/9/2011 | $54.00 |
| 638890 | ELIZHAY | ELIZABETH HAYWOOD | 12/9/2011 | $24.00 |
| 639060 | ELIZHAY | ELIZABETH HAYWOOD | 12/9/2011 | $30.00 |
| 639641 | ELIZHAY | ELIZABETH HAYWOOD | 1/13/2012 | $30.00 |
| 639061 | ELLAPAV | ELLA PAVLINEK | 12/9/2011 | $24.00 |
| 638749 | ELLGEO | ELLEN L. GEORGE | 12/9/2011 | $6.00 |
| 638891 | ELLGEO | ELLEN L. GEORGE | 12/9/2011 | $14.00 |
| 639642 | ELLGEO | ELLEN L. GEORGE | 1/13/2012 | $12.00 |
| 638750 | EMERBAR | EMERENCE BARBER | 12/9/2011 | $6.00 |
| 638993 | EMERBAR | EMERENCE BARBER | 12/9/2011 | $9.60 |
| 639643 | EMERBAR | EMERENCE BARBER | 1/13/2012 | $10.80 |
| 639224 | EMILJEN | EMILY JENKINS | 12/27/2011 | $1,696.72 |
| 450024 | EMILJEN | EMILY JENKINS | 1/3/2012 | $502.00 |
| 639342 | ERICWAR | ERICA WARD | 12/28/2011 | $30.00 |
| 639198 | ERIEJOH | ERIE JOHNSON | 12/15/2011 | $429.35 |
| 639799 | ERIEJOH | ERIE JOHNSON | 1/18/2012 | $402.00 |
| 639961 | ERIEJOH | ERIE JOHNSON | 1/25/2012 | $392.00 |
| 639166 | ERIKORT | ERIKA ORTIZ | 12/14/2011 | $770.28 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639315 | ERIKORT | ERIKA ORTIZ | 12/22/2011 | $678.58 |
| 639545 | ERIKORT | ERIKA ORTIZ | 1/10/2012 | $495.18 |
| 639862 | ERIKORT | ERIKA ORTIZ | 1/20/2012 | $678.58 |
| 640005 | ERIKORT | ERIKA ORTIZ | 1/27/2012 | $385.14 |
| 638751 | ESTEHWAR | ESTERIA H. WARE | 12/9/2011 | $5.00 |
| 639082 | ESTEHWAR | ESTERIA H. WARE | 12/9/2011 | $9.60 |
| 639644 | ESTEHWAR | ESTERIA H. WARE | 1/13/2012 | $8.00 |
| 638994 | ESTHSIV | ESTHER SIVER | 12/9/2011 | $8.40 |
| 638752 | ETTASCH | ETTA SCHILLER | 12/9/2011 | $80.00 |
| 638892 | ETTASCH | ETTA SCHILLER | 12/9/2011 | $40.00 |
| 638995 | ETTASCH | ETTA SCHILLER | 12/9/2011 | $40.00 |
| 639645 | ETTASCH | ETTA SCHILLER | 1/13/2012 | $40.00 |
| 639313 | EVERLENE MURPH | 12/21/2011 | $1,105.11 |
| 639800 | EVERMUR | EVERLENE MURPH | 1/18/2012 | $956.72 |
| 639962 | EVERMUR | EVERLENE MURPH | 1/25/2012 | $2,781.32 |
| 639063 | FANNSMI | FANNIE SMITH | 12/9/2011 | $14.00 |
| 639306 | FEDEXOFF | FEDEX OFFICE | 12/20/2011 | $268.25 |
| 638753 | FERBCLA | FERBIE CLAUDON | 12/9/2011 | $6.00 |
| 638893 | FERBCLA | FERBIE CLAUDON | 12/9/2011 | $10.00 |
| 639646 | FERBCLA | FERBIE CLAUDON | 1/13/2012 | $8.00 |
| 638754 | FLORLTUN | FLORENCE L. TUN | 12/9/2011 | $8.00 |
| 639647 | FLORMCC | FLORENCE MCCARTHY | 1/13/2012 | $16.00 |
| 639200 | FRANEUB | FRANCES EUBANKS | 12/15/2011 | $672.90 |
| 639801 | FRANEUB | FRANCES EUBANKS | 1/18/2012 | $705.33 |
| 639963 | FRANEUB | FRANCES EUBANKS | 1/25/2012 | $695.33 |
| 639201 | FREDMOO | FREDDIE MOORE | 12/15/2011 | $653.54 |
| 639802 | FREDMOO | FREDDIE MOORE | 1/18/2012 | $685.32 |
| 639964 | FREDMOO | FREDDIE MOORE | 1/25/2012 | $675.32 |
| 639574 | FREDJON | FREDDRINA JONES | 1/12/2012 | $900.00 |
| 638755 | GAILMCG | GAIL MCGRUDER | 12/9/2011 | $8.00 |
| 638996 | GAILMCG | GAIL MCGRUDER | 12/9/2011 | $10.00 |
| 639648 | GAILMCG | GAIL MCGRUDER | 1/13/2012 | $16.00 |
| 638756 | GENEGIP | GENEVA GIPSON | 12/9/2011 | $9.60 |
| 638894 | GENEGIP | GENEVA GIPSON | 12/9/2011 | $11.20 |
| 639084 | GENEGIP | GENEVA GIPSON | 12/9/2011 | $8.00 |
| 639649 | GENEGIP | GENEVA GIPSON | 1/13/2012 | $8.00 |
| 638757 | GEORMOT | GEORGE MOTTO | 12/9/2011 | $20.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638895 | GEORMOT | GEORGE MOTTO | 12/9/2011 | $20.00 |
| 638997 | GEORMOT | GEORGE MOTTO | 12/9/2011 | $20.00 |
| 639065 | GEORMOT | GEORGE MOTTO | 12/9/2011 | $20.00 |
| 639650 | GEORMOT | GEORGE MOTTO | 1/13/2012 | $18.00 |
| 639202 | GERABRO | GERALDINE BROWN | 12/15/2011 | $2,691.60 |
| 639803 | GERABRO | GERALDINE BROWN | 1/18/2012 | $1,266.08 |
| 639805 | GERABRO | GERALDINE BROWN | 1/25/2012 | $524.16 |
| 638896 | GERAMOO | GERALDINE MOORE | 12/9/2011 | $42.00 |
| 639066 | GERAMOO | GERALDINE MOORE | 12/9/2011 | $30.00 |
| 639651 | GERAMOO | GERALDINE MOORE | 1/13/2012 | $24.00 |
| 638758 | GERRJON | GERRI JONES | 12/9/2011 | $7.00 |
| 638897 | GERRJON | GERRI JONES | 12/9/2011 | $9.00 |
| 639067 | GERRJON | GERRI JONES | 12/9/2011 | $5.00 |
| 638759 | GLORAYK | GLORIA AYKROID | 12/15/2011 | $672.90 |
| 639203 | GLORREI | GLORIA REED | 1/18/2012 | $20.17 |
| 639804 | GLORREI | GLORIA REED | 1/25/2012 | $1,233.65 |
| 639066 | GLORREI | GLORIA REED | 12/9/2011 | $12.00 |
| 638898 | GLORSCH | GLORIA SCHLINGER | 12/9/2011 | $12.00 |
| 639652 | GLORSCH | GLORIA SCHLINGER | 1/13/2012 | $12.00 |
| 639169 | GRANAWIS | GRANT A WISH | 12/15/2011 | $150.00 |
| 638760 | GUSSMSTO | GUSSIE M. STOKES | 12/9/2011 | $16.00 |
| 638899 | GUSSMSTO | GUSSIE M. STOKES | 12/9/2011 | $13.00 |
| 639068 | GUSSMSTO | GUSSIE M. STOKES | 12/9/2011 | $8.00 |
| 639653 | GUSSMSTO | GUSSIE M. STOKES | 1/13/2012 | $8.00 |
| 639204 | GWENKEN | GWENDOLYN KENT | 12/15/2011 | $1,345.80 |
| 639805 | GWENKEN | GWENDOLYN KENT | 1/18/2012 | $1,410.66 |
| 639067 | GWENKEN | GWENDOLYN KENT | 1/25/2012 | $1,390.66 |
| 638761 | HANNGOL | HANNA GOLDSCHMIDT | 12/9/2011 | $13.60 |
| 638998 | HANNGOL | HANNA GOLDSCHMIDT | 12/9/2011 | $20.80 |
| 638762 | HARLSIS | HARLEY SISCO | 12/9/2011 | $50.00 |
| 638900 | HARLSIS | HARLEY SISCO | 12/9/2011 | $50.00 |
| 639654 | HARLSIS | HARLEY SISCO | 1/13/2012 | $50.00 |
| 638763 | HAROECK | HAROLD ECKARDT | 12/9/2011 | $12.00 |
| 638901 | HAROECK | HAROLD ECKARDT | 12/9/2011 | $8.40 |
| 638999 | HAROECK | HAROLD ECKARDT | 12/9/2011 | $9.60 |
| 639069 | HAROECK | HAROLD ECKARDT | 12/9/2011 | $9.60 |
| 639655 | HAROECK | HAROLD ECKARDT | 1/13/2012 | $10.80 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638764 | HARRKUR | HARRIET KURZ | 12/9/2011 | $5.00 |
| 638765 | HATTGREE | HATTIE GREEN | 12/9/2011 | $24.00 |
| 638902 | HATTGREE | HATTIE GREEN | 12/9/2011 | $24.00 |
| 638766 | HAWTCRO | HAWTHORN CROSBY | 12/9/2011 | $7.50 |
| 638767 | HAWTCRO | HAWTHORN CROSBY | 12/9/2011 | $8.00 |
| 638903 | HAWTCRO | HAWTHORN CROSBY | 12/9/2011 | $8.00 |
| 639000 | HAWTCRO | HAWTHORN CROSBY | 12/9/2011 | $8.00 |
| 639656 | HAWTCRO | HAWTHORN CROSBY | 1/13/2012 | $13.60 |
| 639206 | HAZEALS | HAZEL ALSTON | 12/15/2011 | $653.54 |
| 639807 | HAZEALS | HAZEL ALSTON | 1/18/2012 | $162.49 |
| 638654 | HAZEALS | HAZEL ALSTON | 1/13/2012 | $426.00 |
| 639299 | HAZEHAR | HAZEL HARRIS | 12/5/2011 | $426.00 |
| 639580 | HAZEHAR | HAZEL HARRIS | 12/16/2011 | $1,550.00 |
| 638767 | HELECHRI | HELEN CHRISON | 1/12/2012 | $10.00 |
| 638904 | HELECHRI | HELEN CHRISON | 12/9/2011 | $16.00 |
| 639001 | HELECHRI | HELEN CHRISON | 12/9/2011 | $12.80 |
| 639070 | HELECHRI | HELEN CHRISON | 12/9/2011 | $16.00 |
| 639657 | HELECHRI | HELEN CHRISON | 1/13/2012 | $14.40 |
| 639071 | HELECHRI | HELEN CHRISON | 12/9/2011 | $14.40 |
| 638768 | HELEWES | HELEN J. WESLEY | 12/9/2011 | $24.00 |
| 638905 | HENRKIN | HENRY KING | 12/9/2011 | $8.00 |
| 639072 | HENRKIN | HENRY KING | 12/9/2011 | $8.00 |
| 639658 | HENRKIN | HENRY KING | 1/13/2012 | $10.00 |
| 638769 | HENRSOL | HENRY SOLOMAN | 12/9/2011 | $8.00 |
| 638906 | HENRSOL | HENRY SOLOMAN | 12/9/2011 | $48.00 |
| 639669 | HENRSOL | HENRY SOLOMAN | 1/13/2012 | $50.00 |
| 638770 | HENRSOL | HENRY SOLOMAN | 12/9/2011 | $48.00 |
| 639755 | HILBSAN | HILBERT C. SANDIFER | 12/9/2011 | $5.00 |
| 639514 | HILDMAT | HILDA MATOS | 1/13/2012 | $75.00 |
| 639114 | HINCSPRINGS | HINCKLEY SPRINGS WATER CO. | 12/5/2011 | $89.99 |
| 638771 | HINCSPRINGS | HINCKLEY SPRINGS WATER CO. | 1/6/2012 | $166.77 |
| 638907 | HYATREGMCC | HYATT REGENCY MCCORMICK PLACE | 12/9/2011 | $2,821.88 |
| 639660 | IDAKEL | IDA KELLY | 12/9/2011 | $45.00 |
| 638708 | IDAKEL | IDA KELLY | 1/13/2012 | $45.00 |
| 639247 | IDAKEL | IDA KELLY | 12/9/2011 | $45.00 |
| 638580 | ILLISTAPOL | ILLINOIS STATE POLICE | 1/13/2012 | $50.00 |
| 639137 | ILLISTAPOL | ILLINOIS STATE POLICE | 12/7/2011 | $320.00 |
|  | INNOVOI | INNOVATIVE VOICE TECHNOLOGIES | 12/15/2011 | $320.00 |
|  | INTEBUS | INTERACT BUSINESS PRODUCTS, LLC | 12/5/2011 | $900.00 |
|  |  |  | 12/13/2011 | $228.09 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638908 | IRISRSMI | IRIS R. SMITH | 12/9/2011 | $8.00 |
| 639002 | IRISRSMI | IRIS R. SMITH | 12/9/2011 | $10.00 |
| 639207 | IRMAHAN | IRMA HANSBROUGH | 12/15/2011 | $672.90 |
| 639808 | IRMAHAN | IRMA HANSBROUGH | 12/15/2011 | $705.33 |
| 639969 | IRMAHAN | IRMA HANSBROUGH | 1/18/2012 | $705.33 |
| 638772 | IRMAHAN | IRMA HANSBROUGH | 1/25/2012 | $695.33 |
| 639073 | JACQDAVI | JACQUELINE DAVIDSON | 12/9/2011 | $8.00 |
| 639661 | JACQDAVI | JACQUELINE DAVIDSON | 12/9/2011 | $14.00 |
| 638655 | JACQDAVI | JACQUELINE DAVIDSON | 1/13/2012 | $14.00 |
| 639402 | JAMATHO | JAMAIN THOMPSON | 12/5/2011 | $115.00 |
| 639581 | JAMATHO | JAMAIN THOMPSON | 1/5/2012 | $115.00 |
| 639868 | JAMATHO | JAMAIN THOMPSON | 1/12/2012 | $10.00 |
| 638775 | JANMAS | JAMAIN THOMPSON | 1/19/2012 | $800.00 |
| 638911 | JANMAS | JAN MASON | 12/9/2011 | $5.00 |
| 638773 | JANEFOX | JAN MASON | 12/9/2011 | $17.60 |
| 638909 | JANEFOX | JANET FOX | 12/9/2011 | $18.00 |
| 639003 | JANEFOX | JANET FOX | 12/9/2011 | $18.00 |
| 639074 | JANEFOX | JANET FOX | 12/9/2011 | $20.00 |
| 639662 | JANEFOX | JANET FOX | 12/9/2011 | $20.00 |
| 639209 | JANEWIL | JANET FOX | 1/13/2012 | $18.00 |
| 639810 | JANEWIL | JANET WILLIAMS | 12/15/2011 | $672.90 |
| 639971 | JANEWIL | JANET WILLIAMS | 1/18/2012 | $705.33 |
| 638774 | JANEJOH | JANET WILLIAMS | 1/25/2012 | $695.33 |
| 638910 | JANEJOH | JANETTE JOHNSON | 12/9/2011 | $90.00 |
| 639115 | JANIBAS | JANETTE JOHNSON | 12/9/2011 | $42.00 |
| 639603 | JANIBAS | JANICE BASKA | 1/13/2012 | $64.34 |
| 638776 | JANNJEF | JANICE BASKA | 12/9/2011 | $46.24 |
| 638912 | JANNJEF | JANNIE JEFFERSON | 12/9/2011 | $42.00 |
| 639075 | JANNJEF | JANNIE JEFFERSON | 12/9/2011 | $50.00 |
| 639663 | JANNJEF | JANNIE JEFFERSON | 12/9/2011 | $50.00 |
| 639343 | JASMDOU | JANNIE JEFFERSON | 1/13/2012 | $42.00 |
| 639375 | JASOMER | JASMINE DOUGLAS | 12/28/2011 | $30.00 |
| 639300 | JEANALL | JASON MEREL | 1/4/2012 | $1,215.00 |
| 638778 | JEANJAC | JEANETTE ALLEN | 12/16/2011 | $395.00 |
| 638913 | JEANJAC | JEANNETTA JACKSON | 12/9/2011 | $10.00 |
| 639664 | JEANJAC | JEANNETTA JACKSON | 12/9/2011 | $15.00 |
| 638777 | JEANCOU | JEANNETTA JACKSON | 1/13/2012 | $8.00 |
|  |  | JEANNETTE COUSINS | 12/9/2011 | $5.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639116 | JEFFBNEL | JEFFREY B. NELSON | 12/9/2011 | $275.11 |
| 639604 | JEFFBNEL | JEFFREY B. NELSON | 1/13/2012 | $119.85 |
| 639344 | JESSVAL | JESSICA VALENCIA | 12/28/2011 | $60.00 |
| 639145 | JEWEBUS | JEWELS BUS COMPANY | 12/13/2011 | $800.00 |
| 638779 | JILLAWON | JILL A. WONSIL | 12/9/2011 | $5.00 |
| 639665 | JILLAWON | JILL A. WONSIL | 1/13/2012 | $8.40 |
| 639737 | JIMFINN | JIM FINN | 1/13/2012 | $8.00 |
| 639210 | JIMMHOL | JIMMIE HOLLINS | 12/15/2011 | $420.97 |
| 639811 | JIMMHOL | JIMMIE HOLLINS | 1/18/2012 | $445.00 |
| 639972 | JIMMHOL | JIMMIE HOLLINS | 1/25/2012 | $435.00 |
| 638781 | JOANBAS | JO ANNE BASTAS | 12/9/2011 | $16.00 |
| 638914 | JOANBAS | JO ANNE BASTAS | 12/9/2011 | $10.00 |
| 639666 | JOANBAS | JO ANNE BASTAS | 1/13/2012 | $16.00 |
| 638780 | JOALMIR | JOALEENE MIRANDA | 12/9/2011 | $96.00 |
| 639117 | JOALMIR | JOALEENE MIRANDA | 12/9/2011 | $345.42 |
| 638915 | JOANSHA | JOAN SHANNON | 12/9/2011 | $12.00 |
| 638656 | JOANHARR | JOANN HARRIS | 12/5/2011 | $140.00 |
| 639403 | JOANHARR | JOANN HARRIS | 1/5/2012 | $140.00 |
| 639582 | JOANHARR | JOANN HARRIS | 1/12/2012 | $10.00 |
| 638785 | JOHNRKIS | JOHN R. KISH | 12/9/2011 | $36.00 |
| 638786 | JOHNZAR | JOHN ZAREMSKI | 12/9/2011 | $16.00 |
| 638918 | JOHNZAR | JOHN ZAREMSKI | 12/9/2011 | $20.00 |
| 639004 | JOHNZAR | JOHN ZAREMSKI | 12/9/2011 | $16.00 |
| 639076 | JOHNZAR | JOHN ZAREMSKI | 12/9/2011 | $20.00 |
| 639669 | JOHNZAR | JOHN ZAREMSKI | 1/13/2012 | $18.00 |
| 638916 | JOHNJAC | JOHNNIE JACKSON | 12/9/2011 | $8.00 |
| 639667 | JOHNJAC | JOHNNIE JACKSON | 1/13/2012 | $10.00 |
| 638783 | JOHNMSMI | JOHNNIE M. SMITH | 12/9/2011 | $5.00 |
| 638784 | JOHNNWIL | JOHNNY WILLIAMS | 12/9/2011 | $42.00 |
| 638917 | JOHNNWIL | JOHNNY WILLIAMS | 12/9/2011 | $50.00 |
| 639668 | JOHNNWIL | JOHNNY WILLIAMS | 1/13/2012 | $48.00 |
| 638782 | JOHNBRO | JOHNYE BROWN | 12/9/2011 | $5.00 |
| 638787 | JOSEBOU | JOSEPH BOUTTE | 12/9/2011 | $18.00 |
| 639005 | JOSEBOU | JOSEPH BOUTTE | 12/9/2011 | $18.00 |
| 639670 | JOSEBOU | JOSEPH BOUTTE | 1/13/2012 | $13.50 |
| 638788 | JOSEGON | JOSEPHINE GONCHER | 12/9/2011 | $6.00 |
| 638789 | JOSEOSS | JOSEPHINE OSSLER | 12/9/2011 | $14.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639077 | JOSEOSS | JOSEPHINE OSSLER | 12/9/2011 | $19.60 |
| 636671 | JOSEOSS | JOSEPHINE OSSLER | 1/13/2012 | $9.80 |
| 639672 | JOYCCOL | JOYCE A. COLEMAN | 1/13/2012 | $12.00 |
| 639738 | JUANBOM | JUAN BOMBEE | 1/13/2012 | $18.00 |
| 639345 | JUANGAR | JUANITA GARTLEY | 12/28/2011 | $120.00 |
| 638790 | JUDIBLIT | JUDITH BLAKE | 12/9/2011 | $20.00 |
| 639006 | JUDIBLIT | JUDITH BLAKE | 12/9/2011 | $34.00 |
| 638791 | JUDIPED | JUDITH PEDRAZA | 12/9/2011 | $18.00 |
| 638919 | JUDIPED | JUDITH PEDRAZA | 12/9/2011 | $18.00 |
| 639007 | JUDIPED | JUDITH PEDRAZA | 12/9/2011 | $20.00 |
| 639078 | JUDIPED | JUDITH PEDRAZA | 12/9/2011 | $20.00 |
| 639673 | JUDIPED | JUDITH PEDRAZA | 1/13/2012 | $18.00 |
| 638792 | JUDIPED | JUDITH PEDRAZA | 12/9/2011 | $8.00 |
| 638920 | JULIWHI | JULIA WHITFIELD | 12/9/2011 | $11.80 |
| 639079 | JULIWHI | JULIA WHITFIELD | 12/9/2011 | $10.40 |
| 639674 | JULIWHI | JULIA WHITFIELD | 1/13/2012 | $11.20 |
| 639739 | JULIWHI | JULIA WHITFIELD | 1/13/2012 | $8.00 |
| 639278 | JUSTWIL | JUSTICE-WILLOW SPRING | 12/16/2011 | $93.12 |
| 639849 | KARRMIL | KARRIE MILLS | 1/19/2012 | $500.00 |
| 638687 | KASSMAN | KASS MANAGEMENT SERVICES | 12/5/2011 | $575.00 |
| 639557 | KASSMAN | KASS MANAGEMENT SERVICES | 1/12/2012 | $575.00 |
| 638657 | KASSWATS | KASSIE WATSON | 12/5/2011 | $140.00 |
| 639381 | KASSWATS | KASSIE WATSON | 1/4/2012 | $300.00 |
| 639404 | KASSWATS | KASSIE WATSON | 1/5/2012 | $140.00 |
| 639583 | KASSWATS | KASSIE WATSON | 1/12/2012 | $10.00 |
| 639346 | KATRCUN | KATRINA CUNNINGHAM | 12/28/2011 | $85.77 |
| 638793 | KAYWAR | KAY WARE | 12/9/2011 | $10.00 |
| 639008 | KAYWAR | KAY WARE | 12/9/2011 | $16.00 |
| 638658 | KEATPAG | KEATHEA PAGE | 12/5/2011 | $140.00 |
| 639405 | KEATPAG | KEATHEA PAGE | 1/5/2012 | $16.00 |
| 639139 | KENDFRE | KENDRA FREEMAN | 12/13/2011 | $300.00 |
| 638794 | KENNYOZ | KENNETH YOZA | 12/9/2011 | $17.00 |
| 639009 | KENNYOZ | KENNETH YOZA | 12/9/2011 | $10.00 |
| 638659 | KENYWAL | KENYATTA WALLS | 12/5/2011 | $140.00 |
| 639406 | KENYWAL | KENYATTA WALLS | 1/5/2012 | $140.00 |
| 639584 | KENYWAL | KENYATTA WALLS | 1/12/2012 | $10.00 |
| 639756 | KEVICOT | KEVIN COTTO | 1/13/2012 | $150.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639373 | KIELMCD | KIEL MCDOUGALL | 1/4/2012 | $4,200.00 |
| 638661 | KIMBBRE | KIMBERLY BRENT | 12/5/2011 | $151.11 |
| 639408 | KIMBBRE | KIMBERLY BRENT | 1/5/2012 | $151.11 |
| 639585 | KIMBBRE | KIMBERLY BRENT | 1/12/2012 | $10.00 |
| 639361 | KIMBGIL | KIMBERLY GILBERT | 12/28/2011 | $100.00 |
| 450032 | KIMBWIL | KYMBERLY WILKINS | 1/3/2012 | $37.10 |
| 639863 | LANMUCDOM | LANER, MUCHIN, DOMBROW & | 1/20/2012 | $5,000.00 |
| 638795 | LARRNAZ | LARRY E. NAZIMAK | 12/9/2011 | $5.00 |
