UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
Hull House Association                  §    Case No. 12-04800
                                        §
         Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on December 17, 2014 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Deborah M. Gutfeld_____
                                           Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Hull House Association | § | Case No. 12-04800 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | James Alexander | $ | $ | $ |
| | Marlowe Alexander | $ | $ | $ |
| | Brenda Alford | $ | $ | $ |
| | Angelica Antunez | $ | $ | $ |
| | Joyce Arrington | $ | $ | $ |
| | Marsha Ashley | $ | $ | $ |
| | Elaine Austin | $ | $ | $ |
| | Rosalinda Ayala | $ | $ | $ |
| | Jennifer Baker | $ | $ | $ |
| | Donna Ballentine | $ | $ | $ |
| | Melanie Barnes | $ | $ | $ |
| | Teresa Barrett | $ | $ | $ |
| | Janice Baska | $ | $ | $ |
| | Brigitte Beal | $ | $ | $ |
| | Julia Beard | $ | $ | $ |
| | Doris Bedford | $ | $ | $ |
| | Kenyatta Black-Ketchum | $ | $ | $ |
| | Regina Boyd | $ | $ | $ |
| | Sylvia Brice | $ | $ | $ |
| | Lee Brumfield | $ | $ | $ |
| | Barbara Caruthers | $ | $ | $ |
| | Latoya Cason | $ | $ | $ |
| | Jimmy Chan | $ | $ | $ |
| | Shante Chatman | $ | $ | $ |
| | Leslie Cline | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Shirley Cooper | $ | $ | $ |
| | Lisa Culley-Hubbard | $ | $ | $ |
| | Kathy Davis | $ | $ | $ |
| | Lisa DiLorenzo | $ | $ | $ |
| | Gail Dixon | $ | $ | $ |
| | Julie Donelson | $ | $ | $ |
| | Rosalind Dority | $ | $ | $ |
| | Shimika Douglas | $ | $ | $ |
| | Amy Douglass | $ | $ | $ |
| | Deborah Dunmars | $ | $ | $ |
| | Jan Dunning | $ | $ | $ |
| | Lovie Edmondson-Jackson | $ | $ | $ |
| | Katrina Embrey | $ | $ | $ |
| | Tamara Faulkner | $ | $ | $ |
| | Ryan Fey | $ | $ | $ |
| | Malinda Francis | $ | $ | $ |
| | Amanda Frankel | $ | $ | $ |
| | Sandra Freeman | $ | $ | $ |
| | Latasha Gamble | $ | $ | $ |
| | Gail Gamble | $ | $ | $ |
| | Rosemary Gayton | $ | $ | $ |
| | Cynthia Gentry-Celestine | $ | $ | $ |
| | Sarah Gonia | $ | $ | $ |
| | Camelia Gonzalez | $ | $ | $ |
| | Tahiti Hamer | $ | $ | $ |
| | David Hamilton | $ | $ | $ |
| | Lillie Harris | $ | $ | $ |
| | Katrice Harris | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Shemeka Sanders | $ | $ | $ |
| | Lisa Heidorn | $ | $ | $ |
| | Mercedes Hernandez | $ | $ | $ |
| | Jeannette Hill | $ | $ | $ |
| | Tamekia Holman | $ | $ | $ |
| | Charlene Houston | $ | $ | $ |
| | Betty Howard | $ | $ | $ |
| | Rafiqa Ibrahim | $ | $ | $ |
| | Joyce Irons | $ | $ | $ |
| | Beverly Jackson | $ | $ | $ |
| | Tina Jackson | $ | $ | $ |
| | Wanda Jackson | $ | $ | $ |
| | Marquita Jackson-Seay | $ | $ | $ |
| | Mazenia Jaimes | $ | $ | $ |
| | Andrea Johnson | $ | $ | $ |
| | Cortaiga Johnson | $ | $ | $ |
| | Julia Johnson | $ | $ | $ |
| | Quianka Johnson | $ | $ | $ |
| | Tenetha Johnson | $ | $ | $ |
| | Joanne Jones | $ | $ | $ |
