Rochelle Michael
948 School Avenue
Matteson, Illinois 60443
708 747 6105 (home)
708 253 9011 (cell)

December 15, 2014

Deborah M. Gutfeld
131 S. Dearborn Street Suite 1700
Chicago, Illinois 60603

*"OBJECTION"*
*Case # 12-04800*

To Whom It May Concern,

I am writing to **object** to the Trustees Final Report and Application for **Compensation for the Hull House Association, Case # 12-04800**. I have not been included in the list of previous employees identified for settlement. I have worked for Hull House Association for over 15 years and to date have not received the vacation time that was due me, which totaled 8 weeks and over 460 hours in sick time.

It has been suggested that I failed to file a Proof of Claim; however, I have not received such document. If I would have received the document I would have completed and submitted it, my benefit time was earned and when the agency closed was owed to me.

It is my hope that the objection will be honored and I will be included in the list of employees to receive the proposed allotment.

Sincerely,

*[signature: Rochelle Michael]*

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 15 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - AJ*