December 15, 2014

Deborah M. Gutfeld
131 S. Dearborn Street Suite 1700
Chicago, Illinois 60603

"OBJECTION"
Case # 12-04800

To Whom It May Concern,

I am writing to **object** to the Trustees Final Report and Application for **Compensation for the Hull House Association, Case # 12-04800**. I have not been included in the list of previous employees identified for settlement. I have worked for Hull House Association for over 11 years and to date have not received the vacation time that was owed to me, nor sick time earned.

I have not received any documents to date indicating I needed to complete and send them back in. If I would have received the document I would have completed and submitted it, my benefit time was earned and when the agency closed they closed owing me and countless other people the benefit time.

It is my hope that the objection will be honored and I will be included in the list of employees to receive the proposed allotment. Please feel free to contact me at 708 506 9911.

Sincerely,

Racquel Millurn

[Filed stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, DEC 15 2014, JEFFREY P. ALLSTEADT, CLERK]