IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HULL HOUSE ASSOCIATION d/b/a JANE ADDAMS HULL HOUSE ASSOCIATION | ) ) | Case No. 12-04800 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Date: December 17, 2014 |
| | ) | Time: 10:30 a.m. |

## NOTICE OF FILING TRUSTEE'S RESPONSE TO OBJECTIONS TO THE TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **December 16, 2014** the undersigned cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, the, **TRUSTEE'S RESPONSE TO OBJECTIONS TO THE TRUSTEE'S FINAL REPORT**, true and correct copies of which were filed and hereby served upon you.

    Deborah M. Gutfeld, not individually, but solely in her capacity as Chapter 7 Trustee for the Estate of Hull House Association

    By:  /s/ George P. Apostolides

    George P. Apostolides (# 06228768)
    Kevin H. Morse (# 06297244)
    ARNSTEIN & LEHR LLP
    120 S. Riverside Plaza, Suite 1200
    Chicago, Illinois 60606
    Tel: 312.876.7100
    Fax: 312.876.0288

112137365.1

## PROOF OF SERVICE

I, George P. Apostolides, an attorney, certify that I caused a copy of the attached Notice and Response to the Objections to the Trustee's Final Report to be served on the parties in interest that are listed on the Service List below by e-mail, in addition to those parties receiving notification by participation in the Court's ECF system, on December 16, 2014.

By:   /s/ George P. Apostolides
One of its Attorneys

## SERVICE LIST

**VIA E-MAIL: rmich102@yahoo.com**
Rochelle Michael
948 School Avenue
Matteson, IL 60443

**VIA E-MAIL: rvmilliner@yahoo.com**
Raquel Milliner
467 Victory Drive
Park Forest, IL 60466