*Objection to Final Report*

**RAINA SAJOUS**
5432 SUFFIELD TERRACE
SKOKIE, IL 60077
224-628-0976
RANOU20@GMAIL.COM

**FILED**

DEC 17 2014

CAROL A. DOYLE
BANKRUPTCY JUDGE

December 12th, 2014

**DEBORAH M. GUTFELD**

**131 S. DEARBORN STREET**

**SUITE 1700**

**CHICAGO, IL 60603**

CASE No. 12-04800

Hull House Association

Dear Ms. Gutfeld

I am in receipt of the notice of trustee's final report and applications for compensation. I am a former employee of Jane Addams Hull House Association worked as Site Director for 8 years in one the site located at Lincoln Square 4754 N. Leavitt St, Chicago, IL until it's closed in January 27th, 2012. I am very surprise to receive your final decision and proposal of payment and my name is not included. All my former staff and employees and my former supervisors are listed as recipients. I am writing to object and request my rights as a former employee to receive my compensation from the amount Hull House Association owes me. I had faxed all my information previously with all my co-workers back in 2012 thru the main office. I have attached again a copy of my last paycheck and my laid off letter.

I sincerely expect my legal rights to be compensated and taken unto considerations.

I remain at your disposal for any further information.

Regards,

*[signature]*

Raina Sajous

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Hull House Association §   Case No. 12-04800
§
         Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on December 17, 2014 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/15/14        By: Deborah M. Gutfeld
                                 Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) (Page: 1)

003684                   431050036910017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Hull House Association § Case No. 12-04800
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,110,586.85 |
| and approved disbursements of | $ | 429,574.97 |
| leaving a balance on hand of[1] | $ | 681,011.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 56,567.61 | $ 0.00 | $ 56,567.61 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 9,044.50 | $ 0.00 | $ 9,044.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 65,612.11 |
| Remaining Balance | | $ | 615,399.77 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

003684    43105003691017



**HULL HOUSE ASSOCIATION**
1030 W VAN BUREN
CHICAGO, IL 60607

| | |
|---|---|
| CHECK NO: | A014205 |
| CHECK DATE: | 01/27/12 |
| PERIOD ENDING: | 02/04/12 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 01/22/12-02/04/12 |

RAINA SAJOUS
5432 SUFFIELDTERRACE
SKOKIE, IL 60077

ID NUMBER: 1035180242
BASE RATE: 1817.73
SSN:

STATUS: SINGLE
FED: 00
ST1: 00
ST2:

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST1:

STATE AND LOCAL CODES
PRI: IL LOC1: LOC3:
SEC: LOC2: LOC4: LOC5:

### IMPORTANT MESSAGE
AT YEAR-END 10 DAYS OF VAC HOURS CARRY OVER NO PERSONAL TIME

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 25.9878 | 35.00 | 908.87 | 175.00 | 4544.33 |
| TOTAL H/E | | 35.00 | 908.87 | 175.00 | 4544.33 |

**PRE-TAX ITEMS**
| 401K | 100.00- |
| DENTAL | 5.44- |
| MEDICAL | 45.00- |

TOTAL PRE-TAX 150.44-

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 38.17 | 188.82 |
| MEDICARE TAX | 13.18 | 65.19 |
| FED INC TAX | 107.20 | 631.72 |
| PRI-STATE TAX | 45.44 | 219.78 |
| TOTAL TAXES | 203.99 | 1105.51 |

**AFTER-TAX DEDUCTIONS**
| UNUM STD | 25.84 |
| UNUM LIFE | 60.00 |

TOTAL PER DED 85.84

### SPECIAL INFORMATION

| | |
|---|---|
| VACATION BAL | 86.17 |
| PTO2 BALANCE | .00 |
| PERSONAL BAL | .00 |
| FMLA BALANCE | 112.85 |
| YTD W2GRP | 1.84 |

**CURRENT NET PAY DISTRIBUTION**
| S XXXXXX9255 | 100.00 |
| C XXXXXXXX0099 | 604.88 |
| CHECK AMOUNT | .00 |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 908.87 | .00 | 908.87 | 203.99 | .00 | 704.88 |
| Y-T-D | 4544.33 | 150.44- | 4393.89 | 1105.51 | 85.84 | 3202.54 |

