*Objection to Trustee's Final Report*

December 12, 2014

FILED
DEC 17 2014
CAROL A. DOYLE
BANKRUPTCY JUDGE

Dear Ms. Gutfeld,

I am writing regarding Hull House Association, Case # 12-04800. I was employed by Hull House for over 35 years, up until the last day, January 24, 2012. I am not included on the Summary of Trustee's Final Report. I submitted the proper paperwork in a timely fashion and do not understand why I am not shown.

I am hoping to be included in the settlement; I have struggled tremendously since the bankruptcy and the proceeds are very much needed.

I would gladly provide any information necessary.

Thank you,

Kathleen Jones

17939 Rose St.

Lansing IL 60438

(708) 743-9175