| 638662 | LATACAR | LATASHA CARTER | 12/5/2011 | $140.00 |
| 639409 | LATACAR | LATASHA CARTER | 1/5/2012 | $140.00 |
| 639586 | LATACAR | LATASHA CARTER | 1/12/2012 | $10.00 |
| 639757 | LATADUN | LATASHA DUNKIN | 1/13/2012 | $150.00 |
| 638663 | LATISTE | LATISHA STEVENS | 12/5/2011 | $212.43 |
| 639410 | LATISTE | LATISHA STEVENS | 1/5/2012 | $212.43 |
| 639758 | LATOHIL | LATOYA HILLARD | 1/13/2012 | $75.00 |
| 639167 | LATOCUL | LATOYA K. CULPEPPER | 12/15/2011 | $3,000.00 |
| 639140 | LATOTHO | LATOYA THOMAS | 12/13/2011 | $72.28 |
| 639568 | LATOTHO | LATOYA THOMAS | 1/12/2012 | $44.40 |
| 638796 | LAVABEN | LAVATOR BENSON | 12/9/2011 | $54.00 |
| 638921 | LAVABEN | LAVATOR BENSON | 12/9/2011 | $18.00 |
| 639010 | LAVABEN | LAVATOR BENSON | 12/9/2011 | $30.00 |
| 639675 | LAVABEN | LAVATOR BENSON | 1/13/2012 | $12.00 |
| 638797 | LAVEBUT | LAVERNE BUTLER | 12/9/2011 | $10.00 |
| 639213 | LAVEMUN | LAVERNE MUNOZ | 12/15/2011 | $792.58 |
| 639814 | LAVEMUN | LAVERNE MUNOZ | 1/18/2012 | $829.00 |
| 639975 | LAVEMUN | LAVERNE MUNOZ | 1/25/2012 | $829.00 |
| 639975 | LAVEMUN | LAVERNE MUNOZ | 1/25/2012 | $829.00 |
| 638664 | LAVOAND | LAVONNE ANDERSON | 12/5/2011 | $140.00 |
| 639411 | LAVOAND | LAVONNE ANDERSON | 1/5/2012 | $140.00 |
| 638587 | LAVOAND | LAVONNE ANDERSON | 1/12/2012 | $10.00 |
| 639379 | LAZEOBR | LAZETTE O'BRIEN | 1/4/2012 | $1,575.00 |
| 639332 | LECORDBLECOL | LE CORDON BLEU COLLEGE | 12/27/2011 | $50.00 |
| 639011 | LEAVCOX | LEAVERNON COX | 12/9/2011 | $15.00 |
| 639740 | LEAVCOX | LEAVERNON COX | 1/13/2012 | $77.00 |
| 638665 | LEEBUR | LEE ETTA BURKS | 12/5/2011 | $90.00 |
| 639412 | LEEBUR | LEE ETTA BURKS | 1/5/2012 | $140.00 |
| 639588 | LEEBUR | LEE ETTA BURKS | 1/12/2012 | $10.00 |
| 638798 | LELIHAR | LELIA HARVEY | 12/9/2011 | $5.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639676 | LELIHAR | LELIA HARVEY | 1/13/2012 | $8.40 |
| 638799 | LEONRHY | LEONIE RHYS | 12/9/2011 | $10.00 |
| 638922 | LEONRHY | LEONIE RHYS | 12/9/2011 | $10.00 |
| 639677 | LEONRHY | LEONIE RHYS | 1/13/2012 | $10.00 |
| 632214 | LILLDUF | LILLIE DUFFIE | 12/15/2011 | $1,307.07 |
| 639815 | LILLDUF | LILLIE DUFFIE | 1/18/2012 | $1,370.64 |
| 639976 | LILLDUF | LILLIE DUFFIE | 1/25/2012 | $1,350.64 |
| 639080 | LILLRHO | LILLIE RHODEN | 12/9/2011 | $8.00 |
| 639678 | LILLRHO | LILLIE RHODEN | 1/13/2012 | $12.00 |
| 639215 | LINDGRI | LINDA GRIFFIN | 12/15/2011 | $672.90 |
| 639816 | LINDGRI | LINDA GRIFFIN | 1/18/2012 | $805.33 |
| 639977 | LINDGRI | LINDA GRIFFIN | 1/25/2012 | $695.33 |
| 638800 | LINDHIFF | LINDA HIFFMAN | 12/9/2011 | $29.10 |
| 638923 | LINDHIFF | LINDA HIFFMAN | 12/9/2011 | $26.19 |
| 639012 | LINDHIFF | LINDA HIFFMAN | 12/9/2011 | $15.20 |
| 639081 | LINDHIFF | LINDA HIFFMAN | 12/9/2011 | $26.19 |
| 639679 | LINDHIFF | LINDA HIFFMAN | 1/13/2012 | $26.19 |
| 639680 | LINDHON | LINDA HONDRAS | 1/13/2012 | $9.60 |
| 639216 | LISAJUS | LISA JUSTIN | 12/15/2011 | $1,345.80 |
| 639817 | LISAJUS | LISA JUSTIN | 1/18/2012 | $1,410.66 |
| 639978 | LISAJUS | LISA JUSTIN | 1/25/2012 | $1,390.66 |
| 639394 | LISATHO | LISA THOMPSON | 1/4/2012 | $1,845.90 |
| 638924 | LIZZBRO | LIZZIE M. BROWN | 12/9/2011 | $10.00 |
| 639681 | LIZZBRO | LIZZIE M. BROWN | 1/13/2012 | $12.00 |
| 639376 | LOISLEV | LOIS LEVINE | 1/4/2012 | $1,606.28 |
| 638801 | LORNLIMB | LORNA L. IMBERY | 12/9/2011 | $8.00 |
| 638825 | LORNLIMB | LORNA L. IMBERY | 12/9/2011 | $8.00 |
| 639013 | LORNLIMB | LORNA L. IMBERY | 12/9/2011 | $10.00 |
| 639682 | LORNLIMB | LORNA L. IMBERY | 1/13/2012 | $8.00 |
| 638802 | LORRDUR | LORRAINE DURKA | 12/9/2011 | $12.80 |
| 639082 | LORRDUR | LORRAINE DURKA | 12/9/2011 | $8.00 |
| 638688 | LOUEBRO | LOUEVENIA BROWN | 12/5/2011 | $680.00 |
| 639558 | LOUEBRO | LOUEVENIA BROWN | 1/12/2012 | $680.00 |
| 639083 | LOUVHIL | LOUVENIA HILL | 12/9/2011 | $20.00 |
| 639683 | LOUVHIL | LOUVENIA HILL | 1/13/2012 | $8.00 |
| 639347 | LUFFADA | LUFFETTE ADAMS | 12/28/2011 | $30.00 |
| 638803 | LUISKOC | LUISA KOCH | 12/9/2011 | $36.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639014 | LUISKOC | LUISA KOCH | 12/9/2011 | $22.50 |
| 639362 | LULAWHI | LULA WHITEHORN | 12/28/2011 | $100.00 |
| 639348 | LYKEMOO | LYKEISHA MOORE | 12/28/2011 | $30.00 |
| 639349 | LYNNHAR | LYNNETTRA HARRIS | 12/28/2011 | $30.00 |
| 638926 | MABEMWHI | MABEL M. WHITEN | 12/9/2011 | $18.00 |
| 639084 | MABEMWHI | MABEL M. WHITEN | 12/9/2011 | $18.00 |
| 639684 | MABEMWHI | MABEL M. WHITEN | 1/13/2012 | $14.40 |
| 639015 | MAMIPER | MAMIE PERRY | 12/9/2011 | $10.00 |
| 639741 | MAMIPER | MAMIE PERRY | 1/13/2012 | $14.00 |
| 639016 | MARGCRA | MARGARET CRAFT | 12/9/2011 | $8.00 |
| 638804 | MARIEMCD | MARIE MCDANIEL | 12/9/2011 | $12.80 |
| 638927 | MARIEMCD | MARIE MCDANIEL | 12/9/2011 | $16.00 |
| 639085 | MARIEMCD | MARIE MCDANIEL | 12/9/2011 | $11.20 |
| 638805 | MARISOH | MARILYN I. SOHAN | 12/9/2011 | $30.40 |
| 638928 | MARIISOH | MARILYN I. SOHAN | 12/9/2011 | $16.00 |
| 639086 | MARIISOH | MARILYN I. SOHAN | 12/9/2011 | $14.40 |
| 639685 | MARIISOH | MARILYN I. SOHAN | 1/13/2012 | $14.40 |
| 639686 | MARJSHI | MARJORIE SHIELDS | 1/13/2012 | $8.00 |
| 639350 | MARTABA | MARTHA ABARCA | 12/28/2011 | $18.73 |
| 639742 | MARTSEN | MARTHA SENCHUK | 1/13/2012 | $16.00 |
| 639218 | MARVYOU | MARVIN YOUNGBLOOD | 12/15/2011 | $1,367.42 |
| 639819 | MARVYOU | MARVIN YOUNGBLOOD | 1/18/2012 | $1,443.00 |
| 639980 | MARVYOU | MARVIN YOUNGBLOOD | 1/25/2012 | $1,483.00 |
| 639017 | MARYAASH | MARY A. ASHTON | 12/9/2011 | $16.20 |
| 639667 | MARYAASH | MARY A. ASHTON | 1/13/2012 | $8.80 |
| 638929 | MARYESPI | MARY E. SPIECKER | 12/9/2011 | $16.00 |
| 639688 | MARYESPI | MARY E. SPIECKER | 1/13/2012 | $24.00 |
| 639219 | MARYFLO | MARY FLOYD | 12/15/2011 | $1,734.83 |
| 639820 | MARYFLO | MARY FLOYD | 1/18/2012 | $1,812.66 |
| 639981 | MARYFLO | MARY FLOYD | 1/25/2012 | $1,792.66 |
| 638806 | MARYLCAR | MARY L. CARTER | 12/9/2011 | $24.00 |
| 638930 | MARYLCAR | MARY L. CARTER | 12/9/2011 | $14.00 |
| 639087 | MARYLCAR | MARY L. CARTER | 12/9/2011 | $12.00 |
| 638932 | MARYLOUROY | MARY LOU ROY | 12/9/2011 | $20.00 |
| 639019 | MARYLOUROY | MARY LOU ROY | 12/9/2011 | $14.00 |
| 639088 | MARYLOUROY | MARY LOU ROY | 12/9/2011 | $18.00 |
| 638807 | MARYLOUPER | MARY LOUSE PERRY | 12/9/2011 | $14.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638931 | MARYLOUPER | MARY LOUSE PERRY | 12/9/2011 | $16.00 |
| 639018 | MARYLOUPER | MARY LOUSE PERRY | 12/9/2011 | $12.00 |
| 639689 | MARYLOUPER | MARY LOUSE PERRY | 1/13/2012 | $16.00 |
| 638808 | MARYREE | MARY REEVES | 12/9/2011 | $16.00 |
| 639020 | MARYREE | MARY REEVES | 12/9/2011 | $18.00 |
| 639690 | MARYSANT | MARY SANTORI | 1/13/2012 | $12.00 |
| 639021 | MARYTHO | MARY THOMAS | 12/9/2011 | $12.00 |
| 639089 | MARYTHO | MARY THOMAS | 12/9/2011 | $8.00 |
| 638809 | MARYTIV | MARY TIVADAR | 12/9/2011 | $12.00 |
| 638933 | MARYTIV | MARY TIVADAR | 12/9/2011 | $12.00 |
| 639022 | MARYTIV | MARY TIVADAR | 12/9/2011 | $10.80 |
| 639090 | MARYTIV | MARY TIVADAR | 12/9/2011 | $12.00 |
| 639691 | MARYTIV | MARY TIVADAR | 1/13/2012 | $12.00 |
| 638810 | MARYTOWN | MARY TOWNSEND | 1/13/2012 | $16.20 |
| 638934 | MARYTOWN | MARY TOWNSEND | 12/9/2011 | $10.00 |
| 639692 | MARYTOWN | MARY TOWNSEND | 1/13/2012 | $8.00 |
| 638811 | MASATOM | MASAYUKI TOMA | 12/9/2011 | $8.00 |
| 639023 | MASATOM | MASAYUKI TOMA | 12/9/2011 | $34.00 |
| 639024 | MATTMOO | MATTIE B. MOORE | 12/9/2011 | $8.00 |
| 639693 | MATTMOO | MATTIE B. MOORE | 1/13/2012 | $10.00 |
| 638812 | MAURBOO | MAUREEN BOO | 1/13/2012 | $8.00 |
| 638935 | MAURBOO | MAUREEN BOO | 12/9/2011 | $38.00 |
| 639091 | MAURBOO | MAUREEN BOO | 12/9/2011 | $22.00 |
| 639694 | MAURBOO | MAUREEN BOO | 12/9/2011 | $20.00 |
| 638936 | MAURCFAR | MAUREEN C. FARLOW | 1/13/2012 | $44.00 |
| 639695 | MAURCFAR | MAUREEN C. FARLOW | 1/13/2012 | $18.00 |
| 638813 | MAURWEY | MAUREEN WEYGANDT | 12/9/2011 | $30.00 |
| 638937 | MAURWEY | MAUREEN WEYGANDT | 12/9/2011 | $16.00 |
| 639850 | MAYIHAV | MAY I HAVE THIS DANCE INC | 1/19/2012 | $12.00 |
| 638581 | MCIWOR | MCI | 12/5/2011 | $1,050.00 |
| 639279 | MCIWOR | MCI | 12/5/2011 | $58.21 |
| 638666 | MEISTHO | MEISHA THOMAS | 12/16/2011 | $58.21 |
| 639413 | MEISTHO | MEISHA THOMAS | 1/5/2012 | $140.00 |
| 639589 | MEISTHO | MEISHA THOMAS | 1/12/2012 | $140.00 |
| 638814 | MELVPAG | MELVIN PAGE | 12/9/2011 | $10.00 |
| 639025 | MELVPAG | MELVIN PAGE | 12/9/2011 | $48.00 |
| 639092 | MELVPAG | MELVIN PAGE | 12/9/2011 | $92.00 |
| | | MELVIN PAGE | 12/9/2011 | $48.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639363 | MELVSLA | MELVIN SLATER | 12/28/2011 | $100.00 |
| 639761 | METRA | METRA | 1/13/2012 | $243.00 |
| 639851 | MHSGRO | MHS GROUP, LLC | 1/19/2012 | $1,000.00 |
| 638815 | MICHELL | MICHAEL ELLINGTON | 12/9/2011 | $18.00 |
| 638938 | MICHELL | MICHAEL ELLINGTON | 12/9/2011 | $16.00 |
| 639093 | MICHELL | MICHAEL ELLINGTON | 12/9/2011 | $20.00 |
| 639696 | MICHELL | MICHAEL ELLINGTON | 1/13/2012 | $18.00 |
| 639377 | MICHGUN | MICHELLE GUNDERSON | 1/4/2012 | $1,020.00 |
| 639743 | MICKYOU | MICKY P. YOUNG | 1/13/2012 | $112.50 |
| 638816 | MIKEBER | MIKE BERILLA | 12/9/2011 | $20.00 |
| 638939 | MIKEBER | MIKE BERILLA | 12/9/2011 | $18.00 |
| 639026 | MIKEBER | MIKE BERILLA | 12/9/2011 | $20.00 |
| 639697 | MIKEBER | MIKE BERILLA | 1/13/2012 | $16.00 |
| 638817 | MIKELAR | MIKE LARSON | 12/9/2011 | $5.00 |
| 639094 | MIKELAR | MIKE LARSON | 12/9/2011 | $12.00 |
| 639351 | MILEREY | MILEDY REYES | 12/28/2011 | $60.00 |
| 639220 | MINMCL | MINDY MCLEAN | 12/15/2011 | $578.12 |
| 639744 | MIRGAL | MIRIAM GALVAN | 1/13/2012 | $10.80 |
| 639325 | MONICA | MONICA PIERCE | 12/27/2011 | $830.20 |
| 450022 | MONIPIE | MONICA PIERCE | 1/3/2012 | $251.00 |
| 639171 | MONIFRI | MONIQUE FRISBY | 12/15/2011 | $236.25 |
| 639434 | MONIFRI | MONIQUE FRISBY | 1/6/2012 | $409.50 |
| 638689 | MVCPRO | MVC PROPERTIES, LLC | 12/5/2011 | $575.00 |
| 639559 | MVCPRO | MVC PROPERTIES, LLC | 1/12/2012 | $575.00 |
| 638818 | MYRTCHA | MYRTLE CHATMAN | 12/9/2011 | $20.00 |
| 638940 | MYRTCHA | MYRTLE CHATMAN | 12/9/2011 | $12.00 |
| 639095 | MYRTCHA | MYRTLE CHATMAN | 12/9/2011 | $36.00 |
| 639698 | MYRTCHA | MYRTLE CHATMAN | 1/13/2012 | $16.00 |
| 639436 | NAEYC | NAEYC | 1/6/2012 | $300.00 |
| 639352 | NAOMSAM | NAOMI SAMUELS | 12/28/2011 | $406.14 |
| 638819 | NARVCOL | NARVELLE COLDING | 12/9/2011 | $50.00 |
| 639364 | NATAARM | NATALIE ARMAND | 12/28/2011 | $100.00 |
| 639378 | NATHDIL | NATHAN DILLON | 1/4/2012 | $4,880.00 |
| 639699 | NELLMIL | NELLIE MILLER | 1/13/2012 | $32.20 |
| 638820 | NICKPSCA | NICK P SCARDINA | 12/9/2011 | $16.00 |
| 638582 | NICOR | NICOR | 12/5/2011 | $1.77 |
| 639280 | NICOR | NICOR | 12/16/2011 | $76.93 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639515 | NICOR | NICOR | 1/6/2012 | $146.81 |
| 638821 | NIRVBRU | NIRVA BRUNTY | 12/9/2011 | $14.00 |
| 639096 | NIRVBRU | NIRVA BRUNTY | 12/9/2011 | $36.00 |
| 639172 | NURRMUH | NURRIDDIN MUHAMMAD | 12/15/2011 | $405.82 |
| 639430 | NURRMUH | NURRIDDIN MUHAMMAD | 1/6/2012 | $199.50 |
| 638822 | OLALED | OLA LEDBETTER | 12/9/2011 | $48.00 |
| 638941 | OLALED | OLA LEDBETTER | 12/9/2011 | $18.00 |
| 639097 | OLALED | OLA LEDBETTER | 12/9/2011 | $18.00 |
| 639700 | OLALED | OLA LEDBETTER | 1/13/2012 | $24.00 |
| 639367 | OLIVHARCOL | OLIVE HARVEY COLLEGE | 12/28/2011 | $700.00 |
| 639156 | ORIETRACO | ORIENTAL TRADING COMPANY | 12/13/2011 | $104.99 |
| 638690 | ORIOMAN | ORION MANAGEMENT | 12/5/2011 | $670.00 |
| 639560 | ORIOMAN | ORION MANAGEMENT | 1/12/2012 | $670.00 |
| 639118 | PAMWAL | PAM WALTZ | 12/9/2011 | $113.60 |
| 639605 | PAMWAL | PAM WALTZ | 1/13/2012 | $322.55 |
| 638823 | PATRKNA | PATRICIA A. KNAZZE | 12/9/2011 | $14.00 |
| 638943 | PATRKNA | PATRICIA A. KNAZZE | 12/9/2011 | $10.00 |
| 639099 | PATRKNA | PATRICIA A. KNAZZE | 12/9/2011 | $10.00 |
| 638824 | PATRMAR | PATRICIA MARSHALL | 12/9/2011 | $51.75 |
| 639222 | PATRMCB | PATRICIA MCBROOM | 12/15/2011 | $672.90 |
| 638822 | PATRMCB | PATRICIA MCBROOM | 1/18/2012 | $705.33 |
| 639983 | PATRMCB | PATRICIA MCBROOM | 1/25/2012 | $705.33 |
| 638942 | PATRIWIL | PATRICIA WILSON | 12/9/2011 | $695.33 |
| 639098 | PATRIWIL | PATRICIA WILSON | 12/9/2011 | $7.20 |
| 639701 | PATRIWIL | PATRICIA WILSON | 1/13/2012 | $12.00 |
| 639702 | PAULOWEB | PAUL O. WEBER | 1/13/2012 | $10.00 |
| 638825 | PAULROB | PAUL ROBINSON | 12/9/2011 | $32.00 |
| 638826 | PEARCHI | PEARLIE CHISM | 12/9/2011 | $18.00 |
| 638827 | PEARDAV | PEARLINE DAVIS | 12/9/2011 | $5.00 |
| 639703 | PEARDAV | PEARLINE DAVIS | 1/13/2012 | $8.00 |
| 638828 | PENNPON | PENNY PONINSKI | 12/9/2011 | $12.00 |
| 638944 | PENNPON | PENNY PONINSKI | 12/9/2011 | $16.00 |
| 639027 | PENNPON | PENNY PONINSKI | 12/9/2011 | $16.00 |
| 639704 | PENNPON | PENNY PONINSKI | 1/13/2012 | $16.00 |
| 638830 | PETEWIL | PETE WILLIS | 12/9/2011 | $5.00 |
| 638945 | PETEWIL | PETE WILLIS | 12/9/2011 | $7.60 |
| 639706 | PETEWIL | PETE WILLIS | 1/13/2012 | $7.60 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638829 | PETEMIT | PETER MITROPOULOS | 12/9/2011 | $20.00 |
| 639028 | PETEMIT | PETER MITROPOULOS | 12/9/2011 | $20.00 |
| 639100 | PETEMIT | PETER MITROPOULOS | 12/9/2011 | $20.00 |
| 639705 | PETEMIT | PETER MITROPOULOS | 1/13/2012 | $18.00 |
| 639305 | PHILGRE | PHILLIP GREEN | 12/20/2011 | $250.00 |
| 639029 | PHYLROB | PHYLLIS ROBERTS | 12/9/2011 | $18.00 |
| 639745 | PHYLROB | PHYLLIS ROBERTS | 1/13/2012 | $12.00 |
| 638627 | PITNBOWES2 | PITNEY BOWES | 12/5/2011 | $139.91 |
| 639287 | PITNBOWES2 | PITNEY BOWES | 12/16/2011 | $703.84 |
| 638667 | PRECBLA | PRECIOUS YORK-BLANKS | 12/5/2011 | $140.00 |
| 639414 | PRECBLA | PRECIOUS YORK-BLANKS | 1/5/2012 | $140.00 |
| 639590 | PRECBLA | PRECIOUS YORK-BLANKS | 1/12/2012 | $10.00 |
| 638699 | PREMBAN | PREMIER BANK | 12/5/2011 | $3,885.00 |
| 639372 | PREMBAN | PREMIER BANK | 12/28/2011 | $555.00 |
| 639423 | PRENBRI | PRENIECE BRISCO | 12/15/2011 | $2,124.21 |
| 639823 | PRENBRI | PRENIECE BRISCO | 1/18/2012 | $1,413.28 |
| 639984 | PRENBRI | PRENIECE BRISCO | 1/25/2012 | $1,165.50 |
| 638831 | PRENBRI | PRENIECE BRISCO | 12/9/2011 | $10.00 |
| 639030 | PRINMAR | PRINCE MARTIN | 12/9/2011 | $10.00 |
| 639707 | PRINMAR | PRINCE MARTIN | 1/13/2012 | $10.00 |
| 638703 | PRINMAR | PRINCE MARTIN | 12/5/2011 | $561.00 |
| 639288 | PURCPOW | PURCHASE POWER | 12/16/2011 | $60.00 |
| 639852 | QUINDUD | QUINTON DUDLEY | 1/19/2012 | $880.00 |
| 638871 | R4SER | R4 SERVICES, INC. | 1/24/2012 | $5,798.44 |
| 639301 | RACQMIL | RACQUEL MILLINER | 12/16/2011 | $565.00 |
| 639161 | RAINSAJ | RAINA SAJOUS | 12/13/2011 | $50.00 |
| 639353 | RAINSAJ | RAINA SAJOUS | 12/28/2011 | $112.98 |
| 639863 | RAMODOY | RAMONITA DOYLE | 1/19/2012 | $880.00 |
| 638629 | RCN | RCN | 12/5/2011 | $750.83 |
| 639630 | RCN | RCN | 12/5/2011 | $750.83 |
| 639289 | RCN | RCN | 12/16/2011 | $750.83 |
| 639224 | REBEANG | REBERTA ANGELONE | 12/15/2011 | $2,018.70 |
| 639824 | REBEANG | REBERTA ANGELONE | 1/18/2012 | $2,115.99 |
| 639985 | REBEANG | REBERTA ANGELONE | 1/25/2012 | $2,085.99 |
| 638668 | REMISTE | REMICA STEVENS | 12/5/2011 | $212.43 |
| 639415 | REMISTE | REMICA STEVENS | 1/5/2012 | $212.43 |