| | Monique Jorman | $ | $ | $ |
| | Alicia Kimball | $ | $ | $ |
| | Madelyn Lopez | $ | $ | $ |
| | DeAnne Mann | $ | $ | $ |
| | Barbara Mapp-Hamb | $ | $ | $ |
| | Michelle Martin | $ | $ | $ |
| | Gwen McCurdy | $ | $ | $ |
| | Tasha McDuffie | $ | $ | $ |
| | Roy McGary | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Marcella McKinney | $ | $ | $ |
| | Jennifer McNeela | $ | $ | $ |
| | Danielle McReynolds | $ | $ | $ |
| | Delfina Mena | $ | $ | $ |
| | Karuna Menon | $ | $ | $ |
| | Alphia Miller | $ | $ | $ |
| | Constance Mitchell | $ | $ | $ |
| | Sue Moehn | $ | $ | $ |
| | Loyola Moore | $ | $ | $ |
| | Lourdes Mora | $ | $ | $ |
| | Vilma Morocho | $ | $ | $ |
| | Tanga Morris | $ | $ | $ |
| | Mary Moussa | $ | $ | $ |
| | Ashley Olds | $ | $ | $ |
| | Nidia Pacheco | $ | $ | $ |
| | Rodney Patterson | $ | $ | $ |
| | Chyvonne Patty | $ | $ | $ |
| | Vincent Perry | $ | $ | $ |
| | Susan Pieters | $ | $ | $ |
| | Denise Pinkston | $ | $ | $ |
| | Deadria Pittman-Howard | $ | $ | $ |
| | Felicia Poindexter | $ | $ | $ |
| | E. Louis Pollard | $ | $ | $ |
| | Geneva Portis | $ | $ | $ |
| | Rasheeda Quadri | $ | $ | $ |
| | Maribel Ramirez | $ | $ | $ |
| | Barry Reed | $ | $ | $ |
| | May Roberison | $ | $ | $ |
| | Erin Roberton | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Andre Robinson | $ | $ | $ |
| | Debbie Rogers | $ | $ | $ |
| | Maria Rojas | $ | $ | $ |
| | Jinnie Ross | $ | $ | $ |
| | Yeonta Russell | $ | $ | $ |
| | Limarcus Saffold | $ | $ | $ |
| | Sandra Salvatierra | $ | $ | $ |
| | Annie Scheffler | $ | $ | $ |
| | Ramona Shaeffer | $ | $ | $ |
| | Angela Smith | $ | $ | $ |
| | Ericka Smith | $ | $ | $ |
| | Monique Smith | $ | $ | $ |
| | Gaspar Soto | $ | $ | $ |
| | Vanessa Stevens | $ | $ | $ |
| | Ethel Strong | $ | $ | $ |
| | Shradha Tamrakar | $ | $ | $ |
| | Shirley Tankersley | $ | $ | $ |
| | Kimberly Taylor-Robertson | $ | $ | $ |
| | Olivia Terry | $ | $ | $ |
| | Gloria Thomas | $ | $ | $ |
| | Randi Thomas | $ | $ | $ |
| | Syrena Thomas | $ | $ | $ |
| | Susan Thompson | $ | $ | $ |
| | Michele Thompson | $ | $ | $ |
| | Kenneth Tidwell | $ | $ | $ |
| | Johanna Torres | $ | $ | $ |
| | Dianne Turner | $ | $ | $ |
| | Thomas Ullmann | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Cornelia Vacaru | $ | $ | $ |
|  | Diane Vargas | $ | $ | $ |
|  | Genny Villegas | $ | $ | $ |
|  | Pamela Waltz | $ | $ | $ |
|  | Lillie Ward | $ | $ | $ |
|  | Anthony Warren | $ | $ | $ |
|  | Booker Washington | $ | $ | $ |
|  | Charlene Watson | $ | $ | $ |
|  | Karshelle Watters | $ | $ | $ |
|  | Justus Weathersby | $ | $ | $ |
|  | Molly Weener | $ | $ | $ |
|  | Deborah Whitted | $ | $ | $ |
|  | Martina Wilbourn | $ | $ | $ |
|  | Kimberly Wilkins | $ | $ | $ |
|  | Gloria Williams | $ | $ | $ |
|  | Shirley Williams | $ | $ | $ |
|  | Apryl Young | $ | $ | $ |
|  | Monica Zachar | $ | $ | $ |
| 6 | Kathleen Barry | $ | $ | $ |
| 7 | John A. Muller, III | $ | $ | $ |
| 8 | John A. Muller, III | $ | $ | $ |