TOTAL CURRENT NET PAY 704.88

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

---



**HULL HOUSE ASSOCIATION**
1030 W VAN BUREN
CHICAGO, IL 60607

HY2

DATE: 01-27-12       CHECK NO: A014205

OUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

**NOT NEGOTIABLE**

RAINA SAJOUS
5432 SUFFIELDTERRACE
SKOKIE, IL 60077

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK. DO NOT COPY WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



HULL HOUSE ASSOCIATION
1030 W VAN BUREN
CHICAGO, IL 60607

CERIDIAN

FORWARDING SERVICE REQUESTED    HY2    A014285

RAINA SAJOUS
5432 SUFFIELDTERRACE
SKOKIE IL 60077

000044

56925429

HULL HOUSE ASSOCIATION
1030 W VAN BUREN
CHICAGO, IL 60607



**JANE ADDAMS**

**Hull House**
ASSOCIATION

■ *Neighbors helping* ■
*Neighbors*

**Board of Trustees**

W. Stephen Saunders
*Chairman*

Martin P. Hughes
*Vice Chairman*

Timothy J. Reierson
*Vice Chairman*

Thomas J. Carroll
Jeffrey H. Chookaszian
Peter F. Donati
George F. Fitzpatrick, Jr.
Jeffery Gilliam
James M. Herrmann
Michael T. Latino
Michael T. Leopardo
Judy McCaskey
Patrick B. O'Leary
Bill Rogalla
George Sargent
Devlin Schoop
Nancy N. Snyder
Paul A. Svoboda
Donn Vucovich
Mark D. Yura

**Life Trustees**

Prudence R. Beidler
Walter S. Carr
George N. Cochran
Philip L. Engel
George K. Metzger
Cynthia M. Sargent

1030
WEST
VAN BUREN
CHICAGO, IL
60607

PHONE: 312.906.8600   FAX: 312.235.5287   FOUNDED 1889

January 26, 2012

Raina Sajous
5432 Suffieldterrace,
Skokie, IL 60077

Dear Raina:

This is to notify you that due to ongoing funding challenges a decision has been made to discontinue the programs of Jane Addams Hull House Association. As a result, you will be permanently laid-off from your position of Child Care Site Director. Your last day of employment will be Friday, January 27, 2012.

If you are currently receiving medical benefits, we were informed by United Health Care that your benefits expired on January 15, 2012. Please note, COBRA will not be made available to you as an option since the health plan is being completely terminated. If you will need individual or temporary insurance coverage, and do not have significant pre-existing conditions, you can contact Iris Katsnelson, Employee Benefits Consultant with ET&A, beginning Monday, January 30, 2012, at iris_katsnelson@yahoo.com or (847) 651-0500 or the broker of your choice.

In any event, you may be able to convert your policy through United Health Care by speaking to a representative at 1-800-357-0974. You also have the option of applying for medical benefits through a state program. Information is available at http://www.chip.state.il.us/planfacts.html.

If you are currently receiving payments for long term disability, your claim will remain active as long as you meet the disability requirements of the policy. However, if you became disabled prior to the termination of the group policy, but are still in the waiting period, you should apply for life insurance conversion using the attached form for Dearborn National if you want to retain the benefit. The long term disability benefit will be conditional on the terms of the policy.

If you have dental coverage you can contact the Customer Service office of Dearborn National at 1-800-721-7987 to obtain further assistance regarding your benefits.

If you have voluntary benefits through UNUM, please contact its office at 1-800-635-5597 to convert your policy to "direct bill". Please note that payments for UNUM voluntary benefits (STD, AD&D, Life) were not paid for December 2011 and January 2012.

If you are a participant in the Hull House Association 401(k) Plan, legal procedures must be followed to terminate the plan and provide distributions of your account balance.

Please note that any amounts in your account as of the date of termination will automatically become 100% vested. You should have already received the December 31, 2011 statement of your account balance.