| 639591 | REMISTE | REMICA STEVENS | 1/12/2012 | $10.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638832 | RENESUL | RENEE SULLIVAN | 12/9/2011 | $6.40 |
| 638833 | REYNKIN | REYNOLD KING | 12/9/2011 | $36.00 |
| 638946 | REYNKIN | REYNOLD KING | 12/9/2011 | $20.00 |
| 639101 | REYNKIN | REYNOLD KING | 12/9/2011 | $18.00 |
| 639708 | REYNKIN | REYNOLD KING | 1/13/2012 | $18.00 |
| 639746 | RICHCAR | RICHARD C. CARLSON | 1/13/2012 | $8.00 |
| 639226 | RICHCLA | RICHARD CLARK | 12/15/2011 | $353.98 |
| 638834 | RICHGRO | RICHARD GROTT | 12/9/2011 | $33.80 |
| 639031 | RICHGRO | RICHARD GROTT | 12/9/2011 | $10.00 |
| 638835 | RICKOLS | RICK OLSON | 12/9/2011 | $48.00 |
| 638947 | RICKOLS | RICK OLSON | 12/9/2011 | $50.00 |
| 639709 | RICKOLS | RICK OLSON | 1/13/2012 | $48.00 |
| 639227 | RITALEW | RITA LEWIS | 12/15/2011 | $1,061.33 |
| 639314 | RITALEW | RITA LEWIS | 12/21/2011 | $324.58 |
| 639826 | RITALEW | RITA LEWIS | 1/18/2012 | $1,962.26 |
| 639987 | RITALEW | RITA LEWIS | 1/25/2012 | $1,645.16 |
| 638836 | ROBBLHEN | ROBBIE L. HENDERSON | 12/9/2011 | $98.00 |
| 638948 | ROBBLHEN | ROBBIE L. HENDERSON | 12/9/2011 | $50.00 |
| 639710 | ROBBLHEN | ROBBIE L. HENDERSON | 1/13/2012 | $98.00 |
| 639747 | ROBEJBOR | ROBERT J. BORRE | 1/13/2012 | $19.00 |
| 638837 | ROBEJAC | ROBERT JACOBE | 12/9/2011 | $99.00 |
| 638949 | ROBEJAC | ROBERT JACOBE | 12/9/2011 | $50.00 |
| 639711 | ROBEJAC | ROBERT JACOBE | 1/13/2012 | $100.00 |
| 639748 | ROBEGIL | ROBERT L. GILMORE | 1/13/2012 | $20.40 |
| 639374 | ROBOWOR | ROBOTCITY WORKSHOP | 1/4/2012 | $5,402.14 |
| 638691 | ROGERWOO | ROGERWOOD, LLC | 12/5/2011 | $550.00 |
| 638561 | ROGERWOO | ROGERWOOD, LLC | 1/12/2012 | $550.00 |
| 639712 | ROOSMUR | ROOSEVELT MURRAY | 1/13/2012 | $8.40 |
| 638838 | ROSADIL | ROSA DILLARD | 12/9/2011 | $30.40 |
| 638950 | ROSADIL | ROSA DILLARD | 12/9/2011 | $16.00 |
| 639102 | ROSADIL | ROSA DILLARD | 12/9/2011 | $16.00 |
| 639713 | ROSADIL | ROSA DILLARD | 1/13/2012 | $14.40 |
| 638839 | ROSALOP | ROSA LOPEZ | 12/9/2011 | $16.00 |
| 639715 | ROSEPAP | ROSE E. PAPPAS | 1/13/2012 | $14.00 |
| 639229 | ROSEGARN | ROSE GARNER | 12/15/2011 | $672.90 |
| 639828 | ROSEGARN | ROSE GARNER | 1/18/2012 | $705.33 |
| 639989 | ROSEGARN | ROSE GARNER | 1/25/2012 | $695.33 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 638840 | ROSEJAN | ROSEANN JANSER | 12/9/2011 | $10.80 |
| 639103 | ROSEJAN | ROSEANN JANSER | 12/9/2011 | $14.40 |
| 638951 | ROSEBUT | ROSETTA BUTTS | 12/9/2011 | $6.40 |
| 639714 | ROSEBUT | ROSETTA BUTTS | 1/13/2012 | $8.80 |
| 639228 | ROSEBRO | ROSIE BROWN | 12/15/2011 | $672.90 |
| 639827 | ROSEBRO | ROSIE BROWN | 1/18/2012 | $1,890.49 |
| 639988 | ROSEBRO | ROSIE BROWN | 1/25/2012 | $1,390.66 |
| 638841 | ROSEDBAR | ROSIE D. BARNES | 12/9/2011 | $20.00 |
| 638952 | ROSIDBAR | ROSIE D. BARNES | 12/9/2011 | $16.00 |
| 639230 | ROSIDBAR | ROSIE D. BARNES | 12/9/2011 | $20.00 |
| 638829 | ROSIFLU | ROSIE FLUKER | 12/15/2011 | $2,018.70 |
| 638953 | ROSIFLU | ROSIE FLUKER | 1/18/2012 | $1,443.09 |
| 639716 | ROSIGRI | ROSIE GRIGGS OLIVIER | 12/9/2011 | $10.40 |
| 638842 | ROSIGRI | ROSIE GRIGGS OLIVIER | 1/13/2012 | $12.00 |
| 638854 | RUBYING | RUBY INGRAM | 12/9/2011 | $6.00 |
| 639104 | RUBYING | RUBY INGRAM | 12/9/2011 | $20.00 |
| 639717 | RUBYING | RUBY INGRAM | 12/9/2011 | $10.00 |
| 639718 | RUBYING | RUBY INGRAM | 1/13/2012 | $28.00 |
| 639438 | RUBYTSU | RUBY TSUJI | 1/13/2012 | $18.70 |
| 638843 | RUSHUNICOL | RUSH UNIVERSITY COLLEGE OF NURSING | 1/6/2012 | $291.00 |
| 639105 | RUTHGAR | RUTH GARDNER | 12/9/2011 | $18.00 |
| 639719 | RUTHGAR | RUTH GARDNER | 12/9/2011 | $12.80 |
| 638844 | RUTHLBAR | RUTH GARDNER | 1/13/2012 | $12.80 |
| 639720 | RUTHLBAR | RUTH L. BARTLETT | 12/9/2011 | $20.00 |
| 639437 | SBENTLTD | RUTH L. BARTLETT | 1/13/2012 | $22.00 |
| 638845 | SALLKAH | S.B. ENTERPRISES LTD | 1/6/2012 | $706.07 |
| 639721 | SALLKAH | SALLY KAHN | 12/9/2011 | $10.00 |
| 638955 | SAMMBRO | SALLY KAHN | 1/13/2012 | $8.00 |
| 639106 | SAMMBRO | SAMMY J. BROOKS | 12/9/2011 | $12.00 |
| 639232 | SANDFOS | SAMMY J. BROOKS | 12/15/2011 | $9.60 |
| 639831 | SANDFOS | SANDRA FOSTON | 12/9/2011 | $958.71 |
| 639991 | SANDFOS | SANDRA FOSTON | 1/18/2012 | $904.00 |
| 639233 | SANDGRI | SANDRA FOSTON | 1/25/2012 | $784.00 |
| 639832 | SANDGRI | SANDRA GRIFFIN | 12/15/2011 | $1,061.93 |
| 639992 | SANDGRI | SANDRA GRIFFIN | 1/18/2012 | $1,604.09 |
| 638846 | SARALIG | SANDRA GRIFFIN | 1/25/2012 | $2,266.65 |
| 638956 | SARALIG | SARAH E. LIGGINS | 12/9/2011 | $8.00 |
| | | SARAH E. LIGGINS | 12/9/2011 | $10.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639107 | SARALIG | SARAH E. LIGGINS | 12/9/2011 | $22.00 |
| 639722 | SARALIG | SARAH E. LIGGINS | 1/13/2012 | $14.00 |
| 638669 | SARFBUT | SARFINA BUTLER | 12/5/2011 | $140.00 |
| 639416 | SARFBUT | SARFINA BUTLER | 1/5/2012 | $140.00 |
| 639592 | SARFBUT | SARFINA BUTLER | 1/12/2012 | $10.00 |
| 639326 | SHANHOW | SHANETTA HOWARD | 12/27/2011 | $473.34 |
| 638702 | SHANTIL | SHANIQUE TILLERY | 12/6/2011 | $140.00 |
| 639417 | SHANTIL | SHANIQUE TILLERY | 1/5/2012 | $140.00 |
| 639593 | SHANTIL | SHANIQUE TILLERY | 1/12/2012 | $81.34 |
| 638700 | SHARCRA | SHARON CRABBE | 12/6/2011 | $150.00 |
| 639235 | SHARGARN | SHARON GARNETT | 12/15/2011 | $876.77 |
| 638834 | SHARGARN | SHARON GARNETT | 1/18/2012 | $926.00 |
| 639994 | SHARGARN | SHARON GARNETT | 1/25/2012 | $906.00 |
| 638847 | SHARTOW | SHARON TOWNSEND | 12/9/2011 | $5.00 |
| 639327 | SHARTYUS | SHARON TRULL-YUSSEFF | 12/27/2011 | $4,044.24 |
| 450023 | SHARTYUS | SHARON TRULL-YUSSEFF | 1/3/2012 | $790.65 |
| 638670 | SHARCOL | SHARONDA COLLINS | 12/5/2011 | $212.43 |
| 639418 | SHARCOL | SHARONDA COLLINS | 1/5/2012 | $212.43 |
| 639594 | SHARCOL | SHARONDA COLLINS | 1/12/2012 | $10.00 |
| 639354 | SHAUTUR | SHAUNA TURNER | 12/28/2011 | $60.00 |
| 638671 | SHAWTUR | SHAWANNA TURNER | 12/5/2011 | $140.00 |
| 639419 | SHAWTUR | SHAWANNA TURNER | 1/5/2012 | $140.00 |
| 639595 | SHAWTUR | SHAWANNA TURNER | 1/12/2012 | $10.00 |
| 639846 | SHAWTUR | SHAWANNA TURNER | 1/18/2012 | $2,344.00 |
| 639864 | SHEICLA | SHEILA CLARK | 1/20/2012 | $880.00 |
| 639237 | SHEIWIL | SHEILA WILLIAMS | 12/15/2011 | $1,345.80 |
| 639836 | SHEIWIL | SHEILA WILLIAMS | 1/18/2012 | $878.38 |
| 639328 | SHEILAN | SHELIA LANGHAM | 12/27/2011 | $2,608.98 |
| 450027 | SHEILAN | SHELIA LANGHAM | 1/3/2012 | $790.65 |
| 639329 | SHERHOL | SHERISSE HOLMES | 12/27/2011 | $1,629.00 |
| 450026 | SHERHOL | SHERISSE HOLMES | 1/3/2012 | $451.80 |
| 638692 | SHERPRO | SHERWIN-SHERIDAN PROPERTIES, LLC | 12/5/2011 | $650.00 |
| 639562 | SHERPRO | SHERWIN-SHERIDAN PROPERTIES, LLC | 1/12/2012 | $650.00 |
| 638848 | SHIRGRE | SHIRLEY GREENE | 12/9/2011 | $5.00 |
| 639032 | SHIRWRI | SHIRLEY WRIGHT | 12/9/2011 | $18.00 |
| 638672 | SHIRBOY | SHIRTINA BOYKIN | 12/5/2011 | $426.00 |
| 639420 | SHIRBOY | SHIRTINA BOYKIN | 1/5/2012 | $462.11 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
| --- | --- | --- | --- | --- |
| 639563 | SHORGRO | SHORELINE GROUP, LLC | 1/12/2012 | $3,100.00 |
| 638673 | SHYHGRI | SHYHEDI GRIFFIN | 12/5/2011 | $140.00 |
| 639421 | SHYHGRI | SHYHEDI GRIFFIN | 1/5/2012 | $140.00 |
| 639355 | SONOPET | SONOVIA PETTY | 12/28/2011 | $60.00 |
| 639723 | SOONBAE | SOONKI (SIMON) BAE | 1/13/2012 | $8.00 |
| 638631 | SPRINT | SPRINT | 12/5/2011 | $173.89 |
| 638632 | SPRINT | SPRINT | 12/5/2011 | $60.31 |
| 638633 | SPRINT | SPRINT | 12/5/2011 | $174.07 |
| 639290 | SPRINT | SPRINT | 12/16/2011 | $69.12 |
| 639291 | SPRINT | SPRINT | 12/16/2011 | $174.07 |
| 639292 | SPRINT | SPRINT | 12/16/2011 | $62.19 |
| 639724 | SPRINT | SPRINT | 12/16/2011 | $9.60 |
| 639759 | SPRINT | SPRINT | 1/13/2012 | $150.00 |
| 638849 | STELSCH | STELLA SCHUBERT | 12/9/2011 | $32.00 |
| 638957 | STEPCOT | STEPHANIE COTTO | 12/9/2011 | $16.00 |
| 639725 | STEPJSAC | STEPHEN JAY SACHS | 1/13/2012 | $16.00 |
| 639238 | STEPJSAC | STEPHEN JAY SACHS | 12/15/2011 | $16.00 |
| 638674 | STEPJSAC | STEPHEN JAY SACHS | 12/5/2011 | $150.00 |
| 639422 | STEVPIC | STEVE PICKETT | 1/5/2012 | $176.11 |
| 639597 | STEVTIG | STEVEN TIGNER | 1/12/2012 | $176.11 |
| 638850 | STEVTIG | STEVEN TIGNER | 12/9/2011 | $10.00 |
| 639033 | STEVTIG | STEVEN TIGNER | 12/9/2011 | $16.00 |
| 639726 | STEVTIG | STEVEN TIGNER | 1/13/2012 | $16.00 |
| 638858 | SUNNERIT | SUNNY E. RITTENHOUSE | 12/9/2011 | $8.00 |
| 639241 | SUNNERIT | SUNNY E. RITTENHOUSE | 12/15/2011 | $16.00 |
| 639839 | SUNNERIT | SUNNY E. RITTENHOUSE | 12/9/2011 | $39.00 |
| 639998 | SUNNERIT | SUNNY E. RITTENHOUSE | 12/15/2012 | $16.00 |
| 639242 | SUSAJSTE | SUSAN J STEEVE | 1/18/2012 | $1,345.80 |
| 639840 | SUSARAI | SUSAN RAINES | 1/18/2012 | $1,410.66 |
| 639148 | SUSARAI | SUSAN RAINES | 12/15/2011 | $1,390.66 |
| 639371 | SUSIBRO | SUSIE BROYLES | 1/25/2012 | $2,691.66 |
| 639750 | SUSIBRO | SUSIE BROYLES | 1/18/2012 | $1,924.12 |
| 639034 | SYBIMOR | SYBIL MORRISON | 12/28/2011 | $600.00 |
| 639108 | SYBIMOR | SYBIL MORRISON | 12/13/2011 | $450.00 |
| 638851 | SYBIMOR | SYBIL MORRISON | 1/13/2012 | $450.00 |
|  | SYBISMI | SYBIL SMITH | 12/9/2011 | $13.35 |
|  | SYBISMI | SYBIL SMITH | 12/9/2011 | $15.00 |
|  | SYLVERM | SYLVESTER ERMON | 12/9/2011 | $13.20 |
| 639330 | TAKEELL | TAKEYLA ELLINGTON | 12/27/2011 | $4,795.94 |
| 450029 | TAKEELL | TAKEYLA ELLINGTON | 1/3/2012 | $87.85 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639311 | TAMAHAM | TAMARA HAMPTON | 12/20/2011 | $140.00 |
| 639423 | TAMAHAM | TAMARA HAMPTON | 1/5/2012 | $140.00 |
| 639598 | TAMAHAM | TAMARA HAMPTON | 1/12/2012 | $10.00 |
| 639136 | TARAHAR | TARA HARPER | 12/12/2011 | $4,000.00 |
| 638675 | TASAHAR | TASANA HARDY | 12/5/2011 | $140.00 |
| 639424 | TASAHAR | TASANA HARDY | 1/5/2012 | $140.00 |
| 639599 | TASAHAR | TASANA HARDY | 1/12/2012 | $10.00 |
| 639356 | TASHMCC | TASHIANA McCHRISTON | 12/28/2011 | $30.00 |
| 639173 | TAWASMI | TAWANNA SMITH | 12/15/2011 | $699.20 |
| 639431 | TAWASMI | TAWANNA SMITH | 1/6/2012 | $364.80 |
| 639331 | TAYNAYE | TAYNA AYENA | 12/27/2011 | $1,963.86 |
| 450030 | TAYNAYE | TAYNA AYENA | 1/3/2012 | $778.10 |
| 639855 | TCMPRO | TCM PROFESSIONAL SOLUTIONS | 1/19/2012 | $4,000.00 |
| 639293 | TERMCOM | TERMINIX COMMERCIAL | 12/16/2011 | $395.00 |
| 632294 | TERMCOM | TERMINIX COMMERCIAL | 12/16/2011 | $395.00 |
| 639138 | TERRICH | TERRENCE RICH | 12/13/2011 | $200.00 |
| 638977 | DRAKHOT | THE DRAKE HOTEL | 12/9/2011 | $2,734.60 |
| 638852 | THERGOR | THERESA GORECKI | 12/9/2011 | $22.00 |
| 639727 | THERGOR | THERESA GORECKI | 1/13/2012 | $24.00 |
| 639109 | THOMEWIL | THOMAS E. WILLIAMS | 12/9/2011 | $40.00 |
| 638853 | THOMJGRE | THOMAS J. GREEN | 12/9/2011 | $24.00 |
| 638959 | THOMJGRE | THOMAS J. GREEN | 12/9/2011 | $16.00 |
| 639035 | THOMJGRE | THOMAS J. GREEN | 12/9/2011 | $10.00 |
| 639728 | THOMJGRE | THOMAS J. GREEN | 1/13/2012 | $14.00 |
| 639142 | TILAHOL | TILAYA HOLLINS | 12/13/2011 | $26.00 |
| 639152 | TILAHOL | TILAYA HOLLINS | 12/13/2011 | $75.00 |
| 639389 | TILAHOL | TILAYA HOLLINS | 1/4/2012 | $550.00 |
| 639390 | TILAHOL | TILAYA HOLLINS | 1/4/2012 | $300.00 |
| 639571 | TILAHOL | TILAYA HOLLINS | 1/12/2012 | $200.00 |
| 639572 | TILAHOL | TILAYA HOLLINS | 1/12/2012 | $125.00 |
| 638854 | TILAHOL | TILAYA HOLLINS | 12/9/2011 | $480.00 |
| 639036 | TIMGUN | TIM GUNNING | 12/9/2011 | $42.00 |
| 639365 | TIMGUN | TIM GUNNING | 12/9/2011 | $18.00 |
| 639174 | TINISTA | TINISHA STALLING | 12/28/2011 | $100.00 |
| 639432 | TIONPER | TIONIA PERKINS | 12/15/2011 | $325.50 |
| 639572 | TIONPER | TIONIA PERKINS | 1/6/2012 | $42.50 |
| 638859 | TRACFLE | TRACCI FLEMING | 1/19/2012 | $1,888.38 |
| 639393 | TRAVBRO | TRAVEL BROKERS INC | 1/4/2012 | $458.40 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639312 | TRICNEL | TRICIA NELSON | 12/20/2011 | $140.00 |
| 639425 | TRICNEL | TRICIA NELSON | 1/5/2012 | $140.00 |
| 639600 | TRICNEL | TRICIA NELSON | 1/12/2012 | $10.00 |
| 639040 | TRICNEL | TRICIA NELSON | 12/9/2011 | $60.00 |
| 639860 | TRUSTMARK | TRUSTMARK | 12/9/2011 | $443.48 |
| 638855 | TRUSTMARK | TRUSTMARK | 1/19/2012 | $443.48 |
| 639729 | TYREDAV | TYREE DAVIS | 12/9/2011 | $18.00 |
| 638677 | TYREDAV | TYREE DAVIS | 1/13/2012 | $14.80 |
| 639426 | TYRESIM | TYRESHA SIMMONS | 12/5/2011 | $140.00 |
| 639847 | TYRESIM | TYRESHA SIMMONS | 1/18/2012 | $140.00 |
| 638856 | UNITSTAPOSSER | UNITED STATES POSTAL SERVICE | 1/18/2012 | $190.00 |
| 639037 | VALEKIN | VALERIE KING | 12/9/2011 | $8.00 |
| 639730 | VALEKIN | VALERIE KING | 1/13/2012 | $10.00 |
| 638857 | VALEKIN | VALERIE KING | 12/9/2011 | $20.00 |
| 638960 | VALEPOD | VALERIE PODREBARAC | 12/9/2011 | $5.00 |
| 639157 | VALEPOD | VALERIE PODREBARAC | 12/13/2011 | $7.80 |
| 639368 | VANELAN | VANESSA LANKFORD | 12/28/2011 | $1,500.00 |
| 639369 | VANEWHI | VANESSA WHITE | 12/28/2011 | $350.00 |
| 639427 | VELISTO | VELINDA STOCKDALE | 1/5/2012 | $200.00 |
| 638961 | VERALHAR | VERA L. HARRISON | 12/9/2011 | $140.00 |
| 639110 | VERALHAR | VERA L. HARRISON | 12/9/2011 | $30.00 |
| 639731 | VERALHAR | VERA L. HARRISON | 1/13/2012 | $24.00 |
| 639296 | VERIBUS | VERIZON BUSINESS | 12/16/2011 | $24.00 |
| 639297 | VERIBUS | VERIZON BUSINESS | 12/16/2011 | $815.55 |
| 638636 | VERIZON NY | VERIZON WIRELESS | 12/5/2011 | $854.08 |
| 639298 | VERIZON NY | VERIZON WIRELESS | 12/16/2011 | $288.08 |
| 639540 | VERIZON NY | VERIZON WIRELESS | 1/6/2012 | $288.06 |
| 638858 | VICKCAR | VICKI CARPENTER | 12/9/2011 | $5.00 |
| 638638 | VILLOF-JUS | VILLAGE OF JUSTICE | 12/5/2011 | $66.49 |
| 638859 | VIVIARN | VIVIAN ARNOLD | 12/9/2011 | $5.00 |
| 639111 | VIVIARN | VIVIAN ARNOLD | 12/9/2011 | $8.00 |
| 638962 | VIVIMAR | VIVIAN MARETICK | 12/9/2011 | $8.00 |
| 639038 | VIVIMAR | VIVIAN MARETICK | 12/9/2011 | $10.00 |
| 639732 | VIVIMAR | VIVIAN MARETICK | 1/13/2012 | $8.00 |
| 639147 | WALMART | WALMART | 12/9/2011 | $2,300.00 |
| 638860 | WALTJSOH | WALTER J. SOHAN | 12/9/2011 | $28.80 |
| 638963 | WALTJSOH | WALTER J. SOHAN | 12/9/2011 | $16.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| 639112 | WALTJSOH | WALTER J. SOHAN | 12/9/2011 | $16.00 |
| 639733 | WALTJSOH | WALTER J. SOHAN | 1/13/2012 | $14.40 |
| 639151 | WASHCULINS | WASHBURNE CULINARY INSTITUTE | 12/13/2011 | $1,418.25 |
| 638637 | WASTMANILL | WASTE MANAGEMENT IL-METRO | 12/5/2011 | $612.25 |
| 639541 | WASTMANILL | WASTE MANAGEMENT IL-METRO | 1/6/2012 | $626.40 |
| 639856 | WDMOUT | WDM OUTREACH SERVICES, LLC | 1/19/2012 | $4,000.00 |
| 638861 | WILLEE | WILLIAM F. LEE | 12/9/2011 | $20.00 |
| 638862 | WILLSMI | WILLIE SMITH | 12/9/2011 | $5.00 |
| 639160 | WISHCAT | WISHBONE CATERING | 12/13/2011 | $347.00 |
| 638863 | YAKOZAK | YAKOV ZAKON | 12/9/2011 | $35.78 |
| 639357 | YATEMCC | YATEECE McCREGG | 12/28/2011 | $90.00 |
| 639857 | YOUNSCH | YOUNG'S SCHOOL OF MARTIAL ARTS | 1/19/2012 | $600.00 |
| 639245 | YVONLAC | YVONNE LACEY | 12/15/2011 | $1,061.93 |
| 639843 | YVONLAC | YVONNE LACEY | 1/18/2012 | $1,107.33 |
| 640001 | YVONLAC | YVONNE LACEY | 1/25/2012 | $1,097.33 |
| 639246 | YVONTRI | YVONNE TRICE | 12/15/2011 | $2,018.70 |
| 639844 | YVONTRI | YVONNE TRICE | 1/18/2012 | $2,115.99 |
| 640002 | YVONTRI | YVONNE TRICE | 1/25/2012 | $1,614.96 |