| 11 | Danielle Butts | $ | $ | $ |
| 12 | Maria Mejia-Ramirez | $ | $ | $ |
| 13 | Dorothy Hayes-Dunlap | $ | $ | $ |
| 14 | Samuel Dunlap | $ | $ | $ |
| 16 | Lori Littleton | $ | $ | $ |
| 17 | Lisa Justin | $ | $ | $ |
| 18 | Renee Boyd-Jennings | $ | $ | $ |
| 19 | Vanessa Lynn Lankford | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Dianne Laing | $ | $ | $ |
| 23 | Joan Mccohnell | $ | $ | $ |
| 25 | Curtis Roeschley | $ | $ | $ |
| 26 | Kim Cobb | $ | $ | $ |
| 28 | Naomi Samuels | $ | $ | $ |
| 31 | Joyce Anne Viglione | $ | $ | $ |
| 35 | Darlene Humphey | $ | $ | $ |
| 42 | Leisa Mosley | $ | $ | $ |
| 50 | Cora Halley | $ | $ | $ |
| 51 | Anne Gulley | $ | $ | $ |
| 54 | Cathy Miller | $ | $ | $ |
| 55 | Agnes Bonano | $ | $ | $ |
| 56 | Cynthia Gerena | $ | $ | $ |
| 57 | Therasa Zito | $ | $ | $ |
| 58 | Milagros Ortiz | $ | $ | $ |
| 60 | Olivia M Moreno | $ | $ | $ |
| 62 | Martha Abarca | $ | $ | $ |
| 63 | Samantha Miller | $ | $ | $ |
| 65 | Maximiliano Silvestre | $ | $ | $ |
| 66 | Crystal L Silvestre | $ | $ | $ |
| 69 | Phyllis A. Offord | $ | $ | $ |
| 72 | Latoya K. Culpepper | $ | $ | $ |
| 73 | Mariann Chisum Mcgill | $ | $ | $ |
| 75 | Addison Wright | $ | $ | $ |
| 76 | Anna Louise Blocker | $ | $ | $ |
| 77 | Clarence Hogan | $ | $ | $ |
| 78 | Jossett Counter | $ | $ | $ |
| 80 | Illinois Dept. Of Employment Security | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 82 | National Organization Of Legal | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | James Alexander | $ | $ | $ |
| | Marlowe Alexander | $ | $ | $ |
| | Brenda Alford | $ | $ | $ |
| | Angelica Antunez | $ | $ | $ |
| | Joyce Arrington | $ | $ | $ |
| | Marsha Ashley | $ | $ | $ |
| | Elaine Austin | $ | $ | $ |
| | Rosalinda Ayala | $ | $ | $ |
| | Jennifer Baker | $ | $ | $ |
| | Donna Ballentine | $ | $ | $ |
| | Melanie Barnes | $ | $ | $ |
| | Teresa Barrett | $ | $ | $ |
| | Janice Baska | $ | $ | $ |
| | Brigitte Beal | $ | $ | $ |
| | Julia Beard | $ | $ | $ |
| | Doris Bedford | $ | $ | $ |
| | Kenyatta Black-Ketchum | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Regina Boyd | $ | $ | $ |
| | Sylvia Brice | $ | $ | $ |
| | Lee Brumfield | $ | $ | $ |
| | Barbara Caruthers | $ | $ | $ |
| | Latoya Cason | $ | $ | $ |
| | Jimmy Chan | $ | $ | $ |
| | Shante Chatman | $ | $ | $ |
| | Leslie Cline | $ | $ | $ |
| | Shirley Cooper | $ | $ | $ |
| | Lisa Culley-Hubbard | $ | $ | $ |
| | Kathy Davis | $ | $ | $ |
| | Lisa DiLorenzo | $ | $ | $ |
| | Gail Dixon | $ | $ | $ |
| | Julie Donelson | $ | $ | $ |
| | Rosalind Dority | $ | $ | $ |
| | Shimika Douglas | $ | $ | $ |
| | Amy Douglass | $ | $ | $ |
| | Deborah Dunmars | $ | $ | $ |
| | Jan Dunning | $ | $ | $ |
| | Lovie Edmondson-Jackson | $ | $ | $ |
| | Katrina Embrey | $ | $ | $ |
| | Tamara Faulkner | $ | $ | $ |
| | Ryan Fey | $ | $ | $ |
| | Malinda Francis | $ | $ | $ |
| | Amanda Frankel | $ | $ | $ |
| | Sandra Freeman | $ | $ | $ |
| | Latasha Gamble | $ | $ | $ |