United Way
Metro Chicago



■ *Neighbors helping* ■
*Neighbors*

**Board of Trustees**

W. Stephen Saunders
*Chairman*

Martin P. Hughes
*Vice Chairman*

Timothy J. Reierson
*Vice Chairman*

Thomas J. Carroll
Jeffrey H. Chookaszian
Peter F. Donati
George F. Fitzpatrick, Jr.
Jeffery Gilliam
James M. Herrmann
Michael T. Latino
Michael T. Leopardo
Judy McCaskey
Patrick B. O'Leary
Bill Rogalla
George Sargent
Devlin Schoop
Nancy N. Snyder
Paul A. Svoboda
Donn Vucovich
Mark D. Yura

**Life Trustees**

Prudence R. Beidler
Walter S. Carr
George N. Cochran
Philip L. Engel
George K. Metzger
Cynthia M. Sargent

Each plan participant will receive a notice and appropriate forms to complete once the legal procedures associated with terminating the Plan have been completed. Plan participants under the age of 59 1/2 will not have immediate access to their funds until the Plan termination process is completed. Currently, the plan does have a provision that allows participants to access their employee funds while active and over 59 1/2. There are several provisions within the 401(k) Plan regarding withdrawal options and will vary per person. To learn more about what can be done specifically with your account, please contact the Mutual of America Service Department at (708) 836-0644.

If you are a participant in the Hull House Association 403(b) Plan, legal procedures must be followed to terminate the plan and convert the accounts to individual plans. Each plan participant will receive a notice and appropriate forms to complete once the legal procedures associated with terminating the Plan have been completed. There are several provisions within the 403(b) Plan regarding annuity options and will vary per person. To learn more about what can be done specifically with your account, please contact the Mutual of America Service Department at (708) 836-0644.

Thank you for your faithful service and for making a valuable contribution to Hull House Association.

Very truly yours,


Jane Addams Hull House Association

cc: Human Resources

1030
WEST
VAN BUREN
CHICAGO, IL
60607

PHONE: 312.906.8600     FAX: 312.235.5287     FOUNDED 1889



United Way Metro Chicago

United Way



**Board of Trustees**

W. Stephen Saunders
*Chairman*

Martin P. Hughes
*Vice Chairman*

Timothy J. Reierson
*Vice Chairman*

Thomas J. Carroll
Jeffrey H. Chookaszian
Peter F. Donati
George F. Fitzpatrick, Jr.
Jeffery Gilliam
James M. Herrmann
Michael T. Latino
Michael T. Leopardo
Judy McCaskey
Patrick B. O'Leary
Bill Rogalla
George Sargent
Devlin Schoop
Nancy N. Snyder
Paul A. Svoboda
Donn Vucovich
Mark D. Yura

**Life Trustees**

Prudence R. Beidler
Walter S. Carr
George N. Cochran
Philip L. Engel
George K. Metzger
Cynthia M. Sargent

January 25, 2012

**VIA U.S.P.S. DELIVERY**

Re: Notice of Discontinuance of Operations

Raina Sajous
5432 Suffieldterrace
Skokie, IL 60077

Dear Raina:

We are required by federal law, the Worker Adjustment and Retaining Act ("WARN"), to give you notice in the event of a plant closing or mass layoff. In accordance with this requirement, we regret to inform you that Jane Addams Hull House Association (the "ASSOCIATION") plans to discontinue its programs which operate from multiple sites throughout Chicago and which are headquartered at its facility located at 1030 W. Van Buren, Chicago, Illinois, 60607. This will result in the permanent layoff of approximately 300 employees.

Based on the best information now available, the ASSOCIATION will layoff all employees on or about January 27, 2012.

Dislocated worker assistance is available through the Illinois Department of Commerce & Economic Opportunity - Bureau of Workforce Development. Contact information for the Department is as follows:

Rebecca Harmon, Asst. Deputy Director
Bureau of Workforce Development
IL Department of Commerce & Economic Opportunity
Attn: John Ray
500 E. Monroe, 9th Floor
Springfield, IL 62701
217-558-2435
Fax: 217-557-5506
Email: Rebecca.Harmon@illinois.gov

We have been designated by the ASSOCIATION to be the contact person if you need further clarification of the information in this letter. Our telephone number is 847-470-0200.

Very truly yours,

Silverman Consulting as the
Chief Restructuring Officer for
Hull House Association,
d/b/a Jane Addams Hull House Association
By Michael A. Silverman, Agent
Silverman Consulting
5750 Old Orchard Rd., Suite 520
Skokie, IL 60077

1030
WEST
VAN BUREN
CHICAGO, IL
60607

PHONE: 312.906.8600   FAX: 312.235.5287   FOUNDED 1889





United Way Metro Chicago