**Checks written on 2/07/2010 - before the filing**

| | | | | |
|---|---|---|---|---|
| | TRUSTMARK | TRUSTMARK | | $443.48 |

**Fall Provider Payments - Jane's Place at Nettelhorst 2011-2012**

| | | | |
|---|---|---|---|
| | Artreach at Lilstreet | 10/14/2011 | $5,460.00 |
| | Blay, Sean | 10/10/2011 | $4,005.00 |
| | Bubbles Academy | 10/17/2011 | $3,315.00 |
| | CFS Gyms Inc. | 10/25/2011 | $3,000.00 |
| | Chess Wizards | 10/19/2011 | $3,696.00 |
| | Chloee Degros | 10/27/2011 | $2,000.00 |
| | CircEsteem | 10/14/2011 | $2,700.00 |
| | DeNooyer, Gina Rios | 11/3/2011 | $4,791.00 |

| Document Number | Vendor ID | Vendor Name | Document Date | Document Amount |
|---|---|---|---|---|
| | | Emerald City Theatre | 10/11/2011 | $3,360.00 |
| | | Fairytale Ballet | 10/24/2011 | $4,576.00 |
| | | Growing Strong, Inc. | 10/1/2011 | $1,137.00 |
| | | HMD Tae Kwon Do Chicago | 10/19/2011 | $8,960.00 |
| | | James, Jennifer | 11/11/2011 | $1,764.00 |
| | | Levine, Lois | 12/22/2011 | $350.21 |
| | | Mad Science of Chicago | 10/7/2011 | $4,998.00 |
| | | Nally, Meghan | 11/10/2011 | $1,020.00 |
| | | O'Connell, Brendan | 11/14/2011 | $845.00 |
| | | We Got Game | 11/14/2011 | $2,431.00 |

## HULL HOUSE ASSOCIATION
## STATEMENT OF FINANCIAL AFFAIRS - EXHIBIT 10-2

Below: ACH for the period from 2/01/11 through 3/12/12

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110201 | 16195 | -2,816.36 |
| 02/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110201 | 15757 | -2,906.44 |
| 02/03/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110203 | 450017408 | -47.20 |
| 02/04/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110203 | 295297135887 | -130.62 |
| 02/07/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110207 | 362170135 | -1,386.62 |
| 02/10/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110210 | #5507955# | -6,629.69 |
| 02/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110211 | 80793986 | -40.94 |
| 02/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110214 | 3124909490 | -159.85 |
| 02/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110214 | 34208064 | -2.00 |
| 02/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110214 | 34210087 | -936.56 |
| 02/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110214 | | -93.95 |
| 02/17/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110217 | | -93.95 |
| 02/22/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110222 | 362170135 | -1,386.62 |
| 02/22/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | COLLECTION | 110222 | 3124909490 | -4.95 |
| 02/23/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | ELEC REMIT | 110223 | 3124909490 | -2,836.18 |
| 02/24/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110224 | #5517353# | -6,675.54 |
| 02/28/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110228 | 34226022 | -947.44 |
| 03/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110301 | 16195 | -2,816.36 |
| 03/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110301 | 15757 | -2,906.44 |
| 03/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110301 | 362170135 | -1,338.59 |
| 03/04/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110304 | 295297135887 | -262.54 |
| 03/04/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110304 | 450017788 | -330.40 |
| 03/07/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110307 | #5526318# | -6,547.07 |
| 03/07/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110307 | 342309016 | -13.00 |
| 03/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110311 | 34239016 | -32.04 |
| 03/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110311 | 80800273 | -139.69 |
| 03/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110314 | 3124909490 | |
| 03/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110314 | 34243537 | -968.14 |