| | Gail Gamble | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Rosemary Gayton | $ | $ | $ |
| | Cynthia Gentry-Celestine | $ | $ | $ |
| | Sarah Gonia | $ | $ | $ |
| | Camelia Gonzalez | $ | $ | $ |
| | Tahiti Hamer | $ | $ | $ |
| | David Hamilton | $ | $ | $ |
| | Lillie Harris | $ | $ | $ |
| | Katrice Harris | $ | $ | $ |
| | Shemeka Sanders | $ | $ | $ |
| | Lisa Heidorn | $ | $ | $ |
| | Mercedes Hernandez | $ | $ | $ |
| | Jeannette Hill | $ | $ | $ |
| | Tamekia Holman | $ | $ | $ |
| | Charlene Houston | $ | $ | $ |
| | Betty Howard | $ | $ | $ |
| | Rafiqa Ibrahim | $ | $ | $ |
| | Joyce Irons | $ | $ | $ |
| | Beverly Jackson | $ | $ | $ |
| | Tina Jackson | $ | $ | $ |
| | Wanda Jackson | $ | $ | $ |
| | Marquita Jackson-Seay | $ | $ | $ |
| | Mazenia Jaimes | $ | $ | $ |
| | Andrea Johnson | $ | $ | $ |
| | Cortaiga Johnson | $ | $ | $ |
| | Julia Johnson | $ | $ | $ |
| | Quianka Johnson | $ | $ | $ |
| | Tenetha Johnson | $ | $ | $ |
| | Joanne Jones | $ | $ | $ |
| | Monique Jorman | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Alicia Kimball | $ | $ | $ |
| | Madelyn Lopez | $ | $ | $ |
| | DeAnne Mann | $ | $ | $ |
| | Barbara Mapp-Hamb | $ | $ | $ |
| | Michelle Martin | $ | $ | $ |
| | Gwen McCurdy | $ | $ | $ |
| | Tasha McDuffie | $ | $ | $ |
| | Roy McGary | $ | $ | $ |
| | Marcella McKinney | $ | $ | $ |
| | Jennifer McNeela | $ | $ | $ |
| | Danielle McReynolds | $ | $ | $ |
| | Delfina Mena | $ | $ | $ |
| | Karuna Menon | $ | $ | $ |
| | Alphia Miller | $ | $ | $ |
| | Constance Mitchell | $ | $ | $ |
| | Sue Moehn | $ | $ | $ |
| | Loyola Moore | $ | $ | $ |
| | Lourdes Mora | $ | $ | $ |
| | Vilma Morocho | $ | $ | $ |
| | Tanga Morris | $ | $ | $ |
| | Mary Moussa | $ | $ | $ |
| | Ashley Olds | $ | $ | $ |
| | Nidia Pacheco | $ | $ | $ |
| | Rodney Patterson | $ | $ | $ |
| | Chyvonne Patty | $ | $ | $ |
| | Vincent Perry | $ | $ | $ |
| | Susan Pieters | $ | $ | $ |
| | Denise Pinkston | $ | $ | $ |
| | Deadria Pittman-Howard | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Felicia Poindexter | $ | $ | $ |
| | E. Louis Pollard | $ | $ | $ |
| | Geneva Portis | $ | $ | $ |
| | Rasheeda Quadri | $ | $ | $ |
| | Maribel Ramirez | $ | $ | $ |
| | Barry Reed | $ | $ | $ |
| | May Roberison | $ | $ | $ |
| | Erin Roberton | $ | $ | $ |
| | Andre Robinson | $ | $ | $ |
| | Debbie Rogers | $ | $ | $ |
| | Maria Rojas | $ | $ | $ |
| | Jinnie Ross | $ | $ | $ |
| | Yeonta Russell | $ | $ | $ |
| | Limarcus Saffold | $ | $ | $ |
| | Sandra Salvatierra | $ | $ | $ |
| | Annie Scheffler | $ | $ | $ |
| | Ramona Shaeffer | $ | $ | $ |
| | Angela Smith | $ | $ | $ |
| | Ericka Smith | $ | $ | $ |
| | Monique Smith | $ | $ | $ |
| | Gaspar Soto | $ | $ | $ |
| | Vanessa Stevens | $ | $ | $ |
| | Ethel Strong | $ | $ | $ |
| | Shradha Tamrakar | $ | $ | $ |
| | Shirley Tankersley | $ | $ | $ |
| | Kimberly Taylor-Robertson | $ | $ | $ |
| | Gloria Thomas | $ | $ | $ |