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/14/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110314 | 295297135887 | -93.95 |
| 03/16/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | CHARGEBACK | 110315 | 295297135887 | -365.00 |
| 03/17/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110317 |  | -93.95 |
| 03/18/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110318 | 362170135 | -1,338.59 |
| 03/22/2011 | 0000211425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | COLLECTION | 110322 | 3124909490 | -4.95 |
| 03/22/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110322 | #553715/7# | -6,666.91 |
| 03/25/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110325 | 450018128 | -236.00 |
| 03/28/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110328 | 34257212 | -976.83 |
| 04/01/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110401 | 16195 | -2,816.36 |
| 04/01/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110401 | 15757 | -2,906.44 |
| 04/04/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110404 | 362170135 | -1,338.59 |
| 04/04/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110402 | 295297135887 | -135.26 |
| 04/06/2011 | 0000211425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | ELEC REMIT | 110406 |  | -4,299.91 |
| 04/11/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110411 | 80806636 | -274.72 |
| 04/11/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110411 | 34271687 | -973.73 |
| 04/13/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110413 |  | -93.95 |
| 04/13/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110413 | #5517288# | -6,571.73 |
| 04/14/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110414 | 34276757 | -3.00 |
| 04/15/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110415 | 362170135 | -1,338.59 |
| 04/18/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DEPOSIT | 110414 | 295297135887 | -320.00 |
| 04/18/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110418 |  | -93.95 |
| 04/20/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110420 | #55563156# | -6,986.71 |
| 04/25/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110425 | 295297135887 | -68.99 |
| 04/26/2011 | 0000211425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | ELEC REMIT | 110426 | 34292476 | -1,022.19 |
| 04/26/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110428 | 362170135 | -2,059.89 |
| 04/28/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110428 | 45001861/ | -991.20 |
| 05/02/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110502 | 16195 | -2,816.36 |
| 05/02/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110502 | 15757 | -2,906.44 |
| 05/03/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110502 | 295297135887 | -68.99 |
| 05/05/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110505 | 362170135 | -1,391.28 |
| 05/06/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110506 | #556925/7# | -6,836.17 |
| 05/09/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110509 | 34304377 | -999.31 |

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/11/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110511 | 80813229 | -42.72 |
| 05/12/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110512 | 343071366 | -300.00 |
| 05/13/2011 | 0000211142S | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110513 | | -93.95 |
| 05/16/2011 | 0000211142S | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110516 | 3124909490 | -808.56 |
| 05/17/2011 | 0000211142S | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110517 | 362170135 | -1,391.28 |
| 05/17/2011 | 0000211142S | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110517 | | -93.95 |
| 05/17/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110517 | #55767274# | -6,799.72 |
| 05/23/2011 | 0000211142S | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | COLLECTION | 110523 | 3124909490 | -4.95 |
| 05/23/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110523 | 343187060 | -986.12 |
| 05/27/2011 | 0000211142S | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110527 | 362170135 | -1,391.28 |
| 05/31/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110531 | #5585922# | -6,705.18 |
| 06/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110601 | 16195 | -2,816.36 |
| 06/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110601 | 15757 | -504.80 |
| 06/03/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110602 | 295297135887 | -450.60 |
| 06/06/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110606 | 343322297 | -1,010.40 |
| 06/13/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110613 | 80819135 | -39.24 |
| 06/14/2011 | 0000211142S | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110614 | 3124909490 | -282.16 |
| 06/14/2011 | 0000211142S | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110614 | | -93.95 |
| 06/16/2011 | 0000211142S | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110616 | 362170135 | -1,490.02 |
| 06/16/2011 | 0000211142S | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | ELEC REMIT | 110616 | | -7,781.36 |
| 06/16/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110616 | #55977785# | -6,827.66 |
| 06/27/2011 | 0000211142S | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110617 | | -93.95 |
| 06/20/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110620 | 343482250 | -969.62 |
| 07/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110701 | 450019538 | -504.80 |
| 07/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110701 | 16195 | -2,816.36 |
| 07/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110701 | 15757 | -2,906.44 |
| 07/01/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110701 | #5609993# | -6,606.60 |
| 07/05/2011 | 0000211142S | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110705 | 343613369 | -962.83 |
| 07/05/2011 | 0000211142S | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110702 | 295297135887 | -378.37 |
| 07/07/2011 | 0000211142S | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110707 | 362170135 | -1,480.40 |
| 07/08/2011 | 0000211142S | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110708 | 362170135 | -825.43 |

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110711 | 80825048 | -28.48 |
| 07/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110711 | 80827945 | -56.96 |
| 07/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110711 | #5615744# | -6,310.60 |
| 07/13/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110713 | | -93.95 |
| 07/14/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110714 | 3124909490 | -86.42 |
| 07/15/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110715 | 34371757 | -10.00 |
| 07/18/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110718 | | -93.95 |
| 07/22/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110722 | 34379756 | -947.75 |
| 07/25/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110725 | 362170135 | -793.32 |
| 07/25/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110725 | #5625741# | -6,273.79 |
| 07/28/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110728 | 450018891 | -521.20 |
| 08/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110801 | 34394167 | -891.18 |
| 08/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110801 | 16195 | -2,816.36 |
| 08/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110801 | 15757 | -2,906.44 |
| 08/03/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110802 | 295297135887 | -418.59 |
| 08/08/2011 | 00002111425 | PREAUTHORIZED WD | 941 | PAYMENT | PAYMENT | 110808 | #5835184# | -6,418.59 |
| 08/09/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110809 | 362170135 | -748.76 |
| 08/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110811 | 34401966 | -3.00 |
| 08/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110811 | 80833979 | -49.84 |
| 08/11/2011 | 00002111425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 110811 | 3124909490 | -23.91 |
| 08/15/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110815 | 34407191 | -878.39 |
| 08/15/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110815 | | -93.95 |
| 08/17/2011 | 00002111425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110817 | | -93.95 |
| 08/22/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110822 | 362170135 | -748.76 |
| 08/22/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 110822 | #5644410# | -6,001.84 |
| 08/29/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110829 | 450020359 | -221.60 |
| 08/29/2011 | 00002111425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110829 | 34422378 | -803.16 |
| 09/01/2011 | 00002111425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110901 | 15757 | -2,906.44 |
| 09/06/2011 | 00002111425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110906 | 362170135 | -748.76 |
| 09/06/2011 | 00002111425 | PREAUTHORIZED WD | 941 | DFVC PROGRAM | PAYMENT | 110906 | 0000 | -750.00 |
| 09/06/2011 | 00002111425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 110902 | 295297135887 | -104.09 |

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/07/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT'L OF AMERICA | PAYMENT | 110907 | #5654281# | -6,306.69 |
| 09/12/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110912 | 80840074 | -53.40 |
| 09/12/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110912 | 344136914 | -872.81 |
| 09/13/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110913 | | -93.95 |
| 09/16/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 110916 | 362170135 | -748.76 |
| 09/16/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110916 | 344939441 | -42.00 |
| 09/19/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 110919 | | -93.95 |
| 09/21/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT'L OF AMERICA | PAYMENT | 110921 | #5666363# | -6,244.16 |
| 09/26/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110926 | 34457725 | -879.31 |
| 09/26/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MELMARIE INC | DEBITS | 110926 | | -5,000.00 |
| 09/29/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 110929 | 450020754 | -283.20 |
| 10/03/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 110903 | 15757 | -2,906.44 |
| 10/03/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 111002 | 295297135887 | -133.67 |
| 10/06/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111006 | 362170135 | -748.76 |
| 10/06/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT'L OF AMERICA | PAYMENT | 111006 | #5678477# | -6,172.08 |
| 10/11/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111011 | 34467900 | -897.89 |
| 10/13/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111013 | 80845994 | -56.96 |
| 10/17/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MELMARIE INC | DEBITS | 111017 | | -5,000.00 |
| 10/18/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111018 | 362170135 | -748.76 |
| 10/18/2011 | 0000211425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 111018 | | -93.95 |
| 10/19/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT'L OF AMERICA | PAYMENT | 111019 | #5696552# | -6,105.84 |
| 10/24/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 111024 | 295297135887 | -6,193.20 |
| 10/31/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111031 | 34481997 | -855.31 |
| 11/01/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111031 | 450021132 | -188.80 |
| 11/01/2011 | 0000211425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 111101 | 15757 | -2,906.44 |
| 11/02/2011 | 0000211425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111102 | 362170135 | -748.76 |
| 11/02/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MUT'L OF AMERICA | PAYMENT | 111102 | #5696491# | -6,193.20 |
| 11/03/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 111102 | 295297135887 | -100.79 |
| 11/07/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111107 | 344975596 | -844.41 |
| 11/14/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111114 | 34502499 | -8.00 |
| 11/14/2011 | 0000211425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111114 | 80851886 | -56.96 |
| 11/15/2011 | 0000211425 | PREAUTHORIZED WD | 941 | MELMARIE INC | DEBITS | 111115 | | -5,000.00 |

| Tran Date | Account Number | Tran Description | Tran Code | Tran Desc 1 | Tran Desc 2 | Tran Desc 3 | Tran Desc 4 | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/16/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 111116 | #5706168# | -5,519.77 |
| 11/17/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | EXPERTPAY | 111117 | 362170135 | | -748.76 |
| 11/17/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | ACS SLS | COMCAST | 111117 | | -93.95 |
| 11/21/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111121 | 34516024 | -868.81 |
| 11/29/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111129 | 362170135 | -546.94 |
| 11/29/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 111129 | #5713697# | -5,432.37 |
| 12/01/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | CERIDIAN CORP | CERID. APS | 111201 | 450021482 | -330.40 |
| 12/01/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | IFF LOAN CLEAR | RE PAYMENT | 111201 | 15757 | -2,906.44 |
| 12/05/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 111202 | 295297135887 | -305.94 |
| 12/14/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111213 | 362170135 | -950.58 |
| 12/14/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 111214 | 3124909490 | -2.88 |
| 12/19/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 111219 | | -93.95 |
| 12/23/2011 | 0000021114425 | PREAUTHORIZED WD | 941 | ACS SLS | EXPERTPAY | 111223 | 362170135 | -748.76 |
| 01/04/2012 | 0000021114425 | PREAUTHORIZED WD | 941 | MONERIS-ACH | DISCOUNT | 120103 | 295297135887 | -171.34 |
| 01/06/2012 | 0000021114425 | PREAUTHORIZED WD | 941 | MUT-L OF AMERICA | PAYMENT | 120106 | #5741241# | -5,540.65 |
| 01/17/2012 | 0000021114425 | PREAUTHORIZED WD | 941 | AMERICAN EXPRESS | AXP DISCNT | 120117 | 3124909490 | -10.09 |
| 01/17/2012 | 0000021114425 | PREAUTHORIZED WD | 941 | COMCAST | COMCAST | 120117 | | -100.95 |
| 01/17/2012 | 0000021114425 | PREAUTHORIZED WD | 941 | MELMARIE INC | DEBITS | 120117 | | -5,000.00 |

**EXHIBIT 10-3**

GFX Message Print - page 1

| Date/Time | PayMeth | Msg Ref | Account | Correspondent | Amount | Stat |
|-----------|---------|---------|---------|---------------|--------|------|
| 01/06/2011 05:00:32 | FEDO | 20110060010601 | 2111425 | 026009593 | 436694.29 | PNRM |
| 01/20/2011 05:00:41 | FEDO | 20110200010201 | 2111425 | 026009593 | 101759.85 | PNRM |
| 01/20/2011 05:00:41 | FEDO | 20110200010801 | 2111425 | 026009593 | 316542.61 | PNRM |
| 02/03/2011 05:00:40 | FEDO | 20110340008301 | 2111425 | 026009593 | 407635.77 | PNRM |
| 02/07/2011 06:38:15 | FEDO | 20110380053500 | 2111425 | 026009593 | 6122.30 | PNRM |
| 02/17/2011 05:00:49 | FEDO | 20110480010801 | 2111425 | 026009593 | 358617.64 | PNRM |
| 02/17/2011 05:00:49 | FEDO | 20110480011401 | 2111425 | 026009593 | 55924.14 | PNRM |
| 03/03/2011 05:00:34 | FEDO | 20110620011601 | 2111425 | 026009593 | 423358.84 | PNRM |
| 03/04/2011 09:09:15 | FEDO | 20110630117900 | 2111425 | 026009593 | 6122.30 | PNRM |
| 03/17/2011 05:00:36 | FEDO | 20110760010001 | 2111425 | 026009593 | 426840.77 | PNRM |
| 03/31/2011 05:01:46 | FEDO | 20110900014501 | 2111425 | 026009593 | 420996.17 | PNRM |

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:03

Message Status: PNRM
Seq Num: 20110060010601      Related Seq Num: 20110060047000
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 01/06/2011 05:00:32     Value Date: 01/06/2011

Sender:  071006486
Amount:  $436,694.29
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:        Linesheet:          Create Template:

Message Text:

     Sndr Info     {1500}02          P *
     Msg Type      {1510}1032
     IMAD          {1520}20110106L1LFBA4C000018
     Amount        {2000}000043669429
     Sender DI     {3100}071006486*
     Sndr Ref      {3320}20110060010601*
     Rcvr DI       {3400}026009593*
     Prev IMAD     {3500}20110106B6B7HU3R001238
     Bus Func      {3600}DRW
     BNF           {4200}D8188202709*
                   TAX SERVICE 702*
     RFB           {4320}P5576-002998669*
     ORG           {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO    Date: 03/14/12 15:57:07

Message Status: PNRM
Seq Num: 20110200010201     Related Seq Num: 20110200072800
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 01/20/2011 05:00:41    Value Date: 01/20/2011

Sender:  071006486
Amount:  $101,759.85
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1    Trancode:
Category:          Linesheet:            Create Template:

Message Text:

     Sndr Info   {1500}02        P *
     Msg Type    {1510}1032
     IMAD        {1520}20110120L1LFBA4C000022
     Amount      {2000}000010175985
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20110200010201*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110120B6B7HU3R001917
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003035673*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 15:57:10

Message Status: PNRM
Seq Num: 20110200010801      Related Seq Num: 20110200073900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 01/20/2011 05:00:41      Value Date: 01/20/2011

Sender:  071006486
Amount:  $316,542.61
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:              Dept:   DEPT1      Trancode:
Category:            Linesheet:              Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1032
     IMAD        {1520}20110120L1LFBA4C000027
     Amount      {2000}000031654261
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20110200010801*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110120B6B7HU4R002066
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003040616*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO      Date: 03/14/12 15:57:13

Message Status: PNRM
Seq Num: 20110340008301      Related Seq Num: 20110340055300
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 02/03/2011 05:00:40     Value Date: 02/03/2011

Sender:  071006486
Amount:  $407,635.77
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1    Trancode:
Category:          Linesheet:         Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1032
     IMAD        {1520}20110203L1LFBA4C000043
     Amount      {2000}000040763577
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20110340008301*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110203B6B7HU4R000921
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003077996*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:16

Message Status: PNRM
Seq Num: 20110380053500      Related Seq Num: 20110380055700
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 02/07/2011 06:38:15      Value Date: 02/07/2011

Sender:   071006486
Amount:   $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:           Dept:   DEPT1     Trancode:
Category:     Bib  Linesheet:         Create Template:

Message Text:

     Sndr Info   {1500}02        P *
     Msg Type    {1510}1000
     IMAD        {1520}20110207L1LFBA4C000027
     Amount      {2000}000000612230
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20110380053500*
     Rcvr DI     {3400}026009593*
     Bus Func    {3600}CTR*
     BNF         {4200}D5800281650*
                 GORDON JOHNSON*
                 220 S. RIDGEWOOD AVE.*
                 SUITE 260*
                 DAYTONA BEACH, FLORIDA 32114*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}JAN 31 2011 PAYMENT*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:18

Message Status: PNRM
Seq Num: 20110480010801      Related Seq Num: 20110480054200
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 02/17/2011 05:00:49     Value Date: 02/17/2011

Sender:  071006486
Amount:  $358,617.64
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:              Dept:   DEPT1     Trancode:
Category:            Linesheet:          Create Template:

Message Text:

     Sndr Info     {1500}02          P *
     Msg Type      {1510}1032
     IMAD          {1520}20110217L1LFBA4C000033
     Amount        {2000}000035861764
     Sender DI     {3100}071006486*
     Sndr Ref      {3320}20110480010801*
     Rcvr DI       {3400}026009593*
     Prev IMAD     {3500}20110217B6B7HU4R001047
     Bus Func      {3600}DRW
     BNF           {4200}D8188202709*
                   TAX SERVICE 702*
     RFB           {4320}P5576-003116793*
     ORG           {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 15:57:22

Message Status: PNRM
Seq Num: 20110480011401      Related Seq Num: 20110480050300
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 02/17/2011 05:00:49      Value Date: 02/17/2011

Sender:  071006486
Amount:  $55,924.14
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1    Trancode:
Category:          Linesheet:          Create Template:

Message Text:

      Sndr Info   {1500}02       P *
      Msg Type    {1510}1032
      IMAD        {1520}20110217L1LFBA4C000024
      Amount      {2000}000005592414
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20110480011401*
      Rcvr DI     {3400}026009593*
      Prev IMAD   {3500}20110217B6B7HU2R001111
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-003121358*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:25

Message Status: PNRM
Seq Num: 20110620011601      Related Seq Num: 20110620056300
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 03/03/2011 05:00:34    Value Date: 03/03/2011

Sender:  071006486
Amount:  $423,358.84
Debit info --
        Account: 2111425  Inst: 01  Br: 01  Type: D7*
    Name:   HULL HOUSE ASSOCIATION
    Addr1:  C/O ROBERT NAUERT
    Addr2:  1030 W VAN BUREN
    Addr3:  CHICAGO IL 60607-2916
    Addr4:

Credit info --
    Rcvr:   026009593
    Name:   BANK OF AMERICA, N.A., NY
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:          Dept:   DEPT1    Trancode:
Category:        Linesheet:          Create Template:

Message Text:

    Sndr Info    {1500}02       P *
    Msg Type     {1510}1032
    IMAD         {1520}20110303L1LFBA4C000031
    Amount       {2000}000042335884
    Sender DI    {3100}071006486*
    Sndr Ref     {3320}20110620011601*
    Rcvr DI      {3400}026009593*
    Prev IMAD    {3500}20110303B6B7HU2R001193
    Bus Func     {3600}DRW
    BNF          {4200}D8188202709*
                 TAX SERVICE 702*
    RFB          {4320}P5576-003160707*
    ORG          {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 15:57:28

Message Status: PNRM
Seq Num: 20110630117900      Related Seq Num: 20110630119600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 03/04/2011 09:09:15      Value Date: 03/04/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
      Account: 2111425  Inst: 01 .Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:      Bib  Linesheet:            Create Template:

Message Text:

      Sndr Info    {1500}02          P *
      Msg Type     {1510}1000
      IMAD         {1520}20110304L1LFBA4C000217
      Amount       {2000}000000612230
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20110630117900*
      Rcvr DI      {3400}026009593*
      Bus Func     {3600}CTR*
      BNF          {4200}D5800281650*
                   GORDON JOHNSON*
                   220 S. RIDGEWOOD AVE.*
                   SUITE 260*
                   DAYTONA BEACH, FLORIDA 32114*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
      OBI          {6000}2/28/11 PAYMENT*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:31

Message Status: PNRM
Seq Num: 20110760010001        Related Seq Num: 20110760053000
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 03/17/2011 05:00:36    Value Date: 03/17/2011

Sender:  071006486
Amount:  $426,840.77
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:             Dept:   DEPT1     Trancode:
Category:           Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02        P *
     Msg Type    {1510}1032
     IMAD        {1520}20110317L1LFBA4C000027
     Amount      {2000}000042684077
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20110760010001*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110317B6B7HU3R001035
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003200390*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 15:57:34

Message Status: PNRM
Seq Num: 20110900014501     Related Seq Num: 20110900068900
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 03/31/2011 05:01:46     Value Date: 03/31/2011