| | Randi Thomas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Syrena Thomas | $ | $ | $ |
| | Susan Thompson | $ | $ | $ |
| | Michele Thompson | $ | $ | $ |
| | Kenneth Tidwell | $ | $ | $ |
| | Johanna Torres | $ | $ | $ |
| | Dianne Turner | $ | $ | $ |
| | Thomas Ullmann | $ | $ | $ |
| | Cornelia Vacaru | $ | $ | $ |
| | Diane Vargas | $ | $ | $ |
| | Genny Villegas | $ | $ | $ |
| | Pamela Waltz | $ | $ | $ |
| | Lillie Ward | $ | $ | $ |
| | Anthony Warren | $ | $ | $ |
| | Booker Washington | $ | $ | $ |
| | Charlene Watson | $ | $ | $ |
| | Karshelle Watters | $ | $ | $ |
| | Justus Weathersby | $ | $ | $ |
| | Molly Weener | $ | $ | $ |
| | Deborah Whitted | $ | $ | $ |
| | Martina Wilbourn | $ | $ | $ |
| | Kimberly Wilkins | $ | $ | $ |
| | Gloria Williams | $ | $ | $ |
| | Shirley Williams | $ | $ | $ |
| | Apryl Young | $ | $ | $ |
| | Monica Zachar | $ | $ | $ |
| 1 | Peoples Gas Light And Coke Co | $ | $ | $ |
| 2 | Dun & Bradstreet | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Commonwealth Edison Company | $ | $ | $ |
| 4 | Greenwood On 87Th, Llc | $ | $ | $ |
| 5 | Dept Of The Treasury | $ | $ | $ |
| 6 | Kathleen Barry | $ | $ | $ |
| 9 | Riverside Graphics Corporation | $ | $ | $ |
| 11 | Danielle Butts | $ | $ | $ |
| 12 | Maria Mejia-Ramirez | $ | $ | $ |
| 15 | Vivabiz, Inc. | $ | $ | $ |
| 19 | Vanessa Lynn Lankford | $ | $ | $ |
| 20 | The Mcgraw-Hill Companies | $ | $ | $ |
| 21 | Maria Cardenas | $ | $ | $ |
| 24 | Michael Godnick | $ | $ | $ |
| 25 | Curtis Roeschley | $ | $ | $ |
| 26 | Kim Cobb | $ | $ | $ |
| 27 | Gordon Johnson | $ | $ | $ |
| 28 | Naomi Samuels | $ | $ | $ |
| 29 | Verizon Wireless | $ | $ | $ |
| 30 | We're Cleaning, Inc | $ | $ | $ |
| 31 | Joyce Anne Viglione | $ | $ | $ |
| 32 | Jose's Cleaning Inc. | $ | $ | $ |
| 33 | Cliftonlarsonallen Llp | $ | $ | $ |
| 34 | Clark-Devon Hardware Company, Inc | $ | $ | $ |
| 35 | Darlene Humphey | $ | $ | $ |
| 36 | Staples, Inc | $ | $ | $ |
| 37 | 1028 Van Buren Associates L. P. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | Council On Accreditation For Children & | $ | $ | $ |
| 39 | Privatebank And Trust Company | $ | $ | $ |
| 40 | Professional Theatre And Dance Youth | $ | $ | $ |
| 41 | Illinois Bell Telephone Company | $ | $ | $ |
| 43 | Select Staffing | $ | $ | $ |
| 44 | M. D. Scott D. Feldman | $ | $ | $ |
| 45 | Hayes Mechanical Llc | $ | $ | $ |
| 47 | Pension Benefit Guaranty Corporation | $ | $ | $ |
| 48 | First Nonprofit Insurance Company | $ | $ | $ |
| 49 | Trans Union Llc | $ | $ | $ |
| 54 | Cathy Miller | $ | $ | $ |
| 61 | Open Kitchens, Inc | $ | $ | $ |
| 66 | Crystal L Silvestre | $ | $ | $ |
| 68 | Child Care Assoc. Of Illinois | $ | $ | $ |
| 69 | Phyllis A. Offord | $ | $ | $ |
| 70 | Adt Security Services, Inc | $ | $ | $ |
| 74 | Elizabeth Griffin | $ | $ | $ |
| 79 | Vivabiz, Inc. | $ | $ | $ |
| 81 | Illinois Dept. Of Employment Security | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee


DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.