Sender:  071006486
Amount:  $420,996.17
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:    DEPT1    Trancode:
Category:        Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02          P *
     Msg Type     {1510}1032
     IMAD         {1520}20110331L1LFBA4C000052
     Amount       {2000}000042099617
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20110900014501*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110331B6B7HU1R001674
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003244103*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - page 1

| Date/Time | PayMeth | Msg Ref | Account | Correspondent | Amount | Stat |
|-----------|---------|---------|---------|---------------|--------|------|
| 04/06/2011 11:27:39 | FEDO | 20110960152700 | 2111425 | 026009593 | 6122.30 | PNRM |
| 04/14/2011 05:00:48 | FEDO | 20111040011301 | 2111425 | 026009593 | 117132.45 | PNRM |
| 04/14/2011 05:00:49 | FEDO | 20111040012401 | 2111425 | 026009593 | 324130.00 | PNRM |
| 04/28/2011 05:00:39 | FEDO | 20111180012701 | 2111425 | 026009593 | 440622.44 | PNRM |
| 05/02/2011 09:07:56 | FEDO | 20111220134900 | 2111425 | 026009593 | 6122.30 | PNRM |
| 05/12/2011 05:00:30 | FEDO | 20111320011701 | 2111425 | 026009593 | 444242.39 | PNRM |
| 05/26/2011 05:00:26 | FEDO | 20111460011401 | 2111425 | 026009593 | 397485.92 | PNRM |
| 05/26/2011 05:00:40 | FEDO | 20111460012001 | 2111425 | 026009593 | 52526.92 | PNRM |
| 05/27/2011 12:38:36 | FEDO | 20111470228200 | 2111425 | 071904779 | 2000.00 | PNRM |
| 06/02/2011 05:00:42 | FEDO | 20111530016301 | 2111425 | 026009593 | 1055.65 | PNRM |
| 06/07/2011 07:36:37 | FEDO | 20111580076200 | 2111425 | 026009593 | 6122.30 | PNRM |
| 06/09/2011 05:00:37 | FEDO | 20111600009901 | 2111425 | 026009593 | 432264.13 | PNRM |
| 06/23/2011 05:00:39 | FEDO | 20111740009401 | 2111425 | 026009593 | 417852.28 | PNRM |
| 06/24/2011 10:40:42 | FEDO | 20111750157900 | 2111425 | 071904779 | 1500.00 | PNRM |

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:00:00

Message Status: PNRM
Seq Num: 20110960152700     Related Seq Num: 20110960156200
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 04/06/2011 11:27:39     Value Date: 04/06/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:     DEPT1     Trancode:
Category:      Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info     {1500}02          P *
     Msg Type      {1510}1000
     IMAD          {1520}20110406L1LFBA4C000284
     Amount        {2000}000000612230
     Sender DI     {3100}071006486*
     Sndr Ref      {3320}20110960152700*
     Rcvr DI       {3400}026009593*
     Bus Func      {3600}CTR*
     BNF           {4200}D5800281650*
                   GORDON JOHNSON*
                   220 S. RIDGEWOOD AVE.*
                   SUITE 260*
                   DAYTONA BEACH, FLORIDA 32114*
     ORG           {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
     OBI           {6000}3/31/11 PAYMENT*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:03

Message Status: PNRM
Seq Num: 20111040011301      Related Seq Num: 20111040066000
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 04/14/2011 05:00:48      Value Date: 04/14/2011

Sender:  071006486
Amount:  $117,132.45
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:


Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:           Create Template:

Message Text:

     Sndr Info    {1500}02          P *
     Msg Type     {1510}1032
     IMAD         {1520}20110414L1LFBA4C000063
     Amount       {2000}000011713245
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111040011301*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110414B6B7HU4R001330
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003275927*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:06

Message Status: PNRM
Seq Num: 20111040012401      Related Seq Num: 20111040061900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 04/14/2011 05:00:49      Value Date: 04/14/2011

Sender:  071006486
Amount:  $324,130.00
Debit info --
     Account: 2111425   Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1     Trancode:
Category:          Linesheet:            Create Template:

Message Text:

     Sndr Info    {1500}02         P *
     Msg Type     {1510}1032
     IMAD         {1520}20110414L1LFBA4C000048
     Amount       {2000}000032413000
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111040012401*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110414B6B7HU4R001458
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003282650*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:09

Message Status: PNRM
Seq Num: 20111180012701      Related Seq Num: 20111180067500
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 04/28/2011 05:00:39      Value Date: 04/28/2011

Sender:   071006486
Amount:   $440,622.44
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:               Dept:   DEPT1      Trancode:
Category:             Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02          P *
     Msg Type     {1510}1032
     IMAD         {1520}20110428L1LFBA4C000074
     Amount       {2000}000044062244
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111180012701*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110428B6B7HU2R001851
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003324453*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:12

Message Status: PNRM
Seq Num: 20111220134900      Related Seq Num: 20111220139400
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 05/02/2011 09:07:56      Value Date: 05/02/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1      Trancode:
Category:     Bib  Linesheet:           Create Template:

Message Text:

     Sndr Info   {1500}02              P *
     Msg Type    {1510}1000
     IMAD        {1520}20110502L1LFBA4C000257
     Amount      {2000}000000612230
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20111220134900*
     Rcvr DI     {3400}026009593*
     Bus Func    {3600}CTR*
     BNF         {4200}D5800281650*
                 GORDON JOHNSON*
                 220 S. RIDGEWOOD AVE.*
                 SUITE 260*
                 DAYTONA BEACH, FLORIDA 32114*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}4/30/11 PAYMENT*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:00:15

Message Status: PNRM
Seq Num: 20111320011701     Related Seq Num: 20111320048300
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 05/12/2011 05:00:30     Value Date: 05/12/2011

Sender:  071006486
Amount:  $444,242.39
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:        Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20110512L1LFBA4C000015
     Amount       {2000}000044424239
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111320011701*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110512B6B7HU4R001140
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003356734*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:18

Message Status: PNRM
Seq Num: 20111460011401     Related Seq Num: 20111460061100
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 05/26/2011 05:00:26     Value Date: 05/26/2011

Sender:  071006486
Amount:  $397,485.92
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:              Dept:   DEPT1    Trancode:
Category:            Linesheet:         Create Template:

Message Text:

     Sndr Info    {1500}02         P *
     Msg Type     {1510}1032
     IMAD         {1520}20110526L1LFBA4C000052
     Amount       {2000}000039748592
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111460011401*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110526B6B7HU1R001036
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003396785*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:21

Message Status: PNRM
Seq Num: 20111460012001      Related Seq Num: 20111460060500
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 05/26/2011 05:00:40      Value Date: 05/26/2011

Sender:  071006486
Amount:  $52,526.92
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:               Dept:   DEPT1      Trancode:
Category:             Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1032
     IMAD        {1520}20110526L1LFBA4C000047
     Amount      {2000}000005252692
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20111460012001*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110526B6B7HU1R001123
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003401274*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:24

Message Status: PNRM
Seq Num: 20111470228200    Related Seq Num: 20111470243300
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 05/27/2011 12:38:36    Value Date: 05/27/2011

Sender:  071006486
Amount:  $2,000.00
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     071904779
     Name:     U.S. BANK,N.A.
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1      Trancode:
Category:       Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02          P *
     Msg Type     {1510}1000
     IMAD         {1520}20110527L1LFBA4C000524
     Amount       {2000}000000200000
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111470228200*
     Rcvr DI      {3400}071904779*
     Bus Func     {3600}CTR*
     BNF          {4200}D199373037084*
                  KIMBERLY J. ROTE*
                  1161 MINNS DRIVE, APT 6*
                  MACHESNEY PARK, ILLINOIS  6115-2193*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
     OBI          {6000}PAYMENT ON INVOICE #30456*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:27

Message Status: PNRM
Seq Num: 20111530016301      Related Seq Num: 20111530096900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 06/02/2011 05:00:42      Value Date: 06/02/2011

Sender:  071006486
Amount:  $1,055.65
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:   DEPT1      Trancode:
Category:            Linesheet:          Create Template:

Message Text:

      Sndr Info    {1500}02          P *
      Msg Type     {1510}1032
      IMAD         {1520}20110602L1LFBA4C000019
      Amount       {2000}000000105565
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20111530016301*
      Rcvr DI      {3400}026009593*
      Prev IMAD    {3500}20110602B6B7HU4R000984
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-003418088*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:00:29

Message Status: PNRM
Seq Num: 2011580076200     Related Seq Num: 2011158O077500
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 06/07/2011 07:36:37     Value Date: 06/07/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:     Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1000
     IMAD        {1520}20110607L1LFBA4C000070
     Amount      {2000}000000612230
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}2011580076200*
     Rcvr DI     {3400}026009593*
     Bus Func    {3600}CTR*
     BNF         {4200}D5800281650*
                 GORDON JOHNSON*
                 220 S. RIDGEWOOD AVE.*
                 SUITE 260*
                 DAYTONA BEACH, FLORIDA 32114*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}5/31/11 PAYMENT PER AGREEMENT*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:00:32

Message Status: PNRM
Seq Num: 20111600009901      Related Seq Num: 20111600047800
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 06/09/2011 05:00:37      Value Date: 06/09/2011

Sender:  071006486
Amount:  $432,264.13
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:  DEPT1      Trancode:
Category:          Linesheet:            Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20110609L1LFBA4C000020
     Amount       {2000}000043226413
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111600009901*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110609B6B7HU1R001148
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003435162*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:00:35

Message Status: PNRM
Seq Num: 20111740009401      Related Seq Num: 20111740054600
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 06/23/2011 05:00:39     Value Date: 06/23/2011

Sender:  071006486
Amount:  $417,852.28
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:              Dept:   DEPT1     Trancode:
Category:            Linesheet:        Create Template:

Message Text:

     Sndr Info    {1500}02         P *
     Msg Type     {1510}1032
     IMAD         {1520}20110623L1LFBA4C000034
     Amount       {2000}000041785228
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111740009401*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110623B6B7HU4R001091
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003477145*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:00:38

Message Status: PNRM
Seq Num: 20111750157900      Related Seq Num: 20111750160500
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 06/24/2011 10:40:42     Value Date: 06/24/2011

Sender:  071006486
Amount:  $1,500.00
Debit info --
    Account: 2111425  Inst: 01  Br: 01  Type: D7
    Name:     HULL HOUSE ASSOCIATION
    Addr1:    C/O ROBERT NAUERT
    Addr2:    1030 W VAN BUREN
    Addr3:    CHICAGO IL 60607-2916
    Addr4:

Credit info --
    Rcvr:     071904779
    Name:     U.S. BANK,N.A.
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:     Bib  Linesheet:          Create Template:

Message Text:

    Sndr Info    {1500}02          P *
    Msg Type     {1510}1000
    IMAD         {1520}20110624L1LFBA4C000300
    Amount       {2000}000000150000
    Sender DI    {3100}071006486*
    Sndr Ref     {3320}20111750157900*
    Rcvr DI      {3400}071904779*
    Bus Func     {3600}CTR*
    BNF          {4200}D199373037084*
                 KIMBERLY J. ROTE*
                 1161 MINNS DRIVE, APT 6*
                 MACHESNEY PARK, ILLINOIS  6115-2193*
    ORG          {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
    OBI          {6000}PAYMENT ON INVOICE #30456*

GFX Message Print - page 1

| Date/Time | PayMeth | Msg Ref | Account | Correspondent | Amount | Stat |
|---|---|---|---|---|---|---|
| 07/01/2011 13:15:55 | FEDO | 20111820374500 | 2111425 | 071904779 | 1000.00 | PNRM |
| 07/06/2011 13:26:39 | FEDO | 20111870224600 | 2111425 | 026009593 | 6122.30 | PNRM |
| 07/07/2011 05:01:09 | FEDO | 20111880012801 | 2111425 | 026009593 | 417695.70 | PNRM |
| 07/15/2011 05:31:06 | FEDO | 20111960037000 | 2111425 | 011000028 | 50000.00 | PNRM |
| 07/21/2011 05:00:44 | FEDO | 20112020012101 | 2111425 | 026009593 | 412942.21 | PNRM |
| 08/03/2011 11:12:23 | FEDO | 20112150176800 | 2111425 | 031000053 | 2252.49 | PNRM |
| 08/04/2011 05:00:32 | FEDO | 20112160013601 | 2111425 | 026009593 | 392355.33 | PNRM |
| 08/05/2011 08:07:10 | FEDO | 20112170094500 | 2111425 | 071904779 | 1000.00 | PNRM |
| 08/05/2011 08:07:12 | FEDO | 20112170094600 | 2111425 | 026009593 | 6122.30 | PNRM |
| 08/15/2011 09:46:34 | FEDO | 20112270136400 | 2111425 | 071000013 | 7500.00 | PNRM |
| 08/18/2011 05:00:49 | FEDO | 20112300013401 | 2111425 | 026009593 | 372097.58 | PNRM |
| 08/29/2011 05:31:35 | FEDO | 20112410031500 | 2111425 | 071904779 | 1000.00 | PNRM |
| 09/01/2011 05:00:33 | FEDO | 20112440017501 | 2111425 | 026009593 | 381541.11 | PNRM |
| 09/08/2011 05:31:12 | FEDO | 20112510024900 | 2111425 | 026009593 | 6122.30 | PNRM |
| 09/15/2011 05:00:32 | FEDO | 20112580013301 | 2111425 | 026009593 | 392236.05 | PNRM |
| 09/29/2011 05:00:15 | FEDO | 20112720014901 | 2111425 | 026009593 | 392344.59 | PNRM |

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:04:48

Message Status: PNRM
Seq Num: 2011820374500     Related Seq Num: 2011820375100
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 07/01/2011 13:15:55     Value Date: 07/01/2011

Sender:  071006486
Amount:  $1,000.00
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    071904779
     Name:    U.S. BANK,N.A.
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:    Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02       P *
     Msg Type    {1510}1000
     IMAD        {1520}20110701L1LFBA4C001031
     Amount      {2000}000000100000
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}2011820374500*
     Rcvr DI     {3400}071904779*
     Bus Func    {3600}CTR*
     BNF         {4200}D199373037084*
                 KIMBERLY J. ROTE*
                 1161 MINNS DRIVE, APT 6*
                 MACHESNEY PARK, ILLINOIS  6115-2193*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}PAYMENT ON INVOICE #30456*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:04:51

Message Status: PNRM
Seq Num: 20111870224600      Related Seq Num: 20111870225000
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 07/06/2011 13:26:39      Value Date: 07/06/2011

Sender: 071006486
Amount: $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:  DEPT1      Trancode:
Category:     Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1000
     IMAD         {1520}20110706L1LFBA4C000444
     Amount       {2000}000000612230
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20111870224600*
     Rcvr DI      {3400}026009593*
     Bus Func     {3600}CTR*
     BNF          {4200}D5800281650*
                  GORDON JOHNSON*
                  220 S. RIDGEWOOD AVE.*
                  SUITE 260*
                  DAYTONA BEACH, FLORIDA 32114*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
     OBI          {6000}6/30/11 PAYMENT*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:04:54

Message Status: PNRM
Seq Num: 2011880012801     Related Seq Num: 2011880076000
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 07/07/2011 05:01:09     Value Date: 07/07/2011

Sender:  071006486
Amount:  $417,695.70
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:  DEPT1      Trancode:
Category:            Linesheet:          Create Template:

Message Text:

      Sndr Info   {1500}02            P *
      Msg Type    {1510}1032
      IMAD        {1520}20110707L1LFBA4C000039
      Amount      {2000}000041769570
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20111880012801*
      Rcvr DI     {3400}026009593*
      Prev IMAD   {3500}20110707B6B7HU1R001345
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-003516520*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO    Date: 03/14/12 16:04:57

Message Status: PNRM
Seq Num: 20111960037000    Related Seq Num: 20111960057400
Pay Method: FED Output    Message ID: FTI0811
Date Recvd: 07/15/2011 05:31:06    Value Date: 07/15/2011

Sender: 071006486
Amount: $50,000.00
Debit info --
    Account: 2111425  Inst: 01  Br: 01  Type: D7
    Name:     HULL HOUSE ASSOCIATION
    Addr1:    C/O ROBERT NAUERT
    Addr2:    1030 W VAN BUREN
    Addr3:    CHICAGO IL 60607-2916
    Addr4:

Credit info --
    Rcvr:     011000028
    Name:     STATE STREET BOSTON
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:           Dept:   DEPT1      Trancode:
Category:    Bib  Linesheet:           Create Template:

Message Text:

    Sndr Info   {1500}02          P *
    Msg Type    {1510}1000
    IMAD        {1520}20110715L1LFBA4C000037
    Amount      {2000}000005000000
    Sender DI   {3100}071006486*
    Sndr Ref    {3320}20111960037000*
    Rcvr DI     {3400}011000028*
    Bus Func    {3600}CTR*
    BNF         {4200}D52166048*
                STATE STREET CORP-PUBLIC FUNDS DIV*
                LAFAYETTE CORPORATE CENTER, 6TH FL*
                2 AVENUE DE LAFAYETTE*
                BOSTON, MA  02111-1724*
    ORG         {5000}D2111425*
                HULL HOUSE ASSOCIATION*
                1030 W VAN BUREN ST *
                CHICAGO, IL 60607 *
    OBI         {6000}HULL HOUSE ASSOCIATION PENSION PLAN*
                   PBGC CASE 21157800*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:04:59

Message Status: PNRM
Seq Num: 20112020012101      Related Seq Num: 20112020055500
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 07/21/2011 05:00:44     Value Date: 07/21/2011

Sender:  071006486
Amount:  $412,942.21
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:              Dept:   DEPT1     Trancode:
Category:            Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02          P  *
     Msg Type     {1510}1032
     IMAD         {1520}20110721L1LFBA4C000042
     Amount       {2000}000041294221
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20112020012101*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110721B6B7HU4R001321
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003554627*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:02

Message Status: PNRM
Seq Num: 20112150176800      Related Seq Num: 20112150179400
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 08/03/2011 11:12:23      Value Date: 08/03/2011

Sender: 071006486
Amount: $2,252.49
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    031000053
      Name:    PNCBANK, NATIONAL ASSOC
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:           Dept:   DEPT1      Trancode:
Category:      Bib  Linesheet:           Create Template:

Message Text:

      Sndr Info    {1500}02          P *
      Msg Type     {1510}1000
      IMAD         {1520}20110803L1LFBA4C000273
      Amount       {2000}000000225249
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20112150176800*
      Rcvr DI      {3400}031000053*
      Bus Func     {3600}CTR*
      BNF          {4200}D9004953838*
                   RCN TELECOM SERVICES INC.*
                   100 BALTIMORE DRIVE*
                   WILKES-BARRE, PA  18702*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
      OBI          {6000}ACCOUNT #5101013743501  PAYMENTS FO*
                   R MARCH 2011, JUNE 2011, JULY 2011 *
                   @ $750.83 PER MONTH*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:05

Message Status: PNRM
Seq Num: 20112160013601     Related Seq Num: 20112160055600
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 08/04/2011 05:00:32     Value Date: 08/04/2011

Sender: 071006486
Amount: $392,355.33
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:  DEPT1     Trancode:
Category:          Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20110804L1LFBA4C000031
     Amount       {2000}000039235533
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20112160013601*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110804B6B7HU2R001174
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003593677*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:05:08

Message Status: PNRM
Seq Num: 20112170094500     Related Seq Num: 20112170095200
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 08/05/2011 08:07:10     Value Date: 08/05/2011

Sender: 071006486
Amount: $1,000.00
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    071904779
     Name:    U.S. BANK,N.A.
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:             Dept:  DEPT1      Trancode:
Category:     Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1000
     IMAD        {1520}20110805L1LFBA4C000107
     Amount      {2000}000000100000
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20112170094500*
     Rcvr DI     {3400}071904779*
     Bus Func    {3600}CTR*
     BNF         {4200}D199373037084*
                 KIMBERLY J. ROTE*
                 1161 MINNS DRIVE, APT 6*
                 MACHESNEY PARK, ILLINOIS  6115-2193*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}PAYMENT ON INVOICE #30456*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:05:11

Message Status: PNRM
Seq Num: 20112170094600      Related Seq Num: 20112170095400
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 08/05/2011 08:07:12    Value Date: 08/05/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1     Trancode:
Category:    Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info   {1500}02        P *
      Msg Type    {1510}1000
      IMAD        {1520}20110805L1LFBA4C000109
      Amount      {2000}000000612230
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20112170094600*
      Rcvr DI     {3400}026009593*
      Bus Func    {3600}CTR*
      BNF         {4200}D5800281650*
                  GORDON JOHNSON*
                  220 S. RIDGEWOOD AVE.*
                  SUITE 260*
                  DAYTONA BEACH, FLORIDA 32114*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}7/31/11 PAYMENT*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:14

Message Status: PNRM
Seq Num: 20112270136400      Related Seq Num: 20112270139200
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 08/15/2011 09:46:34      Value Date: 08/15/2011

Sender:  071006486
Amount:  $7,500.00
Debit info --
       Account: 2111425  Inst: 01  Br: 01  Type: D7
       Name:    HULL HOUSE ASSOCIATION
       Addr1:   C/O ROBERT NAUERT
       Addr2:   1030 W VAN BUREN
       Addr3:   CHICAGO IL 60607-2916
       Addr4:

Credit info --
       Rcvr:    071000013
       Name:    JPMORGAN CHASE BANK, NA
       Addr1:
       Addr2:
       Addr3:
       Addr4:

Advice:             Dept:   DEPT1      Trancode:
Category:       Bib  Linesheet:          Create Template:

Message Text:

       Sndr Info    {1500}02        P *
       Msg Type     {1510}1000
       IMAD         {1520}20110815L1LFBA4C000239
       Amount       {2000}000000750000
       Sender DI    {3100}071006486*
       Sndr Ref     {3320}20112270136400*
       Rcvr DI      {3400}071000013*
       Bus Func     {3600}CTR*
       BNF          {4200}D656514288*
                    MELMARIE INC*
                    999 PLAZA DR, SUITE 200*
                    SCHAUMBURG, IL 60173*
       ORG          {5000}D2111425*
                    HULL HOUSE ASSOCIATION*
                    1030 W VAN BUREN ST *
                    CHICAGO, IL 60607 *
       OBI          {6000}SETTLEMENT PAYMENT DUE 8/15*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:17

Message Status: PNRM
Seq Num: 20112300013401      Related Seq Num: 20112300055600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 08/18/2011 05:00:49      Value Date: 08/18/2011

Sender: 071006486
Amount: $372,097.58
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:        Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20110818L1LFBA4C000027
     Amount       {2000}000037209758
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20112300013401*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110818B6B7HU3R000893
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003626873*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:20

Message Status: PNRM
Seq Num: 20112410031500      Related Seq Num: 20112410050300
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 08/29/2011 05:31:35      Value Date: 08/29/2011

Sender: 071006486
Amount: $1,000.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   071904779
      Name:   U.S. BANK,N.A.
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:          Dept:   DEPT1      Trancode:
Category:     Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info    {1500}02        P *
      Msg Type     {1510}1000
      IMAD         {1520}20110829L1LFBA4C000019
      Amount       {2000}000000100000
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20112410031500*
      Rcvr DI      {3400}071904779*
      Bus Func     {3600}CTR*
      BNF          {4200}D199373037084*
                   KIMBERLY J. ROTE*
                   1161 MINNS DRIVE, APT 6*
                   MACHESNEY PARK, ILLINOIS   6115-2193*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
      OBI          {6000}PAYMENT ON INVOICE #30456*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:23

Message Status: PNRM
Seq Num: 20112440017501      Related Seq Num: 20112440074600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 09/01/2011 05:00:33      Value Date: 09/01/2011

Sender: 071006486
Amount: $381,541.11
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:         Create Template:

Message Text:

      Sndr Info   {1500}02          P *
      Msg Type    {1510}1032
      IMAD        {1520}20110901L1LFBA4C000058
      Amount      {2000}000038154111
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20112440017501*
      Rcvr DI     {3400}026009593*
      Prev IMAD   {3500}20110901B6B7HU1R001655
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-003672430*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:26

Message Status: PNRM
Seq Num: 20112510024900      Related Seq Num: 20112510071800
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 09/08/2011 05:31:12      Value Date: 09/08/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:    Bib  Linesheet:          Create Template:

Message Text:

      Sndr Info   {1500}02          P *
      Msg Type    {1510}1000
      IMAD        {1520}20110908L1LFBA4C000024
      Amount      {2000}000000612230
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20112510024900*
      Rcvr DI     {3400}026009593*
      Bus Func    {3600}CTR*
      BNF         {4200}D5800281650*
                  GORDON JOHNSON*
                  220 S. RIDGEWOOD AVE.*
                  SUITE 260*
                  DAYTONA BEACH, FLORIDA 32114*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}AUGUST 31, 2011 PAYMENT*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:05:29

Message Status: PNRM
Seq Num: 20112580013301     Related Seq Num: 20112580075500
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 09/15/2011 05:00:32     Value Date: 09/15/2011

Sender:  071006486
Amount:  $392,236.05
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:  DEPT1     Trancode:
Category:          Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02          P *
     Msg Type    {1510}1032
     IMAD        {1520}20110915L1LFBA4C000087
     Amount      {2000}000039223605
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20112580013301*
     Rcvr DI     {3400}026009593*
     Prev IMAD   {3500}20110915B6B7HU3R001181
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003704846*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan     Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:05:32

Message Status: PNRM
Seq Num: 20112720014901     Related Seq Num: 20112720054000
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 09/29/2011 05:00:15     Value Date: 09/29/2011

Sender: 071006486
Amount: $392,344.59
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:          Dept:   DEPT1     Trancode:
Category:        Linesheet:        Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20110929L1LFBA4C000036
     Amount       {2000}000039234459
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20112720014901*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20110929B6B7HU4R001264
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003746203*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - page 1

| Date/Time | PayMeth | Msg Ref | Account | Correspondent | Amount | Stat |
|-----------|---------|---------|---------|---------------|--------|------|
| 10/07/2011 11:13:33 | FEDO | 20112800181700 | 2111425 | 026009593 | 6122.30 | PNRM |
| 10/07/2011 11:13:39 | FEDO | 20112800181800 | 2111425 | 071904779 | 1000.00 | PNRM |
| 10/13/2011 05:00:45 | FEDO | 20112860014801 | 2111425 | 026009593 | 397014.19 | PNRM |
| 10/27/2011 05:00:13 | FEDO | 20113000013101 | 2111425 | 026009593 | 100611.73 | PNRM |
| 10/27/2011 05:00:14 | FEDO | 20113000013301 | 2111425 | 026009593 | 289579.20 | PNRM |
| 11/07/2011 07:53:09 | FEDO | 20113110087600 | 2111425 | 026009593 | 6122.30 | PNRM |
| 11/07/2011 07:53:12 | FEDO | 20113110087700 | 2111425 | 071904779 | 1000.00 | PNRM |
| 11/10/2011 05:00:14 | FEDO | 20113140012601 | 2111425 | 026009593 | 102071.99 | PNRM |
| 11/10/2011 05:00:14 | FEDO | 20113140012701 | 2111425 | 026009593 | 293321.35 | PNRM |
| 11/25/2011 05:00:04 | FEDO | 20113290015101 | 2111425 | 026009593 | 29504.61 | PNRM |
| 11/25/2011 05:00:06 | FEDO | 20113290015201 | 2111425 | 026009593 | 239562.79 | PNRM |
| 12/02/2011 05:00:21 | FEDO | 20113360019501 | 2111425 | 026009593 | 121095.38 | PNRM |
| 12/06/2011 13:36:06 | FEDO | 20113400227700 | 2111425 | 075000022 | 40000.00 | PNRM |
| 12/08/2011 05:00:23 | FEDO | 20113420014101 | 2111425 | 026009593 | 398904.01 | PNRM |
| 12/09/2011 10:25:11 | FEDO | 20113430165300 | 2111425 | 044000037 | 2897.36 | PNRM |
| 12/20/2011 05:32:22 | FEDO | 20113540036200 | 2111425 | 075000022 | 43334.00 | PNRM |
| 12/22/2011 05:00:19 | FEDO | 20113560017201 | 2111425 | 026009593 | 163742.30 | PNRM |
| 12/22/2011 08:03:22 | FEDO | 20113560107901 | 2111425 | 026009593 | 232831.31 | PNRM |

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO    Date: 03/14/12 16:06:36

Message Status: PNRM
Seq Num: 20112800181700      Related Seq Num: 20112800185600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 10/07/2011 11:13:33     Value Date: 10/07/2011

Sender: 071006486
Amount:  $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1     Trancode:
Category:      Bib  Linesheet:        Create Template:

Message Text:

  Sndr Info   {1500}02           P
  Msg Type    {1510}1000
  IMAD        {1520}20111007L1LFBA4C000334
  Amount      {2000}000000612230
  Sender DI   {3100}071006486*
  Sndr Ref    {3320}20112800181700*
  Rcvr DI     {3400}026009593*
  Bus Func    {3600}CTR*
  BNF         {4200}D5800281650*
              GORDON JOHNSON*
              220 S. RIDGEWOOD AVE.*
              SUITE 260*
              DAYTONA BEACH, FLORIDA 32114*
  ORG         {5000}D2111425*
              HULL HOUSE ASSOCIATION*
              1030 W VAN BUREN ST *
              CHICAGO, IL 60607 *
  OBI         {6000}9/30/11 PAYMENT*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan    Bank: PRIVATE BANK CHGO    Date: 03/14/12 16:06:40

Message Status: PNRM
Seq Num: 20112800181800    Related Seq Num: 20112800186100
Pay Method: FED Output    Message ID: FTI0811
Date Recvd: 10/07/2011 11:13:39    Value Date: 10/07/2011

Sender:  071006486
Amount:  $1,000.00
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    071904779
     Name:    U.S. BANK,N.A.
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:  DEPT1    Trancode:
Category:     Bib  Linesheet:          Create Template:

Message Text:

     Sndr Info   {1500}02        P *
     Msg Type    {1510}1000
     IMAD        {1520}20111007L1LFBA4C000336
     Amount      {2000}000000100000
     Sender DI   {3100}071006486*
     Sndr Ref    {3320}20112800181800*
     Rcvr DI     {3400}071904779*
     Bus Func    {3600}CTR*
     BNF         {4200}D199373037084*
                 KIMBERLY J. ROTE*
                 1161 MINNS DRIVE, APT 6*
                 MACHESNEY PARK, ILLINOIS  6115-2193*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
     OBI         {6000}PAYMENT ON INVOICE #30456*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:06:43

Message Status: PNRM
Seq Num: 2011286014801      Related Seq Num: 2011286056800
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 10/13/2011 05:00:45      Value Date: 10/13/2011

Sender:  071006486
Amount:  $397,014.19
Debit info --
     Account: 2111425  Inst: 01  Br:`01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:           Dept:  DEPT1      Trancode:
Category:         Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02            P *
     Msg Type     {1510}1032
     IMAD         {1520}20111013L1LFBA4C000028
     Amount       {2000}000039701419
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20112860014801*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20111013B6B7HU3R001177
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003780158*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:06:46

Message Status: PNRM
Seq Num: 20113000013101      Related Seq Num: 20113000058700
Pay Method: FED Output     Message ID: FTIO811
Date Recvd: 10/27/2011 05:00:13    Value Date: 10/27/2011

Sender: 071006486
Amount: $100,611.73
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    026009593
     Name:    BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1     Trancode:
Category:          Linesheet:          Create Template:

Message Text:

     Sndr Info    {1500}02        P *
     Msg Type     {1510}1032
     IMAD         {1520}20111027L1LFBA4C000031
     Amount       {2000}000010061173
     Sender DI    {3100}071006486*
     Sndr Ref     {3320}20113000013101*
     Rcvr DI      {3400}026009593*
     Prev IMAD    {3500}20111027B6B7HU1R001417
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003816382*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:06:49

Message Status: PNRM
Seq Num: 20113000013301      Related Seq Num: 20113000058900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 10/27/2011 05:00:14      Value Date: 10/27/2011

Sender:  071006486
Amount:  $289,579.20
Debit info --
      Account: 2111425   Inst: 01  Br: 01   Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:        Create Template:

Message Text:

      Sndr Info    {1500}02          P *
      Msg Type     {1510}1032
      IMAD         {1520}20111027L1LFBA4C000033
      Amount       {2000}000028957920
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20113000013301*
      Rcvr DI      {3400}026009593*
      Prev IMAD    {3500}20111027B6B7HU1R001518
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-003820852*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO       Date: 03/14/12 16:06:52

Message Status: PNRM
Seq Num: 20113110087600       Related Seq Num: 20113110088400
Pay Method: FED Output       Message ID: FTI0811
Date Recvd: 11/07/2011 07:53:09       Value Date: 11/07/2011

Sender:  071006486
Amount:  $6,122.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:     HULL HOUSE ASSOCIATION
     Addr1:    C/O ROBERT NAUERT
     Addr2:    1030 W VAN BUREN
     Addr3:    CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:     026009593
     Name:     BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:     Bib  Linesheet:           Create Template:

Message Text:

     Sndr Info     {1500}02           P *
     Msg Type      {1510}1000
     IMAD          {1520}20111107L1LFBA4C000092
     Amount        {2000}000000612230
     Sender DI     {3100}071006486*
     Sndr Ref      {3320}20113110087600*
     Rcvr DI       {3400}026009593*
     Bus Func      {3600}CTR*
     BNF           {4200}D5800281650*
                   GORDON JOHNSON*
                   220 S. RIDGEWOOD AVE.*
                   SUITE 260*
                   DAYTONA BEACH, FLORIDA 32114*
     ORG           {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
     OBI           {6000}OCTOBER 31, 2011 PAYMENT*
```

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:06:55

Message Status: PNRM
Seq Num: 20113110087700     Related Seq Num: 20113110088600
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 11/07/2011 07:53:12     Value Date: 11/07/2011

Sender:  071006486
Amount:  $1,000.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   071904779
      Name:   U.S. BANK,N.A.
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:  DEPT1     Trancode:
Category:     Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info   {1500}02        P *
      Msg Type    {1510}1000
      IMAD        {1520}20111107L1LFBA4C000091
      Amount      {2000}000000100000
      Sender DI   {3100}071006486*
      Sndr Ref    {3320}20113110087700*
      Rcvr DI     {3400}071904779*
      Bus Func    {3600}CTR*
      BNF         {4200}D199373037084*
                  KIMBERLY J. ROTE*
                  1161 MINNS DRIVE, APT 6*
                  MACHESNEY PARK, ILLINOIS  6115-2193*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}PAYMENT ON INVOICE #30456*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:06:58

Message Status: PNRM
Seq Num: 20113140012601      Related Seq Num: 20113140070500
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 11/10/2011 05:00:14      Value Date: 11/10/2011

Sender:  071006486
Amount:  $102,071.99
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:          Dept:   DEPT1      Trancode:
Category:        Linesheet:          Create Template:

Message Text:

      Sndr Info    {1500}02        P *
      Msg Type     {1510}1032
      IMAD         {1520}20111110L1LFBA4C000052
      Amount       {2000}000010207199
      Sender DI    {3100}071006486*
      Sndr Ref     {3320}20113140012601*
      Rcvr DI      {3400}026009593*
      Prev IMAD    {3500}20111110B6B7HU3R001483
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-003858845*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:01

Message Status: PNRM
Seq Num: 20113140012701      Related Seq Num: 20113140070800
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 11/10/2011 05:00:14      Value Date: 11/10/2011

Sender:  071006486
Amount:  $293,321.35
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:        Create Template:

Message Text:

    Sndr Info   {1500}02          P *
    Msg Type    {1510}1032
    IMAD        {1520}20111110L1LFBA4C000054
    Amount      {2000}000029332135
    Sender DI   {3100}071006486*
    Sndr Ref    {3320}20113140012701*
    Rcvr DI     {3400}026009593*
    Prev IMAD   {3500}20111110B6B7HU3R001536
    Bus Func    {3600}DRW
    BNF         {4200}D8188202709*
                TAX SERVICE 702*
    RFB         {4320}P5576-003860699*
    ORG         {5000}D2111425*
                HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:04

Message Status: PNRM
Seq Num: 20113290015101      Related Seq Num: 20113290061900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 11/25/2011 05:00:04      Value Date: 11/25/2011

Sender:  071006486
Amount:  $29,504.61
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:          Create Template:

Message Text:

      Sndr Info   {1500}30           P
      Msg Type    {1510}1032
      IMAD        {1520}20111125L1LFBA4C000019
      Amount      {2000}000002950461
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20113290015101*
      Rcvr DI     {3400}026009593
      Prev IMAD   {3500}20111125B6B7HU3R001795
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-003901915*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:07

Message Status: PNRM
Seq Num: 20113290015201      Related Seq Num: 20113290064200
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 11/25/2011 05:00:06      Value Date: 11/25/2011

Sender: 071006486
Amount: $239,562.79
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:          Dept:   DEPT1      Trancode:
Category:        Linesheet:          Create Template:

Message Text:

      Sndr Info   {1500}30        P
      Msg Type    {1510}1032
      IMAD        {1520}20111125L1LFBA4C000023
      Amount      {2000}000023956279
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20113290015201*
      Rcvr DI     {3400}026009593
      Prev IMAD   {3500}20111125B6B7HU1R001894
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-003902865*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:09

Message Status: PNRM
Seq Num: 20113360019501      Related Seq Num: 20113360060600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 12/02/2011 05:00:21      Value Date: 12/02/2011

Sender: 071006486
Amount: $121,095.38
Debit info --¬
      Account: 2111425  Inst: 01  Br: 01   Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:   DEPT1      Trancode:
Category:            Linesheet:           Create Template:

Message Text:

      Sndr Info    {1500}30        P
      Msg Type     {1510}1032
      IMAD         {1520}20111202L1LFBA4C000018
      Amount       {2000}000012109538
      Sender DI    {3100}071006486
      Sndr Ref     {3320}20113360019501*
      Rcvr DI      {3400}026009593
      Prev IMAD    {3500}20111202B6B7HU4R001189
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-003924766*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:12

Message Status: PNRM
Seq Num: 20113400227700      Related Seq Num: 20113400233600
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 12/06/2011 13:36:06      Value Date: 12/06/2011

Sender:  071006486
Amount:  $40,000.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   075000022
      Name:   U.S. BANK,N.A.
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:  DEPT1      Trancode:
Category:       Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info   {1500}30            P
      Msg Type    {1510}1000
      IMAD        {1520}20111206L1LFBA4C000451
      Amount      {2000}000004000000
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20113400227700*
      Rcvr DI     {3400}075000022
      Bus Func    {3600}CTR
      BNF         {4200}D182355899200*
                  QUATRRO FPO SOLUTIONS, LLC*
                  8401 102ND ST - SUITE 500*
                  PLEASANT PRAIRIE, WI  53158*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}PARTIAL PAYMENT FOR OCTOBER INVOICE*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:15

Message Status: PNRM
Seq Num: 20113420014101      Related Seq Num: 2011342O061400
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 12/08/2011 05:00:23    Value Date: 12/08/2011

Sender: 071006486
Amount: $398,904.01
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:           Dept:   DEPT1     Trancode:
Category:         Linesheet:        Create Template:

Message Text:

     Sndr Info   {1500}30        P
     Msg Type    {1510}1032
     IMAD        {1520}20111208L1LFBA4C000041
     Amount      {2000}000039890401
     Sender DI   {3100}071006486
     Sndr Ref    {3320}20113420014101*
     Rcvr DI     {3400}026009593
     Prev IMAD   {3500}20111208B6B7HU2R001387
     Bus Func    {3600}DRW
     BNF         {4200}D8188202709*
                 TAX SERVICE 702*
     RFB         {4320}P5576-003938942*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:18

Message Status: PNRM
Seq Num: 20113430165300      Related Seq Num: 20113430197800
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 12/09/2011 10:25:11      Value Date: 12/09/2011

Sender: 071006486
Amount: $2,897.36
Debit info --
       Account: 2111425  Inst: 01  Br: 01  Type: D7
       Name:    HULL HOUSE ASSOCIATION
       Addr1:   C/O ROBERT NAUERT
       Addr2:   1030 W VAN BUREN
       Addr3:   CHICAGO IL 60607-2916
       Addr4:

Credit info --
       Rcvr:    044000037
       Name:    JPMORGAN CHASE BANK, NA
       Addr1:
       Addr2:
       Addr3:
       Addr4:

Advice:          Dept:   DEPT1      Trancode: DOMESTIC
Category:        Linesheet:        Create Template:

Message Text:

       Sndr Info    {1500}30        P
       Msg Type     {1510}1000
       IMAD         {1520}20111209L1LFBA4C000376
       Amount       {2000}000000289736
       Sender DI    {3100}071006486
       Sndr Ref     {3320}20113430165300*
       Rcvr DI      {3400}044000037
       Bus Func     {3600}CTR
       BNF          {4200}D790008973*
                    GLOBALCOM LLC*
       ORG          {5000}D2111425*
                    HULL HOUSE ASSOCIATION*
                    C/O ROBERT NAUERT*
                    1030 W VAN BUREN*
                    CHICAGO IL 60607-2916*
       OBI          {6000}ACCOUNT NO: 5809, BILLING DATE 11/1*
                    4/2011*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:21

Message Status: PNRM
Seq Num: 20113540036200      Related Seq Num: 20113540054700
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 12/20/2011 05:32:22      Value Date: 12/20/2011

Sender: 071006486
Amount: $43,334.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   075000022
      Name:   U.S. BANK,N.A.
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:     Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info   {1500}30          P
      Msg Type    {1510}1000
      IMAD        {1520}20111220L1LFBA4C000026
      Amount      {2000}000004333400
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20113540036200*
      Rcvr DI     {3400}075000022
      Bus Func    {3600}CTR
      BNF         {4200}D182355899200*
                  QUATRRO FPO SOLUTIONS, LLC*
                  8401 102ND ST - SUITE 500*
                  PLEASANT PRAIRIE, WI 53158*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}BALANCE DUE ON OCTOBER PAYMENT*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:24

Message Status: PNRM
Seq Num: 20113560017201      Related Seq Num: 20113560061900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 12/22/2011 05:00:19      Value Date: 12/22/2011

Sender:  071006486
Amount:  $163,742.30
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:           Dept:  DEPT1      Trancode:
Category:         Linesheet:        Create Template:

Message Text:

     Sndr Info    {1500}30            P
     Msg Type     {1510}1032
     IMAD         {1520}20111222L1LFBA4C000031
     Amount       {2000}000016374230
     Sender DI    {3100}071006486
     Sndr Ref     {3320}20113560017201*
     Rcvr DI      {3400}026009593
     Prev IMAD    {3500}20111222B6B7HU3R001370
     Bus Func     {3600}DRW
     BNF          {4200}D8188202709*
                  TAX SERVICE 702*
     RFB          {4320}P5576-003980204*
     ORG          {5000}D2111425*
                  HULL HOUSE ASSOCIATION*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:07:27

Message Status: PNRM
Seq Num: 20113560107901      Related Seq Num: 20113560123500
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 12/22/2011 08:03:22     Value Date: 12/22/2011

Sender:  071006486
Amount:  $232,831.31
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:   HULL HOUSE ASSOCIATION
     Addr1:  C/O ROBERT NAUERT
     Addr2:  1030 W VAN BUREN
     Addr3:  CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:   026009593
     Name:   BANK OF AMERICA, N.A., NY
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:          Linesheet:        Create Template:

Message Text:

     Sndr Info     {1500}30           P
     Msg Type      {1510}1032
     IMAD          {1520}20111222L1LFBA4C000197
     Amount        {2000}000023283131
     Sender DI     {3100}071006486
     Sndr Ref      {3320}20113560107901*
     Rcvr DI       {3400}026009593
     Prev IMAD     {3500}20111222B6B7HU2R004773
     Bus Func      {3600}DRW
     BNF           {4200}D8188202709*
                   TAX SERVICE 702*
     RFB           {4320}P5576-003981017*
     ORG           {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
```

GFX Message Print - page 1

| Date/Time | PayMeth | Msg Ref | Account | Correspondent | Amount | Stat |
|-----------|---------|---------|---------|---------------|--------|------|
| 01/06/2012 05:00:29 | FEDO | 20120060013501 | 2111425 | 026009593 | 358377.26 | PNRM |
| 01/06/2012 05:00:31 | FEDO | 20120060013601 | 2111425 | 026009593 | 44715.73 | PNRM |
| 01/09/2012 12:43:41 | FEDO | 20120090199300 | 2111425 | 021000021 | 25000.00 | PNRM |
| 01/19/2012 05:01:00 | FEDO | 20120190013101 | 2111425 | 026009593 | 362840.87 | PNRM |
| 01/26/2012 08:01:35 | FEDO | 20120260094601 | 2111425 | 026009593 | 197444.32 | PNRM |
| 01/26/2012 10:04:58 | FEDO | 20120260140400 | 2111425 | 021000021 | 40000.00 | PNRM |
| 02/01/2012 12:24:15 | FEDO | 20120320311500 | 2111425 | 026009593 | 17500.00 | PNRM |

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:08:45

Message Status: PNRM
Seq Num: 20120060013501      Related Seq Num: 20120060050900
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 01/06/2012 05:00:29      Value Date: 01/06/2012

Sender:  071006486
Amount:  $358,377.26
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:    DEPT1      Trancode:
Category:            Linesheet:         Create Template:

Message Text:

      Sndr Info   {1500}30          P
      Msg Type    {1510}1032
      IMAD        {1520}20120106L1LFBA4C000015
      Amount      {2000}000035837726
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20120060013501*
      Rcvr DI     {3400}026009593
      Prev IMAD   {3500}20120106B6B7HU1R001235
      Bus Func    {3600}DRW
      BNF         {4200}D8188202709*
                  TAX SERVICE 702*
      RFB         {4320}P5576-004021704*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan       Bank: PRIVATE BANK CHGO       Date: 03/14/12 16:08:48

Message Status: PNRM
Seq Num: 20120060013601       Related Seq Num: 20120060051100
Pay Method: FED Output       Message ID: FTI0811
Date Recvd: 01/06/2012 05:00:31       Value Date: 01/06/2012

Sender:  071006486
Amount:  $44,715.73
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:          Dept:    DEPT1      Trancode:
Category:        Linesheet:          Create Template:

Message Text:

      Sndr Info    {1500}30          P
      Msg Type     {1510}1032
      IMAD         {1520}20120106L1LFBA4C000016
      Amount       {2000}000004471573
      Sender DI    {3100}071006486
      Sndr Ref     {3320}20120060013601*
      Rcvr DI      {3400}026009593
      Prev IMAD    {3500}20120106B6B7HU1R001263
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-004022883*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:08:51

Message Status: PNRM
Seq Num: 20120090199300      Related Seq Num: 20120090205400
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 01/09/2012 12:43:41      Value Date: 01/09/2012

Sender:  071006486
Amount:  $25,000.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   021000021
      Name:   JPMORGAN CHASE BANK, NA
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:   DEPT1       Trancode:
Category:      Bib  Linesheet:          Create Template:

Message Text:

      Sndr Info    {1500}30            P
      Msg Type     {1510}1000
      IMAD         {1520}20120109L1LFBA4C000366
      Amount       {2000}000002500000
      Sender DI    {3100}071006486
      Sndr Ref     {3320}20120090199300*
      Rcvr DI      {3400}021000021
      Bus Func     {3600}CTR
      BNF          {4200}D4004000*
                   ADELMAN AND GETTLEMAN LTD*
                   53 W JACKSON BLVD SUITE 1050*
                   CHICAGO IL 60604*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN ST *
                   CHICAGO, IL 60607 *
      OBI          {6000}DEPOSIT DUE 1/9/12*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO     Date: 03/14/12 16:08:54

Message Status: PNRM
Seq Num: 20120190013101     Related Seq Num: 20120190076300
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 01/19/2012 05:01:00    Value Date: 01/19/2012

Sender:  071006486
Amount:  $362,840.87
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:   HULL HOUSE ASSOCIATION
      Addr1:  C/O ROBERT NAUERT
      Addr2:  1030 W VAN BUREN
      Addr3:  CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:   026009593
      Name:   BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:           Dept:   DEPT1     Trancode:
Category:         Linesheet:          Create Template:

Message Text:

   Sndr Info   {1500}30       P
   Msg Type    {1510}1032
   IMAD        {1520}20120119L1LFBA4C000030
   Amount      {2000}000036284087
   Sender DI   {3100}071006486
   Sndr Ref    {3320}20120190013101*
   Rcvr DI     {3400}026009593
   Prev IMAD   {3500}20120119B6B7HU3R001300
   Bus Func    {3600}DRW
   BNF         {4200}D8188202709*
               TAX SERVICE 702*
   RFB         {4320}P5576-004056836*
   ORG         {5000}D2111425*
               HULL HOUSE ASSOCIATION*
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:08:57

Message Status: PNRM
Seq Num: 20120260094601      Related Seq Num: 20120260114600
Pay Method: FED Output      Message ID: FTIO811
Date Recvd: 01/26/2012 08:01:35      Value Date: 01/26/2012

Sender: 071006486
Amount: $197,444.32
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:              Dept:   DEPT1      Trancode:
Category:            Linesheet:        Create Template:

Message Text:

      Sndr Info    {1500}30        P
      Msg Type     {1510}1032
      IMAD         {1520}20120126L1LFBA4C000175
      Amount       {2000}000019744432
      Sender DI    {3100}071006486
      Sndr Ref     {3320}20120260094601*
      Rcvr DI      {3400}026009593
      Prev IMAD    {3500}20120126B6B7HU2R004044
      Bus Func     {3600}DRW
      BNF          {4200}D8188202709*
                   TAX SERVICE 702*
      RFB          {4320}P5576-004074828*
      ORG          {5000}D2111425*
                   HULL HOUSE ASSOCIATION*
                   1030 W VAN BUREN*
                   CHICAGO IL 60607-2916*

```
GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:08:59

Message Status: PNRM
Seq Num: 20120260140400     Related Seq Num: 20120260141500
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 01/26/2012 10:04:58     Value Date: 01/26/2012

Sender: 071006486
Amount: $40,000.00
Debit info --
     Account: 2111425  Inst: 01  Br: 01  Type: D7
     Name:    HULL HOUSE ASSOCIATION
     Addr1:   C/O ROBERT NAUERT
     Addr2:   1030 W VAN BUREN
     Addr3:   CHICAGO IL 60607-2916
     Addr4:

Credit info --
     Rcvr:    021000021
     Name:    JPMORGAN CHASE BANK, NA
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:           Dept:   DEPT1     Trancode:
Category:    Bib  Linesheet:        Create Template:

Message Text:

     Sndr Info   {1500}30            P
     Msg Type    {1510}1000
     IMAD        {1520}20120126L1LFBA4C000235
     Amount      {2000}000004000000
     Sender DI   {3100}071006486
     Sndr Ref    {3320}20120260140400*
     Rcvr DI     {3400}021000021
     Bus Func    {3600}CTR
     BNF         {4200}D4004000*
                 ADELMAN AND GETTLEMAN LTD*
                 53 W JACKSON BLVD SUITE 1050*
                 CHICAGO IL 60604*
     ORG         {5000}D2111425*
                 HULL HOUSE ASSOCIATION*
                 1030 W VAN BUREN ST *
                 CHICAGO, IL 60607 *
```

GFX Message Print - Message Inquiry Display Dialog Box

User: kbrennan      Bank: PRIVATE BANK CHGO      Date: 03/14/12 16:09:02

Message Status: PNRM
Seq Num: 20120320311500      Related Seq Num: 20120320318200
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 02/01/2012 12:24:15      Value Date: 02/01/2012

Sender:  071006486
Amount:  $17,500.00
Debit info --
      Account: 2111425  Inst: 01  Br: 01  Type: D7
      Name:    HULL HOUSE ASSOCIATION
      Addr1:   C/O ROBERT NAUERT
      Addr2:   1030 W VAN BUREN
      Addr3:   CHICAGO IL 60607-2916
      Addr4:

Credit info --
      Rcvr:    026009593
      Name:    BANK OF AMERICA, N.A., NY
      Addr1:
      Addr2:
      Addr3:
      Addr4:

Advice:            Dept:   DEPT1      Trancode:
Category:      Bib  Linesheet:        Create Template:

Message Text:

      Sndr Info   {1500}30          P
      Msg Type    {1510}1000
      IMAD        {1520}20120201L1LFBA4C000863
      Amount      {2000}000001750000
      Sender DI   {3100}071006486
      Sndr Ref    {3320}20120320311500*
      Rcvr DI     {3400}026009593
      Bus Func    {3600}CTR
      BNF         {4200}D5800943424*
                  1028-36 W VAN BUREN CONDO ASSOC*
                  1000 W WASHINGTON BVD*
                  SUITE 502*
                  CHICAGO, IL 60607*
      ORG         {5000}D2111425*
                  HULL HOUSE ASSOCIATION*
                  1030 W VAN BUREN ST *
                  CHICAGO, IL 60607 *
      OBI         {6000}RENT PAYMENT*

HULL HOUSE ASSOCIATION

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 23

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|---|---|---|
| Quattro FPO Solutions, LLC. | 8401 102ND STREET SUITE 500 | | PLEASANT PRAIRIE | WI | 53158 | 2/1/11 services[1] Payment for accounting | 88,334.00 Est.[3] |
| | | | | | | 3/1/11 services[1] Payment for accounting | 88,334.00 Est.[3] |
| | | | | | | 4/28/2011 services[1] Payment for accounting | 99,167.00 |
| | | | | | | 4/29/2011 services[1] Payment for accounting | 10,893.00 |
| | | | | | | 6/1/2011 services[1] Payment for accounting | 88,334.00 |
| | | | | | | 7/8/2011 services[1] Payment for accounting | 88,334.00 |
| | | | | | | 7/28/2011 services[1] Payment for accounting | 88,334.00 |
| | | | | | | 9/2/2011 services[1] Payment for accounting | 88,334.00 |
| | | | | | | 12/6/2011 services[1] Payment for accounting | $40,000.00 |
| | | | | | | 12/20/2011 services[1] Payment for accounting | $43,334.00 |
| Clarence N. Wood Former President/CEO | 3217 S. Calumet | | Chicago | IL | 60616 | 2/18/2011 Salary | $9,658.62 |
| | | | | | | 3/4/2011 Salary | $10,358.62 |

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|---|---|---|
| Mischelle Causey-Drake Former President/CEO | 125 E. 13th Street | Unit 1304 | Chicago | IL | 60606 | 3/18/2011 Salary | $9,658.62 |
| | | | | | | 4/1/2011 Salary | $10,358.62 |
| | | | | | | 4/15/2011 Salary | $9,658.62 |
| | | | | | | 4/29/2011 Salary | $10,358.62 |
| | | | | | | 5/13/2011 PTO | $9,658.62 |
| | | | | | | 5/27/2011 Salary + PTO | $9,658.62 |
| | | | | | | 6/10/2011 Salary - severance | $9,658.62 |
| | | | | | | 6/24/2011 Salary - severance | $9,658.62 |
| | | | | | | 7/8/2011 Salary - severance | $9,658.62 |
| | | | | | | 7/22/2011 Salary - severance | $9,658.62 |
| | | | | | | 8/5/2011 Salary - severance | $9,658.62 |
| | | | | | | 8/19/2011 Salary - severance | $9,658.62 |
| | | | | | | 9/2/2011 Salary - severance | $9,658.62 |
| | | | | | | 9/16/2011 Salary - severance | $9,658.62 |
| | | | | | | 9/30/2011 Salary - severance | $9,658.62 |
| | | | | | | 10/14/2011 Salary - severance | $9,658.62 |
| | | | | | | 10/28/2011 Salary - severance | $9,658.62 |
| | | | | | | 11/11/2011 Salary - severance | $9,658.62 |
| | | | | | | 11/25/2011 Salary - severance | $9,658.62 |
| | | | | | | 12/9/2011 Salary - severance | $9,658.62 |
| | | | | | | 12/23/2011 Salary - severance | $9,590.98 |
| | | | | | | 2/18/2011 Salary | 4,735 |
| | | | | | | 3/4/2011 Salary | 4,735 |
| | | | | | | 3/18/2011 Salary | 4,735 |
| | | | | | | 4/1/2011 Salary | 4,735 |
| | | | | | | 4/15/2011 Salary | 4,735 |
| | | | | | | 4/29/2011 Salary | 4,735 |
| | | | | | | 5/13/2011 Salary | 4,735 |
| | | | | | | 5/27/2011 Salary | 4,735 |
| | | | | | | 6/10/2011 Salary | 4,735 |

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|---|---|---|
| Gordon Johnson | 220 S. Ridgewood Avenue | Suite 260 | Daytona Beach | FL | 32114 | 6/24/2011 Salary | 4,735 |
| Former President/CEO | | | | | | 7/8/2011 Salary | 4,735 |
| | | | | | | 7/22/2011 Salary | 4,735 |
| NOTE: Resigned on 7/31/2000 | | | | | | 8/5/2011 Salary | 4,735 |
| | | | | | | 8/19/2011 Salary | 4,735 |
| | | | | | | 9/2/2011 Salary | 4,735 |
| | | | | | | 9/16/2011 Salary | 4,735 |
| | | | | | | 9/30/2011 Salary | 4,735 |
| | | | | | | 10/14/2011 Salary | 4,735 |
| | | | | | | 10/28/2011 Salary | 4,735 |
| | | | | | | 11/11/2011 Salary | 4,735 |
| | | | | | | 11/25/2011 Salary | 7,292 |
| | | | | | | 12/9/2011 Salary | 7,292 |
| | | | | | | 12/23/2011 Salary | 7,292 |
| | | | | | | 1/6/2012 Salary | 7,292 |
| | | | | | | 1/6/2012 Estimated Accrued Vacation | 14,583 |
| | | | | | | 2/28/11 Pensions benefits (per agreement signed on 8/01/2000) | $6,122.30 |
| | | | | | | 3/30/11 Pensions benefits (per agreement signed on 8/01/2000) | $6,122.30 |
| | | | | | | 4/30/11 Pensions benefits (per agreement signed on 8/01/2000) | $6,122.30 |
| | | | | | | 5/31/11 Pensions benefits (per agreement signed on 8/01/2000) | $6,122.30 |

| Name and Address of Creditor / Relationship to Debtor | Address 1 | Address 2 | City | State | Zip Code | DATE AND PURPOSE OR WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|---|---|---|
| | | | | | | Pensions benefits (per agreement signed on | |
| | | | | | | 6/30/11 8/01/2000) Pensions benefits (per agreement signed on | $6,122.30 |
| | | | | | | 7/31/11 8/01/2000) Pensions benefits (per agreement signed on | $6,122.30 |
| | | | | | | 8/31/11 8/01/2000) Pensions benefits (per agreement signed on | $6,122.30 |
| | | | | | | 9/30/11 8/01/2000) Pensions benefits (per agreement signed on | $6,122.30 |
| | | | | | | 10/31/11 8/01/2000) Pensions benefits (per agreement signed on | $6,122.30 |
| | | | | | | 11/30/11 8/01/2000) | $6,122.30 |

Note that payments to FPO are inclusive of CFO services that were performed by Lynn Murakami. Please see question 3c for more detail.

Payments as spelled out by Employment Termination Agreement signed on 5/26/2011

Page 4